# EXHIBIT "A"

Cambridge Who's Who Publishing, Inc. v. Xcentric Ventures, LLC et al

Doc. 1 Att. 1

Sign in

Google | Web Images Video News Maps more »

"Cambridge Who's Who" Search | Advanced Search Preferences

**Web** Results **1** - **10** of about **9,790** for "**Cambridge Who's Who**". (**0.12** seconds)

...: Welcome to **Cambridge Who's Who** :...
**Cambridge Who's Who** Registry is a business index of professionals in USA, UK, Canada, Australia. Business Networking Directory for Executives ...
www.manchesterwhoswho.com/ - 272k - Cached - Similar pages

Social Networking and IT employment Opportunities
I got one from **Cambridge Who's Who** for the "Who's Who Among Executive and ... I also received the "You have been selected" letter from **Cambridge Who's Who** ...
blogs.ittoolbox.com/eai/leadership/archives/social-networking-and-it-employment-opportunities-4084 - 60k - Cached - Similar pages

Empire Who's Who
Many were listed in editions published in the 1990's; however, the most recent press release on www.cambridgewhoswho.com states that **Cambridge Who's Who** ...
www.scam.com/showthread.php?p=231969 - 130k - Cached - Similar pages

> Empire Who's Who
> I receive one of those letters, today, from **Cambridge Who's Who** ... A rebuttal from a former Empire/Manchester/**Cambridge Who's Who** employee was posted on ...
> www.scam.com/showthread.php?t=14102 - 148k - Cached - Similar pages
> [ More results from www.scam.com ]

LibraryTechtonics: Manchester Who's Who is now **Cambridge Who's Who**
A quick visit to the **Cambridge Who's Who** site yields the very same site for Manchester Who's Who, with "Cambridge" replacing every iteration "Manchester. ...
www.librarytechtonics.info/archives/2006/09/manchester_whos_1.html - 9k - Cached - Similar pages

Rip Off Report:Manchester Whos Who, Cambridge Whos Who, Manchester ...
People should know that Manchester/**Cambridge who's who** prey on those who do not have the means to defend themselves. They sell memberships to a book that ...
www.ripoffreport.com/reports/ripoff203539.htm - 33k - Cached - Similar pages

Trinity College **Cambridge - Who's Who** in Chapel
Who's Who in Chapel. ... Who's Who in Chapel. Regular Chapel Services · Choral Services · Chapel Calendar · Chapel Sermons · Further Information ...
www.trin.cam.ac.uk/index.php?pageid=54 - 11k - Cached - Similar pages

> Trinity College **Cambridge - Who's Who** in Chapel
> Who's Who in Chapel. ... Trinity College Cambridge. Trinity College, Cambridge, CB2 1TQ, United Kingdom, Tel: +44 (0) 1223 338 400 ...
> www.trin.cam.ac.uk/index.php?printable=1&pageid=54 - 8k - Cached - Similar pages

mediabistro.com: Job Listings: Copy Editor at **Cambridge Who's Who**
Jobs and recruiting for media professionals in journalism, on-line content, book

publishing, TV, radio, PR, graphic design, photography, and advertising.
www.mediabistro.com/jobs/job_45309.asp - Similar pages

Blogs by Karen L Newman on AuthorsDen.com
**Cambridge Who's Who** 11/8/2006 9:49:44 AM I was selected for inclusion in the 2006/2007 edition of ... **Cambridge Who's Who** - Wednesday, November 08, 2006 ...
www.authorsden.com/visit/viewblog.asp?authorid=20713 - 24k -
Cached - Similar pages

Result Page: 1 2 3 4 5 6 7 8 9 10 **Next**

Try Google Desktop: search your computer as easily as you search the web.

"Cambridge Who's Who" Search

Search within results | Language Tools | Search Tips | Dissatisfied? Help us improve

Google Home - Advertising Programs - Business Solutions - About Google

©2006 Google

# EXHIBIT "B"



...by consumers, for consumers
Don't let them get away with it.
Make sure they make the Rip-off Report
a service of badbusinessbureau.com Report.com

About the ads below...

E-mail to a Friend
Printer Friendly Version

Submitted: 7/29/2006 3:03:16 PM
Modified: 8/7/2006 8:17:42 PM

Category:
**Internet Marketing Companies**

# Manchester Whos Who, Cambridge Whos Who, Manchester Publishing deceptive and predatory business practice, mis-representation, no customer service Internet *Consumer Suggestion ..Manchester/Cambridge Who's Who

Company
## Manchester Whos Who, Cambridge Whos Who, Manchester Publishing

Address:
**manchesterwhoswho.com**
**Internet**
**U.S.A.**
Phone Number:
516-742-7907
Fax:

**This company presents material to portray it as an above board professional 'C' level networking site.**

**They are eager to take your money, but do not offer any customer service in any sense. They change their company name on what appears to be a regular basis.**

**I was lured into to signing up for their service, but changed my mind in the next day or two and called to cancel, because I felt I was being frauded.**

**I eventually was able to get a refund, but only after being ignored for 4 days with no response to phone calls or email until the last day.**

**I was also bullied on the phone, where a rep threatened to use against me the recorded conversation I had with the application screener and appointed personal representative at my time of sign up.**

**When I mentioned California Consumer protection law, they ignored me. In fact they completely ignored me during the phone conversation until I mentioned I would take legal action.**

**There was no customer service. Instead all I was hearing was all sales are final, no refunds, with claims that custom items have been created as so called justification for no refund.**

**Timeline: They called and approved me on a Thursday on the phone, no written**

**Rip-Off Report Verifies this product is Trusted and Safe for online purchase:**

**Identity Theft is growing, protect yourself now**
Over 26 million people lost their identities last week in a theft. More and more IDs are being used to purchase goods, get credit and scam others each month...
http://www.lifelock.com

**Veterans Identities went offsite announces Department of Defense**
Last month the VA reported an employee who took home information on a computer had personal identity information on hundreds of thousands of Veterans and that data was stolen...
www.lifelock.com/veterans

**Kids now targeted for identity theft**
A new trend in using children's information to steal identities is sweeping the nation. Often unchecked these kids credit reports are being ruined before they graduate...
www.lifelock.com/kids

HELP US
FIGHT
FOR YOUR
RIGHTS



order now!

Rip-off Report Corporate Advocacy Business Remediation & Customer Satisfaction Program; ED Magedson, Founder Rip-off Report explains how this program works to benefit consumers & businesses

HELP US FIGHT FOR YOUR RIGHTS

Hammocks on Sale!

Artist Pino Daeni

WANTED DEAD BEAT DADS & MOMS PUT YOUR DEADBEAT SPOUSE ON TV!!! So maybe you can finally COLLECT $$$ WANTED

contracts. They charged me the next day on my credit card. The next two days were a Sat and Sunday. I called them on those days to cancel.

There was no time to create anything, let alone they said nothing at signup time other than a packet would be in my hands in 10-15 days, and that airline vouchers required I tell them *first* where I wanted to go, then it would be 30-45 days to get those from that point.

They were agressive in signing me up and even more agressive trying not to give me a refund. There was no service or consideration extended as a provider to me as a customer.

The original paper application said membership was free yet on the phone it was not the case. Another form of the olde bait and switch.

They changed their name 2-3 weeks after my experience with them, and are now known as Cambridge Whos Who, previously known as Manchester Whos Who. The content on the website has changed only to update the name throughout, but the web address is still ManchesterWhosWho.com

The web domain registration has a contact address different from Manchester Publishing, the parent company per information on the website previously, and appears to just be a home address. You can see it for yourself, look it up via Whois lookup.

There is no mailing address or specific e-mail to a person on the website. Their phone system is circular in nature in terms of trying to contact people. Again they took 4 days to return my repeated phone calls and e-mails to cancel my application process. My so-called personal assigned representative never returned my calls.

To the best of my knowledge, as mentioned above, from information previusly posted on their website, they are part of Manchester Publishing out of Garden City New York which per internet search engine lookup has revealed two postal addresses, albeit I have not confirmed them.

In summary the rotten core of the apple here is the deceptive and predatory business practice as the company skirts the line on legality, pulls you in with a slick sales presentation and website, but in reality is selling you on a Book and CD of listings of anyone they can add to their database, regardless of their true significance as a networking contact or professional level. The product/service they present is mis-represented in substance to the consumer/customer.

If you notice when looking at their public website, it is a mix of information unrelated to members with disclaimers to such, then a significant profile of an exec (at the time I was lured in it was a female Playboy Exec), then profiles of a handful of members with minimal information, with links to two charitable organizations, etc.

They appeal to your ego in a multi-stage process of solicitation, first with a mailed application on which they claim membership is free, then a phone call screening 'interview' process where they make you decide on the spot after phone "approval" to join or not, and that it costs money, that it is not free. They also lure you with airline vouchers on the phone as an offset to the cost of membership, of which there are tiers.

The net effect is all this makes you think of it as a valuable organization at first, then hopefully your internal sense of self preservation kicks in and screams in your mind, you are being ripped off!

Value is relative, and legally I am guessing this is how this company has remained in business and not in a District Attorney's office, but this may soon change.

More people like myself need to step forward regardless of embarassment or other concern for being initially taken, to put these folks in their place, so others will not be taken advantage of moving forward.

The term con artist was coined in that it is an art to deceive others. I think it

Prescription Drug Card Rip-Off?
Are you a member of a prescription drug plan or do you have a prescription drug card through any organization, such as

- SaveRx
- MatureRx
- CoventryAdvantraRx
- Humana
- Unicare
- HealthNet
- SierraRx
- United Healthcare
- VeteransAdvantage

If so, you may have unknowingly been injured financially and therefore be entitled to reimbursement of your losses.

To see if you were injured and whether you are eligible to be a member of a class action to recover your losses please contact classaction@earthlaw.com

www.ZoomTalent.com
Articles, news, and casting calls for models, agents, and casting directors.
Learn how to improve your modeling portfolio and avoid scams in the modeling industry

Moms or dads who are owed more than six months child support by a deadbeat spouse... After you filed your Rip-off Report *email us at* EDitor@ripoffreport.com *Rip-off Report will forward your filed Report to Producers.*

Beach toys for less!

