**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y

★ DEC 22 2006 ★

LONG ISLAND OFFICE

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

-------------------------------------------------------x

CAMBRIDGE WHO'S WHO PUBLISHING, INC.
    a New York corporation,

                    Plaintiff,

v.

XCENTRIC VENTURES, LLC,
an Arizona limited liability company,
d/b/a RIP-OFF REPORT, and/or
RIPOFFREPORT.COM, and/or
BAD BUSINESS BUREAU, and/or
BADBUSINESSBUREAU.COM

and

EDWARD MAGEDSON, a/k/a Ed Magedson,
    an individual,

                    Defendants.

-------------------------------------------------------x

**NOTICE OF MOTION TO ADMIT**
**COUNSEL PRO HAC VICE**

CV – 06 6590

Seybert, J.
Boyle, M.

TO: Opposing Counsel
    (Address)
    (E-mail address if available)

    PLEASE TAKE NOTICE that, upon the annexed affidavit of John W. Dozier, Jr. in support of this motion and the Certificate of Good Standing annexed thereto, the undersigned member of the bar of the Eastern District of New York will move this Court before the Honorable Joanna Seybert at the United States Courthouse for the Eastern District of New York, pursuant to Rule 1.3 (c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, for an Order allowing the admission of John W. Dozier, Jr. , an attorney with the firm of Dozier Internet Law, P.C. and a member in good standing of the Bar of the Commonwealth of Virginia, as attorney *pro hac vice* to argue or try

this case in whole or in part as counsel. There are no pending disciplinary proceedings against me in any State or Federal court.

    Respectfully submitted,

*Donald E. Morris*
Donald E. Morris, Esq. (DM-9138)
**DOZIER INTERNET LAW, P.C.**
301 Concourse Blvd.
West Shore III, Suite 300
Glen Allen, VA 23059
Phone (804) 346-9770
Fax (804) 346-0800
Email: don@cybertriallawyer.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------x
CAMBRIDGE WHO'S WHO PUBLISHING, INC.
    a New York corporation,

                       Plaintiff,

v.

XCENTRIC VENTURES, LLC,
an Arizona limited liability company,
d/b/a RIP-OFF REPORT, and/or
RIPOFFREPORT.COM, and/or
BAD BUSINESS BUREAU, and/or
BADBUSINESSBUREAU.COM

and

EDWARD MAGEDSON, a/k/a Ed Magedson,
    an individual,

                       Defendants.
------------------------------------------------------------x

**ADMISSION TO PRACTICE**
*PRO HAC VICE*

CV – 06  6590

Seybert, J.
Boyle, M.

       The motion for admission to practice *pro hac vice* in the above captioned matter is granted. The admitted attorney, John W. Dozier, Jr., is permitted to argue or try this particular case in whole or in part as counsel or advocate.

       An attorney admitted to practice *pro hac vice* is required to pay a $25.00 attorney admission fee and present this Order to the intake deputy clerk in the Clerk's Office. When paying by mail, return a copy of this order to the Clerk's Office with the required fee.

       This Order confirms your appearance as counsel in this case, and it will be entered on the Court's docket. A notation of you admission *pro hac vice* for the above listed case will be made on the roll of attorneys.

The attorney admitted *pro hac vice* must serve a copy of this Order on all other counsel in this case.

Dated:

_____<br>United States District Judge

cc: *Pro Hac Vice* Attorney
    Court File

```
                                              FILED
                                         IN CLERK'S OFFICE
                                     U.S. DISTRICT COURT E.D.N.Y
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

★   DEC 22 2006   ★

------------------------------------------------------------x

CAMBRIDGE WHO'S WHO PUBLISHING, INC.
   a New York corporation,

LONG ISLAND OFFICE

                       Plaintiff,

AFFIDAVIT OF JOHN W. DOZIER, JR.
v.                                                      IN SUPPORT OF MOTION TO ADMIT
                                                        COUNSEL *PRO HAC VICE*

XCENTRIC VENTURES, LLC,
an Arizona limited liability company,               CV – 06  6590
d/b/a RIP-OFF REPORT, and/or
RIPOFFREPORT.COM, and/or                      Seybert, J.
BAD BUSINESS BUREAU, and/or                    Boyle, M.
BADBUSINESSBUREAU.COM

and

EDWARD MAGEDSON, a/k/a Ed Magedson,
   an individual,

                       Defendants.
------------------------------------------------------------x

Commonwealth of Virginia   )
County of Henrico             )

      John W. Dozier, Jr., being duly sworn, hereby deposes and says as follows:

      1.     I am an attorney with the law firm of Dozier Internet Law, P.C., located in Glen Allen, Virginia.

      2.     I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above captioned matter.

      3.     As shown in the Certificate of Good Standing annexed hereto I am a member in good standing of the Bar of the Commonwealth of Virginia.

      4.     There are no pending disciplinary proceedings against me in any State or Federal court.

5.  Wherefore your affiant respectfully submits that he be permitted to appear as counsel and advocate *pro hac vice* in this one case.

Dated: December 21, 2006

*[signature]*

John W. Dozier, Jr., Esq. (JD-3389)
**DOZIER INTERNET LAW, P.C.**
301 Concourse Blvd.
West Shore III, Suite 300
Glen Allen, VA 23059
Phone (804) 346-9770
Fax (804) 346-0800
Email: jwd@cybertriallawyer.com

Subscribed and sworn to before the undersigned, a Notary Public in and for the jurisdiction aforesaid.

My Commission Expires: October 31, 2009

*[signature]*
Notary Public

# Supreme Court of Virginia

**AT RICHMOND**

## Certificate

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y

★   DEC 22 2006   ★

**LONG ISLAND OFFICE**

I, Patricia L. Harrington, Clerk of the Supreme Court of Virginia, do hereby certify that

### JOHN WESLEY DOZIER, JR.

was admitted to practice as an attorney and counsellor at the bar of this Court on June 11, 1981.

I further certify that so far as the records of this office are concerned, JOHN WESLEY DOZIER, JR. is a member of the bar of this Court in good standing.

**Witness** my hand and seal of said Court

This 18th day of December

A.D. 2006

By: _____
*Deputy Clerk*