A082 SWEDA
(Rev. 3/02)

**ORIGINAL**
**RECEIPT FOR PAYMENT**
**UNITED STATES DISTRICT COURT**
for the
**EASTERN DISTRICT OF NEW YORK**
at _____CENTRAL ISLIP_____

**021698**

| Fund | | |
|---|---|---|
| 6855XX | Deposit Funds | |
| 604700 | Registry Funds | |
| | General and Special Funds | |
| 508800 | Immigration Fees | |
| 085000 | Attorney Admission Fees | |
| 086900 | Filing Fees | |
| 322340 | Sale of Publications | |
| 322350 | Copy Fees | |
| 322360 | Miscellaneous Fees | |
| 143500 | Interest | |
| 322380 | Recoveries of Court Costs | |
| 322386 | Restitution to U.S. Government | |
| 121000 | Conscience Fund | |
| 129900 | Gifts | |
| 504100 | Crime Victims Fund | |
| 613300 | Unclaimed Monies | |
| 510000 | Civil Filing Fee (½) | |
| 510100 | Registry Fee | |

000102D

12/22/06   REG#01

21698*#
CT PURPOSE FD
6855XX           25.00
                 ##
TOTAL     25.00
CHECK     25.00
1301*#
CHANGE     0.00
1 ITM-CT
182113B001 16:59

**CASE REFERENCE:**
CV 06 6590

**RECEIVED FROM**
Dozier Internet Law PC
301 Concourse Blvd
West Shore II Ste 300
Glen Allen, VA 23059

**DEPUTY CLERK** _/s/_

PRO HAC VICE!
Attny!
John W. Dozier, Jr.

Checks and drafts are accepted subject to collection and full credit will only be given when the check or draft has been accepted by the financial institution on which it was drawn.

GPO U.S. GPO: 2006-510-661