Dozier Internet Law, P.C.
301 Concourse Blvd.
West Shore III, Suite 300
Glen Allen, VA 23059
Phone: (804) 346-9770
Fax: (804) 346-0800
www.cybertriallawyer.com

# Dozier Internet Law, P.C.

April 5, 2007

**VIA ELECTRONIC CASE FILING**

Magistrate Judge E. Thomas Boyle
United States District Court
100 Federal Plaza
Central Islip, New York 11722

Re:    Cambridge Who's Who Publishing, Inc. v. Xcentric Ventures, LLC and Edward Magedson
       Case Number: CV-06 6590

Dear Judge Boyle:

Counsel for plaintiff, Cambridge Who's Who Publishing, Inc., requests an extension of time to serve the defendants, Xcentric Ventures, LLC and Edward Magedson. Our process server has been unable to serve Mr. Magedson, who has repeatedly evaded service and has not been sighted at his house for several weeks. We have sent our summons and complaint for Xcentric Ventures to the Sheriff's Office of Gila County, Arizona to serve Xcentric Ventures' statutory agent. The original deadline for service of process is April 11, 2007. We have not submitted any previous requests for extensions of time to serve process. Based on the above information, we request an additional 60 days to serve defendants.

Additionally, we are requesting that the initial scheduling conference with you, currently set for April 20, 2007, be adjourned to a later date due to the fact that defendants have not yet been served and because plaintiff's counsel, Mr. Morris, is not available on that date. We have not submitted any previous requests to adjourn the conference. We also have not obtained consent from the opposing parties or their counsel because they have not yet been served and have not yet made an appearance. We are submitting the following three dates as alternatives for the scheduling conference:

- July 11, 2007
- July 27, 2007
- July 30, 2007

If there is anything else that your Chambers require, please let me know. Thank you for your time.

Sincerely,

Donald E. Morris, Esq.

DEM/jc