AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__EASTERN__ District of __NEW YORK__

CAMBRIDGE WHO'S WHO PUBLISHING, INC.

V.

XCENTRIC VENTURES, LLC
and
EDWARD MAGEDSON

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: CV-06 6590

SEYBERT, J.

BOYLE, M.

TO: (Name and address of Defendant)

XCENTRIC VENTURES, LLC
c/o G. Peter Busnack, Statutory Agent
8833 S JB Rd.
Reevis Mountain, AZ 85545

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Donald E. Morris, Esq.
DOZIER INTERNET LAW, P.C.
301 Concourse Blvd.
West Shore III, Suite 300
Glen Allen, VA 23059

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

ROBERT C. HEINEMANN    DEC 1 2 2006
CLERK                  DATE

(By) DEPUTY CLERK

GCSD '07 APR 2 15:28



# GILA COUNTY SHERIFF'S OFFICE
## CIVIL PROCESS DIVISION
## COUNTY OF GILA, STATE OF ARIZONA
## AFFIDAVIT OF SERVICE

| CASE NUMBER   CV-06 6590 | COURT |
|---|---|
| Cambridge Who's Who Publishing, Inc vs G. Peter Busnack | United States District Court Eastern District of New York |

I Sgt. R.C. Taylor being first duly sworn, deposes and says that he is regularly appointed qualified Deputy Sheriff of the County of Gila, State of Arizona, over the age of 21 years, not aparty to the action or related to either party, nor an Attorney for a party, nor in any way interested in the named action and authorized to serve civil process by the law of the State of Arizona and competent to be a witness therein and that he/she received;

Summons in a Civil Action

on day 2nd of April 2007 at 1520 hours and served the same on the defendant and/or respondent in the County of Gila, State of Arizona, a true and correct copy thereof, in the manner and at the place and time shown below;

## Service information

| [X] PERSONAL SERVICE | [ ] SUBSTITUTED SERVICE | [ ] AFFIDAVIT OF NON-SERVICE NOT FOUND. |
|---|---|---|
| by personally delivering true copies to the person or corporation names. | by leaving copies at the dwelling, usual place of abode of the person named in the presence of a competent member of the household of reason-able age, discretion, who was informed of the general nature of the papers. | I certify that after due and diligent search, careful inquiry, and routine checks with utilities and local law enforcement agencies, I have been unable to make personal service of the said process in the County of Gila on the above person. |

| SERVICE SUBJECT | G. Peter Busnack |
|---|---|
| PERSON ACCEPTING SERVICE | *Peter Busnack* |
| DATE & TIME OF SERVICE | 4-5-07   1040 |
| ADDRESS/LOCATION | 8833 S JB Road Reeves Mountain, Az |
| SERVICE DEPUTY | Sgt. R.C. Taylor |
| NON SERVICE INFORMATION COLLECTED | |

| John R. Armer, Sheriff of Gila County, by: Sgt. R.C. Taylor | Sworn before me, *Peggy B. Huggins*, Notary this 5 Day of April 2007. |
|---|---|

CN: 0703059  Fees: [ ] Billed [ ] Paid [ ] None  Service $16.00  Mileage $16.00  Notary $8.00

OFFICIAL SEAL
PEGGY B HUGGINS
State of Arizona
GILA COUNTY
My Commission Expires Oct. 7, 2007

| RECEIPT | |
|---|---|
| DATE | 4-25-07 |
| No. | 775382 |
| RECEIVED FROM | Dozier Internet |
| | $126.40 |
| One hundred twenty six dollars & 40/100 DOLLARS | |
| ○ FOR RENT | |
| ○ FOR | 0703059 |
| ACCOUNT | |
| PAYMENT | |
| BAL. DUE | |
| ○ CASH  002006 | |
| ✗ CHECK | |
| ○ MONEY ORDER | |
| FROM | |
| TO | |
| BY | Kathy Johnson |