UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
CAMBRIDGE WHO'S WHO PUBLISHING, INC.   06-CV-06590 (JS) (ETB)

                Plaintiff

   -against-                                 **NOTICE OF APPEARANCE**

XCENTRIC VENTURES, LLC and
EDWARD MAGEDSON,

                Defendants.
------------------------------------------------------------------X

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for CAMBRIDGE WHO'S WHO PUBLISHING, INC.

I certify that I am admitted to practice in this court.

Dated: June 15, 2007
       Garden City, New York

                                   ETTELMAN & HOCHHEISER, P.C.

                    By:   _____
                             Gary Ettelman (GE-9315)
                             Attorneys for Plaintiff
                             100 Quentin Roosevelt Blvd., Suite 401
                             Garden City, NY 11530
                             (516) 227-6300