Add pictures to your Rip-off Report

**applies here.**

**CAVEAT EMPTOR**

**G**
**Santa Clara, California**
**U.S.A.**

**If you would like to see more Rip-off Reports™ on Manchester Whos Who, Cambridge Whos Who, Manchester Publishing, please use the search box below**

Manchester Whos Who, Cambridge Whos Who, Manch Search

**In order to assure the best results in your search:**

- *Keep the name short & simple, and try different variations of the name.*
- *Do not include ".com", "S", "Inc.", "Corp", or "LLC" at the end of the Company name.*
- *Use only the first/main part of a name to get best results.*
- *Only search one name at a time if Company has many AKA's.*

Click here to go to our ***advanced search*** page.

**Rebuttal Consumer Suggestion**
Submitted: **8/7/2006 7:50:21 PM** Modified: **8/7/2006 7:50:21 PM**

## Manchester/Cambridge Who's Who

**I am so sorry to see that you were ripped off and treated that way. I am an ex-employee who was fired after i spoke up about unjust practices. Firings are rampant at this organization. I know of many-- including the firing of a pregnant woman for being pregnant and a woman who was fired because she had to care for a sick child.**

**People should know that Manchester/Cambridge who's who prey on those who do not have the means to defend themselves. They sell memberships to a book that includes ANYONE willing to pay a lot of money to be in it. Please note that YOU HAVE THE RIGHT TO CANCEL and all your membership information is PRINTED on an ORDINARY printer so please do not believe the lies about it being customized.**

**I think people who have been ripped off should unite and write letters to the Better Business Bureau. I believe that it would prevent others from being ripped off. Additionally, this organization will continue to change it's name to avoid being prosecuted.**

**The company is located on Earle Ovington Blvd suite 240 in the Omni Building which is considered Uniondale. I hope this information is helpful to you. And I am glad you got your money back.**

**Jane - Garden City Park, New York**
**U.S.A.**

***REBUTTAL BOX***
**MY COMPANY HAS BEEN REPORTED!**
**HOW DO I RESPOND?**
Are you an owner, employee or ex-employee with either negative or positive information about the company or can you provide "insider information" on this company? Do you have a consumer suggestion on how to resolve this problem or how to avoid it in the future? ONLY these types of responses will be added to the filed report, and will be posted within 24 hours of receipt. Make your voice heard. Let them know your side, too!
CLICK HERE to Send us your rebuttal on this specific report only.
or
***If you are also a victim of the same company or person,
**YOU NEED TO FILE YOUR OWN RIP-OFF REPORT.**
CLICK HERE to File your OWN Rip-Off Report



Rip Off Report:Manchester Whos Who, Cambridge Whos Who, Ma... 11/12/2006 9:59 PM
Case 2:06-cv-06590-JS-ETB Document 1-2 Filed 12/12/2006 Page 8 of 43

DON'T BE NEXT!
LifeLock
shipping included
Gas for Months!

Feel free to send us suggestions and comments to our editorial staff.

Technical questions can be addressed to our webmaster.

Best if viewed with Netscape 4, Internet Explorer 4, or AOL 4.0. Support for JavaScript is needed to submit and search for reports.

Having trouble searching or filing a report? It may be a browser problem. See our FAQ for help

Home | File | Update | Search | Pictures | Lawsuits(Coming Soon) | Revenge Guide | Privacy Policy
Volunteers | Thank You! | Editorial | Donate | Link | FAQ | E-Mail Us | ED Magedson - Founder Rip-off Report.com

http://www.ripoffreport.com/reports/ripoff203539.htm 4 of 4

# EXHIBIT "C"





Add pictures to your Rip-off Report

**Search Results**

## Criteria: *cambridge who's who*, in All Reports:

**5 Entries Found, Showing 1 - 5**

***LEGEND:***

NEW Within last 7 days UPDATE More info from user REBUTTAL Rebuttal from company or devotee PHOTOS Photos contained with the report.

| Date | Title | State |
|---|---|---|
| *1. 11/2/2006 8:10:00 AM* | Cambridge Who's Who high pressure, deceitful mail, no response after purchase Ripoff Internet<br>*Personal Services:* **Cambridge Who's Who** *Internet* | **Author:** Unidentified, Kentucky |
| *2. 10/26/2006 9:20:45 PM* REBUTTAL | Cambridge Who's Who - Manchester Who's Who - Empire Who's Who ripoff This company sends out an invitation to be listed in their who's who directory and make it sound like it is an honor to be selected. Then they lie to you and steal your money Internet *Consumer Suggestion ..Who's not Who.<br>*Book Publishers:* **Cambridge Who's Who** *Internet* | **Author:** Greenwich, Connecticut |
| *3. 10/20/2006 9:53:00 AM* | Cambridge Who's Who ripoff, dishonest, fraudulent billing, rude customer service Uniondale New York<br>*Telemarketers:* **Cambridge Who's Who** *New York* | **Author:** St. Louis, Missouri |
| *4. 9/28/2006 2:31:00 PM* | Cambridge Who's Who - Manchester Who's Who SCAM RIPOFF FRAUD SPAM Uniondale New York<br>*Book Publishers:* **Cambridge Who's Who** *New York* | **Author:** Colorado Springs, Colorado |
| *5. 8/7/2006 8:17:42 PM* REBUTTAL | Manchester Whos Who, Cambridge Whos Who, Manchester Publishing deceptive and predatory business practice, mis-representation, no customer service Internet *Consumer Suggestion ..Manchester/Cambridge Who's Who<br>*Internet Marketing Companies:* **Manchester Whos Who, Cambridge Whos Who, Manchester Publishing** *Internet* | **Author:** Santa Clara, California |

***LEGEND:***

NEW Within last 7 days UPDATE More info from user REBUTTAL Rebuttal from company or devotee PHOTOS Photos contained with the report.

Showing page 1.

Feel free to send us suggestions and comments to our editorial staff.

Technical questions can be addressed to our webmaster.

Best if viewed with Netscape 4, Internet Explorer 4, or AOL 4.0. Support for JavaScript is needed to submit and search for reports.

Having trouble searching or filing a report? It may be a browser problem. See our FAQ for help

Home | File | Update | Search | Pictures | Lawsuits(Coming Soon) | Revenge Guide | Privacy Policy
Volunteers | Thank You! | Editorial | Donate | Link | FAQ | E-Mail Us | ED Magedson - Founder Rip-off Report.com

# EXHIBIT "D"





...by consumers, for consumers
Don't let them get away with it.
Make sure they make the Rip-off Report
a service of badbusinessbureau.com Report.com

About the ads below...

E-mail to a Friend
Printer Friendly Version

Category:
**Personal Services**

Submitted: **11/2/2006 8:09:44 AM**
Modified: **11/2/2006 8:10:00 AM**

# Cambridge Whos Who high pressure, deceitful mail, no response after purchase Ripoff Internet

Company
## Cambridge Who's Who

Address:
**cambridgewhoswho.com/**
**Unknown Internet**
**U.S.A.**
Phone Number:

Fax:

**I was pressured by telephone into buying this service, but ten minutes later, realized I had been scammed, when I reviewed the paperwork I had received earlier. Several attmepts that afternoon to reach anyone at the company failed. Early next morning I tried again to reach them. Then I searched online and found this forum, so realized what kind of wall I was facing. I called my credit card company to see if it had yet posted. It hadn't, so I requested to close the account, with explanation to them that it was for that reason. They immediately closed the account, but opened a new one, and issued me a new account number, which is a mild inconvenience, compared to having to pay a ripoff company.**

**J.**
**Unidentified, Kentucky**
**U.S.A.**

**If you would like to see more Rip-off Reports™ on Cambridge Who's Who, please use the search box below**

Cambridge Who's Who [Search]

**In order to assure the best results in your search:**

- *Keep the name short & simple, and try different variations of the name.*
- *Do not include ".com", "S", "Inc.", "Corp", or "LLC" at the end of the Company name.*
- *Use only the first/main part of a name to get best results.*
- *Only search one name at a time if Company has many AKA's.*

Click here to go to our ***advanced search*** page.

***REBUTTAL BOX***
**MY COMPANY HAS BEEN REPORTED!**
**HOW DO I RESPOND?**

**Rip-Off Report Verifies this product is Trusted and Safe for online purchase:**

**Identity Theft is growing, protect yourself now**
Over 26 million people lost their identities last week in a theft. More and more IDs are being used to purchase goods, get credit and scam others each month...
http://www.lifelock.com

**Veterans identities went offsite announces Department of Defense**
Last month the VA reported an employee who took home information on a computer had personal identity information on hundreds of thousands of Veterans and that data was stolen...
www.lifelock.com/veterans

**Kids now targeted for identity theft**
A new trend in using children's information to steal identities is sweeping the nation. Often unchecked these kids credit reports are being ruined before they graduate...
www.lifelock.com/kids

KEEP THIS SITE FREE



Are you an owner, employee or ex-employee with either negative or positive information about the company or can you provide "insider information" on this company? Do you have a consumer suggestion on how to resolve this problem or how to avoid it in the future? ONLY these types of responses will be added to the filed report, and will be posted within 24 hours of receipt. Make your voice heard. Let them know your side, too!

CLICK HERE to Send us your rebuttal on this specific report only.

or

***If you are also a victim of the same company or person,
**YOU NEED TO FILE YOUR OWN RIP-OFF REPORT.**
CLICK HERE to File your OWN Rip-Off Report

WE STOP THIEVES COLD. LifeLock

shipping included

Gas for Months!

Prescription Drug Card Rip-Off?

Are you a member of a prescription drug plan or do you have a prescription drug card through any organization, such as

- SaveRx
- MatureRx
- CoventryAdvantraRx
- Humana
- Unicare
- HealthNet
- SierraRx
- United Healthcare
- VeteransAdvantage

If so, you may have unknowingly been injured financially and therefore be entitled to reimbursement of your losses.

To see if you were injured and whether you are eligible to be a member of a class action to recover your losses please contact classaction@earthlaw.com

www.ZoomTalent.com
Articles, news, and casting calls for models, agents, and casting directors.
Learn how to improve your modeling portfolio and avoid scams in the modeling industry

Rip-off Report Corporate Advocacy Business Remediation & Customer Satisfaction Program; ED Magedson, Founder Rip-off Report explains how this program works to benefit consumers & businesses

KEEP THIS SITE FREE

Hammocks on Sale!

Hammocks Free Shipping On Sale!

Artist Pino Daeni

WANTED
DEAD BEAT DADS & MOMS
PUT YOUR DEADBEAT SPOUSE ON TV!!!
So maybe you can finally COLLECT $$$
WANTED

Rip Off Report:Cambridge Whos Who high pressure, deceitful mail,... 11/12/2006 10:33 PM

Moms or dads who are owed more than six months child support by a deadbeat spouse... After you filed your Rip-off Report *email us at* *EDitor@ripoffreport.com* *Rip-off Report will forward your filed Report to Producers.*

for kids
of all ages!
Beach toys for less!

Add pictures to your Rip-off Report

Feel free to send us suggestions and comments to our editorial staff.

Technical questions can be addressed to our webmaster.

Best if viewed with Netscape 4, Internet Explorer 4, or AOL 4.0. Support for JavaScript is needed to submit and search for reports.

Having trouble searching or filing a report? It may be a browser problem. See our FAQ for help

Home | File | Update | Search | Pictures | Lawsuits(Coming Soon) | Revenge Guide | Privacy Policy
Volunteers | Thank You! | Editorial | Donate | Link | FAQ | E-Mail Us | ED Magedson - Founder Rip-off Report.com

http://www.ripoffreport.com/reports/ripoff218748.htm 3 of 3

# EXHIBIT "E"

...by consumers, for consumers
Don't let them get away with it.
Make sure they make the Rip-off Report
a service of badbusinessbureau.com Report.com

About the ads below...

Save up to 75% on Last-Minute Cruises

Click here for a complete list of deeply-discounted cruises departing in the next 90 days.

order now!

E-mail to a Friend
Printer Friendly Version

Submitted: **10/6/2006 2:43:59 PM**
Modified: **10/26/2006 9:20:45 PM**

Category:
**Book Publishers**

## Cambridge Whos Who - Manchester Whos Who - Empire Whos Who ripoff This company sends out an invitation to be listed in their whos who directory and make it sound like it is an honor to be selected. Then they lie to you and steal your money Internet *UPDATE EX-employee responds ..Don't fall for it!

Company
**Cambridge Who's Who**
Address:

**Internet**
**U.S.A.**
Phone Number:
516-742-7907
Fax:

**They called to let me know that I had been selected to be featured in their famous Who's Who directory. I had recently appreared in several business journals so I thought the "nomination" as a successful business woman came from a real source. I asked a few questions about the directory and I have to say that the sales person was good because she managed to dance around each question without answering it and without me realizing it until later. I was then told that there was a fee for being in this directory but that it was an elite networking tool and that the fee was just a one time thing.**

**She chatted me up for a while about it and I eventually gave her my credit card number but then realized she hadn't given me the information I had asked for earlier in the call so I called her back about 10 seconds after hanging up the phone with her and she admitted she did not know the member information I was asking. I told her I no longer wanted to apply for membership. She proceeded to tell me that all the paperwork was already "personalized" because this was about 1 min in total since I had given her my credit card number, I asked her in shock if she really wanted me to believe that they had printed this directory of 250,000 members in the last minute.**

**She admitted that no and said that in order to get the charge reversed, she had to get credit involved and asked if she could call me back. I agreed, but again, insisted that I did not want to be a member. About 4 days later, I got a call from a guy named Craig Berns who basically yelled at me, said all sales were final**

**Rip-Off Report Verifies this product is Trusted and Safe for online purchase:**

**Identity Theft is growing, protect yourself now**
Over 26 million people lost their identities last week in a theft. More and more IDs are being used to purchase goods, get credit and scam others each month...
http://www.lifelock.com

**Veterans Identities went offsite announces Department of Defense**
Last month the VA reported an employee who took home information on a computer had personal identity information on hundreds of thousands of Veterans and that data was stolen...
www.lifelock.com/veterans

**Kids now targeted for identity theft**
A new trend in using children's information to steal identities is sweeping the nation. Often unchecked these kids credit reports are being ruined before they graduate...
www.lifelock.com/kids

KEEP THIS SITE FREE





order now!

and offered me a $300 discount (original fee was $689.) When I said no, that I did not want to be charged at all, he said that all sales were final. I told him that I had already called American Express to contest the charge which had not hit yet. He said he would just give my recording of the conversation with the sales reap (Betty Anne Healy) to American Express. Then he stated again that I was warned that all sales were final. I tried to tell him that the sales rep never said any such thing and in fact, said that she needed to get credit involved to stop the process, if the sale was final, why wouldn't she just say so? I'm sure he couldn't hear me though because he just started yelling over my voice at me and then hung up on me!

I called him back and then tried several other people at the company (from their website) but what a surprise, I got nothing but voicemails. I left messages with everyone with my name and number but so far, no one has called back.

Their original mailing to me said that they were not affiliated with any other Who's Who but when you visit their website, they claim to be the result of Empire Who's Who and Manchester Who's Who. Both of those companies have complaints against them but there are not many against Cambridge who's who since that is a new name they are using. If they end up charging me, I intend to fight this all the way with them, through American Express, Attorneys or any other means. It is not about money it is about righting things with the scum of the earth.

Sabrina
Greenwich, Connecticut
U.S.A.

Prescription Drug Card Rip-Off?

Are you a member of a prescription drug plan or do you have a prescription drug card through any organization, such as

- SaveRx
- MatureRx
- CoventryAdvantraRx
- Humana
- Unicare
- HealthNet
- SierraRx
- United Healthcare
- VeteransAdvantage

If so, you may have unknowingly been injured financially and therefore be entitled to reimbursement of your losses.

To see if you were injured and whether you are eligible to be a member of a class action to recover your losses please contact classaction@earthlaw.com

www.ZoomTalent.com Articles, news, and casting calls for models, agents, and casting directors. Learn how to improve your modeling portfolio and avoid scams in the modeling industry

Rip-off Report Corporate Advocacy Business Remediation & Customer Satisfaction Program; ED Magedson, Founder Rip-off Report explains how this program works to benefit consumers & businesses

KEEP THIS SITE FREE

If you would like to see more Rip-off Reports™ on Cambridge Who's Who, please use the search box below

Cambridge Who's Who [Search]

In order to assure the best results in your search:

- *Keep the name short & simple, and try different variations of the name.*
- *Do not include ".com", "S", "Inc.", "Corp", or "LLC" at the end of the Company name.*
- *Use only the first/main part of a name to get best results.*
- *Only search one name at a time if Company has many AKA's.*

Click here to go to our ***advanced search*** page.

## Rebuttal UPDATE EX-employee responds

Submitted: **10/24/2006 5:54:32 PM** Modified: **10/24/2006 5:54:32 PM**

## Don't fall for it!

Hammocks on Sale!
Hammocks Free Shipping On Sale!
Artist Pino Daeni

WANTED DEAD BEAT DADS & MOMS PUT YOUR DEADBEAT SPOUSE ON TV!!! So maybe you can finally COLLECT $$$ WANTED

Sabrina-

Trust me I used to work for this company a couple years ago. It was my first job out of college and I was told that I'd make A LOT more money than I did. I also was told that the company was well-known and respected. If you think they scam their members, they also scam their employees. I have been trying to spread the word ever since I quit to try and bring them down.

CANCEL THE MEMBERSHIP! Don't cancel through them, cancel through your credit card. YOUR CONVERSATION WAS NEVER EVER RECORDED! THEY LIE!!! Challenge them. Tell them to go ahead and show the recording to American Express. They are lying through their teeth! This is what they do.

This company has so many names because they change their name and location alot! The original CEO was arrested for something, and the new Director Richard Stone is using a FAKE NAME! They all use fake names.

And for those of you who feel ripped off and think to yourself "How can I be so naive?!" Millions of people have done the same thing. There is a total science to the sales tactics and I'll tell you what it is right now: REBUTTAL BULLET

Moms or dads who are owed more than six months child support by a deadbeat spouse... After you filed your Rip-off Report email us at EDitor@ripoffreport.com Rip-off Report will forward your filed Report to Producers.

Beach toys for less!

Add pictures to your Rip-off Report

CLOSE... Rebuttal- there is an argument to every possible argument you can have of why you should not join, BULLET- going straight to the lower price (They start you at 900 and eventually work down to 99)CLOSE- without even giving you a second to argue, they "Assume the sale" by asking for your credit card information. It's a head game and a lot of the time it works. People become reluctant, pressured, and then they give in. They buy a membership, and dont realize what they did until they hang up the phone. IF IT'S HAPPENED TO YOU, YOU'RE NOT THE ONLY ONE!!! DON'T BLAME YOURSELF- THEY BRAINWASH YOU!

They brainwash their employees too. Luckily I did not fall for it...which is why I did not do well making sales there. I felt bad, and I didnt stick to the "script" and just couldnt find it in my heart to brainwash innocent people anymore. And now I work for a great company making more than I ever made working there, and now I'm helping people make money instead of scaming them out of it!

PLEASE DO NOT FALL FOR THEIR ANTICS! TELL EVERYONE YOU KNOW TO STAY FAR FAR AWAY!!!!! It is my goal to drive them out of business and together we can do it!

Alyssa - Massapequa, New York
U.S.A.

**Rebuttal** UPDATE EX-employee responds
Submitted: 10/26/2006 3:50:37 PMModified: 10/26/2006 3:50:37 PM

## I can attest as well...

First off, yes dispute the charges with AMEX. They have nothing on you, trust me, as I use to work for them too. You should tell ypur credit card comany about this website and have them look into this. I also think someone should report their dumb tails to the police and IRS. They do nothing but "shady " business!

As for the fake name, that is VERY true. The person you actually spoke with is named Craig Bifulco, AKA "BIFF" not Craig Burns. That in itself should tell you something strange is going on there. The only people that use their real names are the owners Matthew Proman and Randy Narod. But if you do some searches on both of them, you'll see they have a record of arrest for paying someone to take their series 7 test in order to sell stock and bonds. Real nice, huh?

By the way, they lost their licenses and never to work in that industry again. They are pals from Oceanside H.S. (NY)

Anyway, I can really go on and on, but you know at this pointyou were scammed and many other have been and will continue to be. We can stop them if we all report them as we are doing. Hopefully someone will investigate them and shut them down once and for all.

Good luck and fight for your rights and your money!!! You worked hard for it, why should they be able to steal it from you.

Jenny - Smithtown, New York
U.S.A.

**Rebuttal** Consumer Suggestion
Submitted: 10/26/2006 7:48:33 PMModified: 10/26/2006 7:48:33 PM

## Who's not Who.

It sounds like they should call the book "Who's not who".

Ashley - Bradenton, Florida
U.S.A.

## REBUTTAL BOX

**MY COMPANY HAS BEEN REPORTED!**
**HOW DO I RESPOND?**

Are you an owner, employee or ex-employee with either negative or positive information about the company or can you provide "insider information" on this company? Do you have a consumer suggestion on how to resolve this problem or how to avoid it in the future? ONLY these types of responses will be added to the filed report, and will be posted within 24 hours of receipt. Make your voice heard. Let them know your side, too!

CLICK HERE to Send us your rebuttal on this specific report only.

or

***If you are also a victim of the same company or person, **YOU NEED TO FILE YOUR OWN RIP-OFF REPORT.**

CLICK HERE to File your OWN Rip-Off Report

WE STOP THIEVES COLD. LifeLock

Gas for Months!

Feel free to send us suggestions and comments to our editorial staff.

Technical questions can be addressed to our webmaster.

Best if viewed with Netscape 4, Internet Explorer 4, or AOL 4.0. Support for JavaScript is needed to submit and search for reports.

Having trouble searching or filing a report? It may be a browser problem. See our FAQ for help

Home | File | Update | Search | Pictures | Lawsuits(Coming Soon) | Revenge Guide | Privacy Policy
Volunteers | Thank You! | Editorial | Donate | Link | FAQ | E-Mail Us | ED Magedson - Founder Rip-off Report.com

# EXHIBIT "F"





About the ads below...

Save up to 75% on Last-Minute Cruises

Click here for a complete list of deeply-discounted cruises departing in the next 90 days.

E-mail to a Friend
Printer Friendly Version

Submitted: **10/20/2006 9:53:06 AM**
Modified: **10/20/2006 9:53:00 AM**

Category:
**Telemarketers**

## Cambridge Whos Who ripoff, dishonest, fraudulent billing, rude customer service Uniondale New York

Company
## Cambridge Who's Who

Address:
**Earle Ovington Blvd Suite 240**
**Uniondale New York**
**U.S.A.**
Phone Number:
516-535-1515
Fax:

**I was contacted by a representative by the name of Shirley Vilan with Cambridge Who's Who on September 28, 2006 to be offered a introductory price to be placed in their directory.**

**Shirley began telling me a lot about the company and that she could offer me into their VIP directory for a nominal large fee and I declined. Then she offered me a fee of $99 dollars that taxed out at $118.oo on my Visa card only to find out I never got the package that she say she would send to me.**

**I contact varies times and got her vm only to finally get through to an operator. I told the operator that I wanted to speak to someone to inquire about a refund from a membership I never got. There was someone by the name of Lisa Goodman that says she was the Director and that I could not get a refund. I questioned her authority and then she started yelling and then I elevated the tonation in my voice and she stated that I was recorded and that the package was sent FEDEX on October 1st to my P.O. Box, which I know that FEDEX never delivers to a post office box especially when I looked at the calander to find that October 1st was on a Sunday. She stated that she wanted to investigate the problem and get back to me within the hour.**

**Lisa Goodman called back only to have a different tonation in her voice and she offered me 2 complimentary plane tickets to any place in the USA and upgrade me to VIP directory and also waive the fee for the cost of being the member. I strictly told her I was curious to know did she or did she not listen to the taped conversation that Shirley Vilan and I had when she offered me such membership, because I still wanted to know when it was shipped out, because I never got the package at my post office box. The Director Lisa Goodman starting talking loud over my voice and stating that it wasn't important that it might have gotten lost in the mail, and I said after almost one month, no way! She started getting angry and I shut the conversation down by telling her that thank you, but NO THANKS for your service.**

**Rip-Off Report Verifies this product is Trusted and Safe for online purchase:**

**Identity Theft is growing, protect yourself now**
Over 26 million people lost their identities last week in a theft. More and more IDs are being used to purchase goods, get credit and scam others each month...
http://www.lifelock.com

**Veterans Identities went offsite announces Department of Defense**
Last month the VA reported an employee who took home information on a computer had personal identity information on hundreds of thousands of Veterans and that data was stolen...
www.lifelock.com/veterans

**Kids now targeted for identity theft**
A new trend in using children's information to steal identities is sweeping the nation. Often unchecked these kids credit reports are being ruined before they graduate...
www.lifelock.com/kids

HELP US FIGHT FOR YOUR RIGHTS





**I asked her kindly for the fourth time to just give me my refund and that's that! Lisa Goodman stated that she would have the credit rep to forward me an email in regards to giving me a refund and that I needed to reply back today and they would credit my VISA account as of Oct. 20, 2006. I couldn't get a word in edge wise, but I wanted to tell her I thought there was not refunds all memberships were final not to mention why are you trying to upgrade me and give me more than what I originally paid for when I didn't get the first membership that I ordered.**

**This company is not right and they are preying on those that are professional individuals that are seeking to network and bring about positive impact to those that they can link with. With this company this will never happen and anyone that receives a phone call from them, please beware of giving out your credit card information because a company with this type of unethical practices is liable to do anything with your private information or sell it for marketing purposes for that matter.**

**Madeline**
**St. Louis, Missouri**
**U.S.A.**

**If you would like to see more Rip-off Reports™ on Cambridge Who's Who, please use the search box below**

Cambridge Who's Who [Search]

**In order to assure the best results in your search:**

- *Keep the name short & simple, and try different variations of the name.*
- *Do not include ".com", "S", "Inc.", "Corp", or "LLC" at the end of the Company name.*
- *Use only the first/main part of a name to get best results.*
- *Only search one name at a time if Company has many AKA's.*

Click here to go to our ***advanced search*** page.

## *REBUTTAL BOX*

**MY COMPANY HAS BEEN REPORTED!**
**HOW DO I RESPOND?**

Are you an owner, employee or ex-employee with either negative or positive information about the company or can you provide "insider information" on this company? Do you have a consumer suggestion on how to resolve this problem or how to avoid it in the future? ONLY these types of responses will be added to the filed report, and will be posted within 24 hours of receipt. Make your voice heard. Let them know your side, too!

CLICK HERE to Send us your rebuttal on this specific report only.

or

***If you are also a victim of the same company or person, **YOU NEED TO FILE YOUR OWN RIP-OFF REPORT.**

CLICK HERE to File your OWN Rip-Off Report

Rip-off Report Corporate Advocacy Business Remediation & Customer Satisfaction Program; ED Magedson, Founder Rip-off Report explains how this program works to benefit consumers & businesses

HELP US FIGHT FOR YOUR RIGHTS

Hammocks on Sale!

Artist Pino Daeni

WANTED
DEAD BEAT DADS & MOMS
PUT YOUR DEADBEAT SPOUSE ON TV!!!
So maybe you can finally COLLECT $$$
WANTED

Prescription Drug Card Rip-Off?

Are you a member of a prescription drug plan or do you have a prescription drug card through any organization, such as

- SaveRx
- MatureRx
- CoventryAdvantraRx
- Humana
- Unicare
- HealthNet
- SierraRx
- United Healthcare
- VeteransAdvantage

If so, you may have unknowingly been injured financially and therefore be entitled to reimbursement of your losses.

To see if you were injured and whether you are eligible to be a member of a class action to recover your losses please contact classaction@earthlaw.com

www.ZoomTalent.com
Articles, news, and casting calls for models, agents, and casting directors.
Learn how to improve your modeling portfolio and avoid scams in the modeling industry



Rip Off Report:Cambridge Whos Who ripoff, dishonest, fraudulent bi... Case 2:06-cv-06590-JS-ETB Document 1-2 Filed 12/12/2006 Page 24 of 43 11/12/2006 10:34 PM

Moms or dads who are owed more than six months child support by a deadbeat spouse...
After you filed your Rip-off Report email us at EDitor@ripoffreport.com
*Rip-off Report will forward your filed Report to Producers.*

beach toys
Beach toys for less!

Add pictures to your Rip-off Report

Feel free to send us suggestions and comments to our editorial staff.

Technical questions can be addressed to our webmaster.

Best if viewed with Netscape 4, Internet Explorer 4, or AOL 4.0. Support for JavaScript is needed to submit and search for reports.

Having trouble searching or filing a report? It may be a browser problem. See our FAQ for help

Home | File | Update | Search | Pictures | Lawsuits(Coming Soon) | Revenge Guide | Privacy Policy
Volunteers | Thank You! | Editorial | Donate | Link | FAQ | E-Mail Us | ED Magedson - Founder Rip-off Report.com

http://www.ripoffreport.com/reports/ripoff216802.htm 3 of 3

# EXHIBIT "G"



...by consumers, for consumers
Make sure they make the Rip-off Report
a service of badbusinessbureau.com
Report.com

About the ads below...

PRIUS
Gas for Months!
CLICK HERE

E-mail to a Friend
Printer Friendly Version

Submitted: 9/28/2006 2:30:35 PM
Modified: 9/28/2006 2:31:00 PM

Category:
**Book Publishers**

# Cambridge Whos Who - Manchester Whos Who SCAM RIPOFF FRAUD SPAM Uniondale New York

Company
## Cambridge Who's Who
Address:
**333 Earle Ovington Blvd Suite 240**
**Uniondale New York 11553**
**U.S.A.**
Phone Number:
516-742-7907
Fax:

**I was fortunately not a victim of this scam, but wanted to publish all of their information so folks could beware.**

**This organization is running what appears to be a fraudlent operation and you should not send them money or participate in any way. Do yourself a favor and google "cambridge who's who".**

**Bryan**
**Colorado Springs, Colorado**
**U.S.A.**

**If you would like to see more Rip-off Reports™ on Cambridge Who's Who, please use the search box below**

Cambridge Who's Who [Search]

**In order to assure the best results in your search:**
- *Keep the name short & simple, and try different variations of the name.*
- *Do not include ".com", "S", "Inc.", "Corp", or "LLC" at the end of the Company name.*
- *Use only the first/main part of a name to get best results.*
- *Only search one name at a time if Company has many AKA's.*

Click here to go to our ***advanced search*** page.

## *REBUTTAL BOX*
**MY COMPANY HAS BEEN REPORTED!**
**HOW DO I RESPOND?**
Are you an owner, employee or ex-employee with either negative or positive information about the company or can you provide "insider information" on this company? Do you have a consumer suggestion on how to resolve this problem or how to avoid it in the future? ONLY these types of responses will be added to the filed report, and will be

**Rip-Off Report Verifies this product is Trusted and Safe for online purchase:**

**Identity Theft is growing, protect yourself now**
Over 26 million people lost their identities last week in a theft. More and more IDs are being used to purchase goods, get credit and scam others each month...
http://www.lifelock.com

**Veterans Identities went offsite announces Department of Defense**
Last month the VA reported an employee who took home information on a computer had personal identity information on hundreds of thousands of Veterans and that data was stolen...
www.lifelock.com/veterans

**Kids now targeted for Identity theft**
A new trend in using children's information to steal identities is sweeping the nation. Often unchecked these kids credit reports are being ruined before they graduate...
www.lifelock.com/kids

KEEP
THIS
SITE
FREE

toy splash




Case 2:06-cv-06590-JS-ETB Document 1-2 Filed 12/12/2006 Page 27 of 43

posted within 24 hours of receipt. Make your voice heard. Let them know your side, too!

CLICK HERE to Send us your rebuttal on this specific report only.

or

***If you are also a victim of the same company or person, **YOU NEED TO FILE YOUR OWN RIP-OFF REPORT.**

CLICK HERE to File your OWN Rip-Off Report

DON'T BE NEXT! LifeLock

Gas for Months!

Don't

you to know!

Rip-off Report Corporate Advocacy Business Remediation & Customer Satisfaction Program; ED Magedson, Founder Rip-off Report explains how this program works to benefit consumers & businesses

KEEP THIS SITE FREE

Hammocks on Sale!

Hammocks Free Shipping On Sale!

Artist Pino Daeni

WANTED DEAD BEAT DADS & MOMS PUT YOUR DEADBEAT SPOUSE ON TV!!! So maybe you can finally COLLECT $$$ WANTED

Prescription Drug Card Rip-Off?

Are you a member of a prescription drug plan or do you have a prescription drug card through any organization, such as

- SaveRx
- MatureRx
- CoventryAdvantraRx
- Humana
- Unicare
- HealthNet
- SierraRx
- United Healthcare
- VeteransAdvantage

If so, you may have unknowingly been injured financially and therefore be entitled to reimbursement of your losses.

To see if you were injured and whether you are eligible to be a member of a class action to recover your losses please contact classaction@earthlaw.com

www.ZoomTalent.com Articles, news, and casting calls for models, agents, and casting directors. Learn how to improve your modeling portfolio and avoid scams in the modeling industry

Rip Off Report:Cambridge Whos Who - Manchester Whos Who ... Case 2:06-cv-06590-JS-ETB Document 1-2 Filed 12/12/2006 Page 28 of 43 11/12/2006 10:34 PM

Moms or dads who are owed more than six months child support by a deadbeat spouse... After you filed your Rip-off Report *email us at* *EDitor@ripoffreport.com* *Rip-off Report will forward your filed Report to Producers.*

Beach toys for less!

Add pictures to your Rip-off Report

Feel free to send us suggestions and comments to our editorial staff.

Technical questions can be addressed to our webmaster.

Best if viewed with Netscape 4, Internet Explorer 4, or AOL 4.0. Support for JavaScript is needed to submit and search for reports.

Having trouble searching or filing a report? It may be a browser problem. See our FAQ for help

Home | File | Update | Search | Pictures | Lawsuits(Coming Soon) | Revenge Guide | Privacy Policy
Volunteers | Thank You! | Editorial | Donate | Link | FAQ | E-Mail Us | ED Magedson - Founder Rip-off Report.com

http://www.ripoffreport.com/reports/ripoff213227.htm 3 of 3

# EXHIBIT "H"



Case 2:06-cv-06590-JS-ETB Document 1-2 Filed 12/12/2006 Page 30 of 43

...by consumers, for consumers
Don't let them get away with it.
Make sure they make the Rip-off Report
a service of badbusinessbureau.com Report.com

About the ads below...

Win a
PRIUS
&
Gas for
Months!
CLICK
HERE

order
now!

E-mail to a Friend
Printer Friendly Version

Category:
**Internet Marketing Companies**

Submitted: **7/29/2006 3:03:16 PM**
Modified: **8/7/2006 8:17:42 PM**

# Manchester Whos Who, Cambridge Whos Who, Manchester Publishing deceptive and predatory business practice, mis-representation, no customer service Internet *Consumer Suggestion ..Manchester/Cambridge Who's Who

Company
## Manchester Whos Who, Cambridge Whos Who, Manchester Publishing

Address:
**manchesterwhoswho.com**
**Internet**
**U.S.A.**
Phone Number:
516-742-7907
Fax:

**This company presents material to portray it as an above board professional 'C' level networking site.**

**They are eager to take your money, but do not offer any customer service in any sense. They change their company name on what appears to be a regular basis.**

**I was lured into to signing up for their service, but changed my mind in the next day or two and called to cancel, because I felt I was being frauded.**

**I eventually was able to get a refund, but only after being ignored for 4 days with no response to phone calls or email until the last day.**

**I was also bullied on the phone, where a rep threatened to use against me the recorded conversation I had with the application screener and appointed personal representative at my time of sign up.**

**When I mentioned California Consumer protection law, they ignored me. In fact they completely ignored me during the phone conversation until I mentioned I would take legal action.**

**There was no customer service. Instead all I was hearing was all sales are final, no refunds, with claims that custom items have been created as so called justification for no refund.**

**Timeline: They called and approved me on a Thursday on the phone, no written**

**Rip-Off Report Verifies this product is Trusted and Safe for online purchase:**

**Identity Theft is growing, protect yourself now**
Over 26 million people lost their identities last week in a theft. More and more IDs are being used to purchase goods, get credit and scam others each month...
http://www.lifelock.com

**Veterans identities went offsite announces Department of Defense**
Last month the VA reported an employee who took home information on a computer had personal identity information on hundreds of thousands of Veterans and that data was stolen...
www.lifelock.com/veterans

**Kids now targeted for identity theft**
A new trend in using children's information to steal identities is sweeping the nation. Often unchecked these kids credit reports are being ruined before they graduate...
www.lifelock.com/kids

HELP US
FIGHT
FOR YOUR
RIGHTS



order now!

contracts. They charged me the next day on my credit card. The next two days were a Sat and Sunday. I called them on those days to cancel.

There was no time to create anything, let alone they said nothing at signup time other than a packet would be in my hands in 10-15 days, and that airline vouchers required I tell them *first* where I wanted to go, then it would be 30-45 days to get those from that point.

They were agressive in signing me up and even more agressive trying not to give me a refund. There was no service or consideration extended as a provider to me as a customer.

The original paper application said membership was free yet on the phone it was not the case. Another form of the olde bait and switch.

They changed their name 2-3 weeks after my experience with them, and are now known as Cambridge Whos Who, previously known as Manchester Whos Who. The content on the website has changed only to update the name throughout, but the web address is still ManchesterWhosWho.com

The web domain registration has a contact address different from Manchester Publishing, the parent company per information on the website previously, and appears to just be a home address. You can see it for yourself, look it up via Whois lookup.

There is no mailing address or specific e-mail to a person on the website. Their phone system is circular in nature in terms of trying to contact people. Again they took 4 days to return my repeated phone calls and e-mails to cancel my application process. My so-called personal assigned representative never returned my calls.

To the best of my knowledge, as mentioned above, from information previusly posted on their website, they are part of Manchester Publishing out of Garden City New York which per Internet search engine lookup has revealed two postal addresses, albeit I have not confirmed them.

In summary the rotten core of the apple here is the deceptive and predatory business practice as the company skirts the line on legality, pulls you in with a slick sales presentation and website, but in reality is selling you on a Book and CD of listings of anyone they can add to their database, regardless of their true significance as a networking contact or professional level. The product/service they present is mis-represented in substance to the consumer/customer.

If you notice when looking at their public website, it is a mix of information unrelated to members with disclaimers to such, then a significant profile of an exec (at the time I was lured in it was a female Playboy Exec), then profiles of a handful of members with minimal information, with links to two charitable organizations, etc.

They appeal to your ego in a multi-stage process of solicitation, first with a mailed application on which they claim membership is free, then a phone call screening 'interview' process where they make you decide on the spot after phone "approval" to join or not, and that it costs money, that it is not free. They also lure you with airline vouchers on the phone as an offset to the cost of membership, of which there are tiers.

The net effect is all this makes you think of it as a valuable organization at first, then hopefully your internal sense of self preservation kicks in and screams in your mind, you are being ripped off!

Value is relative, and legally I am guessing this is how this company has remained in business and not in a District Attorney's office, but this may soon change.

More people like myself need to step forward regardless of embarassment or other concern for being initially taken, to put these folks in their place, so others will not be taken advantage of moving forward.

The term con artist was coined in that it is an art to deceive others. I think it

Rip-off Report Corporate Advocacy Business Remediation & Customer Satisfaction Program; ED Magedson, Founder Rip-off Report explains how this program works to benefit consumers & businesses

HELP US FIGHT FOR YOUR RIGHTS

Hammocks on Sale!

Artist Pino Daeni

WANTED DEAD BEAT DADS & MOMS PUT YOUR DEADBEAT SPOUSE ON TV!!! So maybe you can finally COLLECT $$$ WANTED

Prescription Drug Card Rip-Off?

Are you a member of a prescription drug plan or do you have a prescription drug card through any organization, such as

- SaveRx
- MatureRx
- CoventryAdvantraRx
- Humana
- Unicare
- HealthNet
- SierraRx
- United Healthcare
- VeteransAdvantage

If so, you may have unknowingly been injured financially and therefore be entitled to reimbursement of your losses.

To see if you were injured and whether you are eligible to be a member of a class action to recover your losses please contact classaction@earthlaw.com

www.ZoomTalent.com Articles, news, and casting calls for models, agents, and casting directors. Learn how to improve your modeling portfolio and avoid scams in the modeling industry

Moms or dads who are owed more than six months child support by a deadbeat spouse... After you filed your Rip-off Report email us at EDitor@ripoffreport.com Rip-off Report will forward your filed Report to Producers.

applies here.

CAVEAT EMPTOR

G
Santa Clara, California
U.S.A.

**If you would like to see more Rip-off Reports™ on Manchester Whos Who, Cambridge Whos Who, Manchester Publishing, please use the search box below**

Manchester Whos Who, Cambridge Whos Who, Manch Search

**In order to assure the best results in your search:**

- *Keep the name short & simple, and try different variations of the name.*
- *Do not include ".com", "S", "Inc.", "Corp", or "LLC" at the end of the Company name.*
- *Use only the first/main part of a name to get best results.*
- *Only search one name at a time if Company has many AKA's.*

Click here to go to our ***advanced search*** page.

Beach toys for less!

Add pictures to your Rip-off Report

**Rebuttal** Consumer Suggestion
Submitted: **8/7/2006 7:50:21 PM** Modified: **8/7/2006 7:50:21 PM**

## Manchester/Cambridge Who's Who

**I am so sorry to see that you were ripped off and treated that way. I am an ex-employee who was fired after I spoke up about unjust practices. Firings are rampant at this organization. I know of many-- including the firing of a pregnant woman for being pregnant and a woman who was fired because she had to care for a sick child.**

**People should know that Manchester/Cambridge who's who prey on those who do not have the means to defend themselves. They sell memberships to a book that includes ANYONE willing to pay a lot of money to be in it. Please note that YOU HAVE THE RIGHT TO CANCEL and all your membership information is PRINTED on an ORDINARY printer so please do not believe the lies about it being customized.**

**I think people who have been ripped off should unite and write letters to the Better Business Bureau. I believe that it would prevent others from being ripped off. Additionally, this organization will continue to change it's name to avoid being prosecuted.**

**The company is located on Earle Ovington Blvd suite 240 in the Omni Building which is considered Uniondale. I hope this information is helpful to you. And I am glad you got your money back.**

**Jane - Garden City Park, New York
U.S.A.**

***REBUTTAL BOX***
**MY COMPANY HAS BEEN REPORTED!
HOW DO I RESPOND?**
Are you an owner, employee or ex-employee with either negative or positive information about the company or can you provide "insider information" on this company? Do you have a consumer suggestion on how to resolve this problem or how to avoid it in the future? ONLY these types of responses will be added to the filed report, and will be posted within 24 hours of receipt. Make your voice heard. Let them know your side, too!
CLICK HERE to Send us your rebuttal on this specific report only.
or
***If you are also a victim of the same company or person,
**YOU NEED TO FILE YOUR OWN RIP-OFF REPORT.**
CLICK HERE to File your OWN Rip-Off Report



Feel free to send us suggestions and comments to our editorial staff.

Technical questions can be addressed to our webmaster.

Best if viewed with Netscape 4, Internet Explorer 4, or AOL 4.0. Support for JavaScript is needed to submit and search for reports.

Having trouble searching or filing a report? It may be a browser problem. See our FAQ for help

Home | File | Update | Search | Pictures | Lawsuits(Coming Soon) | Revenge Guide | Privacy Policy
Volunteers | Thank You! | Editorial | Donate | Link | FAQ | E-Mail Us | ED Magedson - Founder Rip-off Report.com

# EXHIBIT "D-1"

```html
<html><head><title>Rip Off Report:Cambridge Whos Who high pressure, deceitful mail, no response after purchase Ripoff Internet</title>
<meta NAME='keywords' CONTENT='rip-off,ripoff,rip off,Cambridge Whos Who,Company,Personal Services'>
<meta NAME='description' CONTENT='Cambridge Whos Who high pressure, deceitful mail, no response after purchase Ripoff Internet'>
<script src="/__utm.js" type="text/javascript"></script>
<SCRIPT LANGUAGE="JavaScript" SRC="/classes/tipster.js"></SCRIPT>
<SCRIPT LANGUAGE="JavaScript" SRC="/includes/java.js"></SCRIPT>
<SCRIPT LANGUAGE="JavaScript" SRC="/includes/javastatic.js"></SCRIPT>
<link rel="stylesheet" href="/includes/menu.css" type="text/css">
</head>
<body bgcolor="#FFFFFF" leftmargin="0" topmargin="0" marginwidth="0" marginheight="0" onload="preloadImages();setLoginImages();" text="#000000"
<table width="100%" border="0" cellpadding="0" cellspacing="0">
        <tr>
                <td width="1"><nobr><a href="http://www.ripoffreport.com/reports/"><img src="/images_v4/mastfile_01.gif" border="0" width="197"
                <td width="1" valign="top"><table width="1" border="0" cellpadding="0" cellspacing="0">
                        <tr>
                                <td valign="top"><img src="/images_v4/mastfile_03-08.gif" alt="" border="0" width="390" height="85"></td>
                        </tr>
                        <tr>
                                <td><nobr><img src="/images_v4/mastfile_10.gif" width="9" height="27" alt="" /><a href="http://www.ripoffreport.
                        <tr>
                                <td><img name="mastfile_16" src="/images_v4/mastfile_16.gif" width="390" height="17" alt="" /></td>
                        </tr>
                        </table>
                </td>
            <td background="/images_v4/header_filler.gif" width="100%"><img src="/images_v4/spacer.gif" width="1" height="1" alt="" /></td>
  </tr>
</table>

<table width="100%">
<tr>
        <td width="125" valign="top">
                <table cellspacing="0" cellpadding="3" width="116">
        <tr>
                <td bgcolor="#006BB1"><a href="/ads.asp" target="ads"><font color="#FFFFFF" style="font-size:11px">About the ads below...</font>
        </tr>
</table>
<br>

<!--begin ads-->

<!-- BEGIN: AdSolution-Website-Tag 4.3 : Techserv.co (revshare) / 120x600_revshare -->
<iframe src="http://a.as-us.falkag.net/dat/dlv/aslframe.html?dat=143685&xl=120&yl=600" width=120 height=600 noresize scrolling=no hspace=0 vspac
<script type="text/javascript" language="javascript" src="http://a.as-us.falkag.net/dat/dlv/aslmain.js"></script>
<script language="javascript" type="text/javascript">
Ads_kid=0;Ads_bid=0;Ads_xl=120;Ads_yl=600;Ads_bt='';Ads_xp='';Ads_yp='';Ads_xp1='';Ads_yp1='';Ads_opt=0;Ads_par='';Ads_cnturl='';
</script>
<script type="text/javascript" language="javascript" src="http://a.as-us.falkag.net/dat/cjf/00/14/36/85.js"></script></iframe>
<!-- END:AdSolution-Tag 4.3 -->

<!--end ads-->

<br>

<br>

<a href="http://www.consumermediapublishing.com/" target="nw"><img src="/images/banners/consumermedia.gif" width="120" height="600" border="0"><
<br>
<img src="/images/spacer.gif" width="120" height="5" border="0"><br>

<font size="1"><a href="/reports/ripoff167471.htm" target="nw">
<center>Rip-off Report Corporate
Advocacy Business
Remediation & Customer
Satisfaction Program;
ED Magedson, Founder
Rip-off Report explains
how this program works to
benefit consumers &
businesses</a><br /></font>
<br>

<A
href="http://www.ripoffreport.com/donations.asp" target=nw><IMG height=100
src="http://www.ripoffreport.com/images/100X100revised.gif" width=100
border=0></A></center><br/>
<br/>

<div align="center">
<a href="http://www.hammockstock.com/?src=rip" title="Hammocks at Hammock Stock" style="text-decoration:none;" target="ads">
   <div style="background-color:#8AB98A; padding:0px; margin:0px; display:block; height:20px; width:120px; color:#ffffff; font-family:Verdana, A
   <img src="/images/120x60_hammockstock.gif" width="120" height="60" style="padding:0px; margin:0px;" alt="Hammocks"  border="0"/>
</a><br/>
<font size="1"><a href="http://www.pinoartist.com" target="pino">Artist Pino Daeni</a></font>
<br><br>

<div align="center" style="border-color:000000;border-style:solid;border-width:1;">
<font color="red" face="Times New Roman" size="5"><b>WANTED</b></font><br/>
<font size="4"><b>DEAD BEAT</b><br>
<font color="blue">DADS & MOMS</font></font><br>
PUT YOUR DEADBEAT<br>
<b>SPOUSE ON TV!!!</b><br>
So maybe you can finally <br>
 COLLECT $$$<br>
<font face="Times New Roman" size="4"><b>WANTED</b></font><br>
Moms or dads
who are owed<br>
more than six
months child<br>
support by a
deadbeat spouse...<br>
After you filed your <br>
Rip-off Report <i>email us at<br>
<font size="1"><a href="mailto:EDitor@ripoffreport.com">EDitor@ripoffreport.com</a></font> Rip-off Report<br>
will forward your filed<br>
```

# EXHIBIT "E-1"

```
<html><head><title>Rip Off Report:Cambridge Whos Who - Manchester Whos Who - Empire Whos Who ripoff This company sends out an invitation to be l
<meta NAME='keywords' CONTENT='rip-off,ripoff,rip off,Cambridge Whos Who,Company,Book Publishers'>
<meta NAME='description' CONTENT='Cambridge Whos Who - Manchester Whos Who - Empire Whos Who ripoff This company sends out an invitation to be l
<script src="/__utm.js" type="text/javascript"></script>
<SCRIPT LANGUAGE="JavaScript" SRC="/classes/tipster.js"></SCRIPT>
<SCRIPT LANGUAGE="JavaScript" SRC="/includes/java.js"></SCRIPT>
<SCRIPT LANGUAGE="JavaScript" SRC="/includes/javastatic.js"></SCRIPT>
<link rel="stylesheet" href="/includes/menu.css" type="text/css">
</head>
<body bgcolor="#FFFFFF" leftmargin="0" topmargin="0" marginwidth="0" marginheight="0" onload="preloadImages();setLoginImages();" text="#000000"
<table width="100%" border="0" cellpadding="0" cellspacing="0">
        <tr>
                <td width="1"><nobr><a href="http://www.ripoffreport.com/reports/"><img src="/images_v4/mastfile_01.gif" border="0" width="197"
                <td width="1" valign="top"><table width="1" border="0" cellpadding="0" cellspacing="0">
                        <tr>
                                <td valign="top"><img src="/images_v4/mastfile_03-08.gif" alt="" border="0" width="390" height="85"></td>
                        </tr>
                        <tr>
                                <td><nobr><img src="/images_v4/mastfile_10.gif" width="9" height="27" alt="" /><a href="http://www.ripoffreport.
                        <tr>
                                <td><img name="mastfile_16" src="/images_v4/mastfile_16.gif" width="390" height="17" alt="" /></td>
                        </tr>
                        </table>
                </td>
            <td background="/images_v4/header_filler.gif" width="100%"><img src="/images_v4/spacer.gif" width="1" height="1" alt="" /></td>
  </tr>
</table>

<table width="100%">
<tr>
        <td width="125" valign="top">
                <table cellspacing="0" cellpadding="3" width="116">
        <tr>
                <td bgcolor="#006BB1"><a href="/ads.asp" target="ads"><font color="#FFFFFF" style="font-size:11px">About the ads below...</font>
        </tr>
</table>
<br>

<!--begin ads-->

<!-- BEGIN: AdSolution-Website-Tag 4.3 : Techserv.co (revshare) / 120x600_revshare -->
<iframe src="http://a.as-us.falkag.net/dat/dlv/aslframe.html?dat=143685&xl=120&yl=600" width=120 height=600 noresize scrolling=no hspace=0 vspac
<script type="text/javascript" language="javascript" src="http://a.as-us.falkag.net/dat/dlv/aslmain.js"></script>
<script language="javascript" type="text/javascript">
Ads_kid=0;Ads_bid=0;Ads_xl=120;Ads_yl=600;Ads_bt='';Ads_xp='';Ads_yp='';Ads_xpl='';Ads_ypl='';Ads_opt=0;Ads_par='';Ads_cnturl='';
</script>
<script type="text/javascript" language="javascript" src="http://a.as-us.falkag.net/dat/cjf/00/14/36/85.js"></script></iframe>
<!-- END:AdSolution-Tag 4.3 -->

<!--end ads-->

<br>

<br>

<a href="http://www.consumermediapublishing.com/" target="nw"><img src="/images/banners/consumermedia.gif" width="120" height="600" border="0"><
<br>
<img src="/images/spacer.gif" width="120" height="5" border="0"><br>

<font size="1"><a href="/reports/ripoff167471.htm" target="nw">
<center>Rip-off Report Corporate
Advocacy Business
Remediation & Customer
Satisfaction Program;
ED Magedson, Founder
Rip-off Report explains
how this program works to
benefit consumers &
businesses</a><br /></font>
<br>

<A
href="http://www.ripoffreport.com/donations.asp" target=nw><IMG height=100
src="http://www.ripoffreport.com/images/100X100revised.gif" width=100
border=0></A></center><br/>
<br/>

<div align="center">
<a href="http://www.hammockstock.com/?src=rip" title="Hammocks at Hammock Stock" style="text-decoration:none;" target="ads">
   <div style="background-color:#8AB98A; padding:0px; margin:0px; display:block; height:20px; width:120px; color:#ffffff; font-family:Verdana, A
   <img src="/images/120x60_hammockstock.gif" width="120" height="60" style="padding:0px; margin:0px;" alt="Hammocks"  border="0"/>
</a><br/>
<font size="1"><a href="http://www.pinoartist.com" target="pino">Artist Pino Daeni</a></font>
<br><br>

<div align="center" style="border-color:000000;border-style:solid;border-width:1;">
<font color="red" face="Times New Roman" size="5"><b>WANTED</b></font><br/>
<font size="4"><b>DEAD BEAT</b><br>
<font color="blue">DADS & MOMS</font></font><br>
PUT YOUR DEADBEAT<br>
<b>SPOUSE ON TV!!!</b><br>
So maybe you can finally <br>
 COLLECT $$$<br>
<font face="Times New Roman" size="4"><b>WANTED</b></font><br>
Moms or dads
who are owed<br>
more than six
months child<br>
support by a
deadbeat spouse...<br>
After you filed your <br>
Rip-off Report <i>email us at<br>
<font size="1"><a href="mailto:EDitor@ripoffreport.com">EDitor@ripoffreport.com</a></font> Rip-off Report<br>
will forward your filed<br>
```

**EXHIBIT "F-1"**

```
<html><head><title>Rip Off Report:Cambridge Whos Who ripoff, dishonest, fraudulent billing, rude customer service Uniondale New York</title>
<meta NAME='keywords' CONTENT='rip-off,ripoff,rip off,Cambridge Whos Who,Company,Telemarketers'>
<meta NAME='description' CONTENT='Cambridge Whos Who ripoff, dishonest, fraudulent billing, rude customer service Uniondale New York'>
<script src="/__utm.js" type="text/javascript"></script>
<SCRIPT LANGUAGE="JavaScript" SRC="/classes/tipster.js"></SCRIPT>
<SCRIPT LANGUAGE="JavaScript" SRC="/includes/java.js"></SCRIPT>
<SCRIPT LANGUAGE="JavaScript" SRC="/includes/javastatic.js"></SCRIPT>
<link rel="stylesheet" href="/includes/menu.css" type="text/css">
</head>
<body bgcolor="#FFFFFF" leftmargin="0" topmargin="0" marginwidth="0" marginheight="0" onload="preloadImages();setLoginImages();" text="#000000"
<table width="100%" border="0" cellpadding="0" cellspacing="0">
        <tr>
                <td width="1"><nobr><a href="http://www.ripoffreport.com/reports/"><img src="/images_v4/mastfile_01.gif" border="0" width="197"
                <td width="1" valign="top"><table width="1" border="0" cellpadding="0" cellspacing="0">
                        <tr>
                                <td valign="top"><img src="/images_v4/mastfile_03-08.gif" alt="" border="0" width="390" height="85"></td>
                        </tr>
                        <tr>
                                <td><nobr><img src="/images_v4/mastfile_10.gif" width="9" height="27" alt="" /><a href="http://www.ripoffreport.
                        <tr>
                                <td><img name="mastfile_16" src="/images_v4/mastfile_16.gif" width="390" height="17" alt="" /></td>
                        </tr>
                        </table>
                </td>
              <td background="/images_v4/header_filler.gif" width="100%"><img src="/images_v4/spacer.gif" width="1" height="1" alt="" /></td>
  </tr>
</table>

<table width="100%">
<tr>
        <td width="125" valign="top">
                <table cellspacing="0" cellpadding="3" width="116">
        <tr>
                <td bgcolor="#006BB1"><a href="/ads.asp" target="ads"><font color="#FFFFFF" style="font-size:11px">About the ads below...</font>
        </tr>
</table>
<br>

<!--begin ads-->

<!-- BEGIN: AdSolution-Website-Tag 4.3 : Techserv.co (revshare) / 120x600_revshare -->
<iframe src="http://a.as-us.falkag.net/dat/dlv/aslframe.html?dat=143685&xl=120&yl=600" width=120 height=600 noresize scrolling=no hspace=0 vspac
<script type="text/javascript" language="javascript" src="http://a.as-us.falkag.net/dat/dlv/aslmain.js"></script>
<script language="javascript" type="text/javascript">
Ads_kid=0;Ads_bid=0;Ads_xl=120;Ads_yl=600;Ads_bt='';Ads_xp='';Ads_yp='';Ads_xp1='';Ads_yp1='';Ads_opt=0;Ads_par='';Ads_cnturl='';
</script>
<script type="text/javascript" language="javascript" src="http://a.as-us.falkag.net/dat/cjf/00/14/36/85.js"></script></iframe>
<!--END:AdSolution Tag 4.3 -->

<!--end ads-->

<br>

<br>

<a href="http://www.consumermediapublishing.com/" target="nw"><img src="/images/banners/consumermedia.gif" width="120" height="600" border="0"><
<br>
<img src="/images/spacer.gif" width="120" height="5" border="0"><br>

<font size="1"><a href="/reports/ripoff167471.htm" target="nw">
<center>Rip-off Report Corporate
Advocacy Business
Remediation & Customer
Satisfaction Program;
ED Magedson, Founder
Rip-off Report explains
how this program works to
benefit consumers &
businesses</a><br /></font>
<br>

<A
href="http://www.ripoffreport.com/donations.asp" target=nw><IMG height=100
src="http://www.ripoffreport.com/images/100X100revised.gif" width=100
border=0></A></center><br/>
<br/>

<div align="center">
<a href="http://www.hammockstock.com/?src=rip" title="Hammocks at Hammock Stock" style="text-decoration:none;" target="ads">
   <div style="background-color:#8AB98A; padding:0px; margin:0px; display:block; height:20px; width:120px; color:#ffffff; font-family:Verdana, A
   <img src="/images/120x60_hammockstock.gif" width="120" height="60" style="padding:0px; margin:0px;" alt="Hammocks"  border="0"/>
</a><br/>
<font size="1"><a href="http://www.pinoartist.com" target="pino">Artist Pino Daeni</a></font>
<br><br>

<div align="center" style="border-color:000000;border-style:solid;border-width:1;">
<font color="red" face="Times New Roman" size="5"><b>WANTED</b></font><br/>
<font size="4"><b>DEAD BEAT</b><br>
<font color="blue">DADS & MOMS</font></font><br>
PUT YOUR DEADBEAT<br>
<b>SPOUSE ON TV!!!</b><br>
So maybe you can finally <br>
 COLLECT $$$<br>
<font face="Times New Roman" size="4"><b>WANTED</b></font><br>
Moms or dads
who are owed<br>
more than six
months child<br>
support by a
deadbeat spouse...<br>
After you filed your <br>
Rip-off Report <i>email us at<br>
<font size="1"><a href="mailto:EDitor@ripoffreport.com">EDitor@ripoffreport.com</a></font> Rip-off Report<br>
will forward your filed<br>
```

# **EXHIBIT "G-1"**

```
<html><head><title>Rip Off Report:Cambridge Whos Who - Manchester Whos Who SCAM RIPOFF FRAUD SPAM Uniondale New York</title>
<meta NAME='keywords' CONTENT='rip-off,ripoff,rip off,Cambridge Whos Who,Company,Book Publishers'>
<meta NAME='description' CONTENT='Cambridge Whos Who - Manchester Whos Who SCAM RIPOFF FRAUD SPAM Uniondale New York'>
<script src="/__utm.js" type="text/javascript"></script>
<SCRIPT LANGUAGE="JavaScript" SRC="/classes/tipster.js"></SCRIPT>
<SCRIPT LANGUAGE="JavaScript" SRC="/includes/java.js"></SCRIPT>
<SCRIPT LANGUAGE="JavaScript" SRC="/includes/javastatic.js"></SCRIPT>
<link rel="stylesheet" href="/includes/menu.css" type="text/css">
</head>
<body bgcolor="#FFFFFF" leftmargin="0" topmargin="0" marginwidth="0" marginheight="0" onload="preloadImages();setLoginImages();" text="#000000"
<table width="100%" border="0" cellpadding="0" cellspacing="0">
        <tr>
                <td width="1"><nobr><a href="http://www.ripoffreport.com/reports/"><img src="/images_v4/mastfile_01.gif" border="0" width="197"
                <td width="1" valign="top"><table width="1" border="0" cellpadding="0" cellspacing="0">
                        <tr>
                                <td valign="top"><img src="/images_v4/mastfile_03-08.gif" alt="" border="0" width="390" height="85"></td>
                        </tr>
                        <tr>
                                <td><nobr><img src="/images_v4/mastfile_10.gif" width="9" height="27" alt="" /><a href="http://www.ripoffreport.
                        <tr>
                                <td><img name="mastfile_16" src="/images_v4/mastfile_16.gif" width="390" height="17" alt="" /></td>
                        </tr>
                        </table>
                </td>
            <td background="/images_v4/header_filler.gif" width="100%"><img src="/images_v4/spacer.gif" width="1" height="1" alt="" /></td>
  </tr>
</table>

<table width="100%">
<tr>
        <td width="125" valign="top">
                <table cellspacing="0" cellpadding="3" width="116">
        <tr>
                <td bgcolor="#006BB1"><a href="/ads.asp" target="ads"><font color="#FFFFFF" style="font-size:11px">About the ads below...</font>
        </tr>
</table>
<br>

<!--begin ads-->

<!-- BEGIN: AdSolution-Website-Tag 4.3 : Techserv.co (revshare) / 120x600_revshare -->
<iframe src="http://a.as-us.falkag.net/dat/dlv/aslframe.html?dat=143685&xl=120&yl=600" width=120 height=600 noresize scrolling=no hspace=0 vspac
<script type="text/javascript" language="javascript" src="http://a.as-us.falkag.net/dat/dlv/aslmain.js"></script>
<script language="javascript" type="text/javascript">
Ads_kid=0;Ads_bid=0;Ads_xl=120;Ads_yl=600;Ads_bt='';Ads_xp='';Ads_yp='';Ads_xp1='';Ads_yp1='';Ads_opt=0;Ads_par='';Ads_cnturl='';
</script>
<script type="text/javascript" language="javascript" src="http://a.as-us.falkag.net/dat/cjf/00/14/36/85.js"></script></iframe>
<!-- END:AdSolution-Tag 4.3 -->

<!--end ads-->

<br>

<br>

<a href="http://www.consumermediapublishing.com/" target="nw"><img src="/images/banners/consumermedia.gif" width="120" height="600" border="0"><
<br>
<img src="/images/spacer.gif" width="120" height="5" border="0"><br>

<font size="1"><a href="/reports/ripoff167471.htm" target="nw">
<center>Rip-off Report Corporate
Advocacy Business
Remediation & Customer
Satisfaction Program;
ED Magedson, Founder
Rip-off Report explains
how this program works to
benefit consumers &
businesses</a><br /></font>
<br>

<A
href="http://www.ripoffreport.com/donations.asp" target=nw><IMG height=100
src="http://www.ripoffreport.com/images/100X100revised.gif" width=100
border=0></A></center><br/>
<br/>

<div align="center">
<a href="http://www.hammockstock.com/?src=rip" title="Hammocks at Hammock Stock" style="text-decoration:none;" target="ads">
   <div style="background-color:#8AB98A; padding:0px; margin:0px; display:block; height:20px; width:120px; color:#ffffff; font-family:Verdana, A
   <img src="/images/120x60_hammockstock.gif" width="120" height="60" style="padding:0px; margin:0px;" alt="Hammocks"  border="0"/>
</a><br/>
<font size="1"><a href="http://www.pinoartist.com" target="pino">Artist Pino Daeni</a></font>
<br><br>

<div align="center" style="border-color:000000;border-style:solid;border-width:1;">
<font color="red" face="Times New Roman" size="5"><b>WANTED</b></font><br/>
<font size="4"><b>DEAD BEAT</b><br>
<font color="blue">DADS & MOMS</font></font><br>
PUT YOUR DEADBEAT<br>
<b>SPOUSE ON TV!!!</b><br>
So maybe you can finally <br>
 COLLECT $$$<br>
<font face="Times New Roman" size="4"><b>WANTED</b></font><br>
Moms or dads
who are owed<br>
more than six
months child<br>
support by a
deadbeat spouse...<br>
After you filed your <br>
Rip-off Report <i>email us at<br>
<font size="1"><a href="mailto:EDitor@ripoffreport.com">EDitor@ripoffreport.com</a></font> Rip-off Report<br>
will forward your filed<br>
```

# EXHIBIT "H-1"

```
<html><head><title>Rip Off Report:Manchester Whos Who, Cambridge Whos Who, Manchester Publishing deceptive and predatory business practice, mis-
<meta NAME='keywords' CONTENT='rip-off,ripoff,rip off,Manchester Whos Who, Cambridge Whos Who, Manchester Publishing,Company,Internet Marketing
<meta NAME='description' CONTENT='Manchester Whos Who, Cambridge Whos Who, Manchester Publishing deceptive and predatory business practice, mis-
<script src="/__utm.js" type="text/javascript"></script>
<SCRIPT LANGUAGE="JavaScript" SRC="/classes/tipster.js"></SCRIPT>
<SCRIPT LANGUAGE="JavaScript" SRC="/includes/java.js"></SCRIPT>
<SCRIPT LANGUAGE="JavaScript" SRC="/includes/javastatic.js"></SCRIPT>
<link rel="stylesheet" href="/includes/menu.css" type="text/css">
</head>
<body bgcolor="#FFFFFF" leftmargin="0" topmargin="0" marginwidth="0" marginheight="0" onload="preloadImages();setLoginImages();" text="#000000"
<table width="100%" border="0" cellpadding="0" cellspacing="0">
        <tr>
                <td width="1"><nobr><a href="http://www.ripoffreport.com/reports/"><img src="/images_v4/mastfile_01.gif" border="0" width="197"
                <td width="1" valign="top"><table width="1" border="0" cellpadding="0" cellspacing="0">
                        <tr>
                                <td valign="top"><img src="/images_v4/mastfile_03-08.gif" alt="" border="0" width="390" height="85"></td>
                        </tr>
                        <tr>
                                <td><nobr><img src="/images_v4/mastfile_10.gif" width="9" height="27" alt="" /><a href="http://www.ripoffreport.
                        <tr>
                                <td><img name="mastfile_16" src="/images_v4/mastfile_16.gif" width="390" height="17" alt="" /></td>
                        </tr>
                        </table>
                </td>
            <td background="/images_v4/header_filler.gif" width="100%"><img src="/images_v4/spacer.gif" width="1" height="1" alt="" /></td>
  </tr>
</table>

<table width="100%">
<tr>
        <td width="125" valign="top">
                <table cellspacing="0" cellpadding="3" width="116">
        <tr>
                <td bgcolor="#006BB1"><a href="/ads.asp" target="ads"><font color="#FFFFFF" style="font-size:11px">About the ads below...</font>
        </tr>
</table>
<br>

<!--begin ads-->

<!-- BEGIN: AdSolution-Website-Tag 4.3 : Techserv.co (revshare) / 120x600_revshare -->
<iframe src="http://a.as-us.falkag.net/dat/dlv/aslframe.html?dat=143685&xl=120&yl=600" width=120 height=600 noresize scrolling=no hspace=0 vspac
<script type="text/javascript" language="javascript" src="http://a.as-us.falkag.net/dat/dlv/aslmain.js"></script>
<script language="javascript" type="text/javascript">
Ads_kid=0;Ads_bid=0;Ads_xl=120;Ads_yl=600;Ads_bt='';Ads_xp='';Ads_yp='';Ads_xp1='';Ads_yp1='';Ads_opt=0;Ads_par='';Ads_cnturl='';
</script>
<script type="text/javascript" language="javascript" src="http://a.as-us.falkag.net/dat/cjf/00/14/36/85.js"></script></iframe>
<!-- END:AdSolution-Tag 4.3 -->

<!--end ads-->

<br>

<br>

<a href="http://www.consumermediapublishing.com/" target="nw"><img src="/images/banners/consumermedia.gif" width="120" height="600" border="0"><
<br>
<img src="/images/spacer.gif" width="120" height="5" border="0"><br>

<font size="1"><a href="/reports/ripoff167471.htm" target="nw">
<center>Rip-off Report Corporate
Advocacy Business
Remediation & Customer
Satisfaction Program;
ED Magedson, Founder
Rip-off Report explains
how this program works to
benefit consumers &
businesses</a><br /></font>
<br>

<A
href="http://www.ripoffreport.com/donations.asp" target=nw><IMG height=100
src="http://www.ripoffreport.com/images/100X100revised.gif" width=100
border=0></A></center><br/>
<br/>

<div align="center">
<a href="http://www.hammockstock.com/?src=rip" title="Hammocks at Hammock Stock" style="text-decoration:none;" target="ads">
   <div style="background-color:#8AB98A; padding:0px; margin:0px; display:block; height:20px; width:120px; color:#ffffff; font-family:Verdana, A
   <img src="/images/120x60_hammockstock.gif" width="120" height="60" style="padding:0px; margin:0px;" alt="Hammocks"  border="0"/>
</a><br/>
<font size="1"><a href="http://www.pinoartist.com" target="pino">Artist Pino Daeni</a></font>
<br><br>

<div align="center" style="border-color:000000;border-style:solid;border-width:1;">
<font color="red" face="Times New Roman" size="5"><b>WANTED</b></font><br/>
<font size="4"><b>DEAD BEAT</b><br>
<font color="blue">DADS & MOMS</font></font><br>
PUT YOUR DEADBEAT<br>
<b>SPOUSE ON TV!!!</b><br>
So maybe you can finally <br>
 COLLECT $$$<br>
<font face="Times New Roman" size="4"><b>WANTED</b></font><br>
Moms or dads
who are owed<br>
more than six
months child<br>
support by a
deadbeat spouse...<br>
After you filed your <br>
Rip-off Report <i>email us at<br>
<font size="1"><a href="mailto:EDitor@ripoffreport.com">EDitor@ripoffreport.com</a></font> Rip-off Report<br>
will forward your filed<br>
```