## AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                                    SS:
COUNTY OF NASSAU   )

    **SUSAN TURNER**, being duly sworn, deposes and says, that deponent is not a party to this action, is over eighteen (18) years of age, and resides in Wantagh, Nassau County, New York.

    That on the 15th day of June 2007, your deponent served the within **NOTICE OF APPEARANCE** upon the following:

> Donald E. Morris, Esq.
> Dozier Internet Law P.C.
> 301 Concourse Blvd.
> West Shore III, Suite 300
> Glen Allen, VA 23059
>
> Maria Crimi Speth, Esq.
> Attorneys for Defendant
> Jaburg & Wilk, P.C.
> 3200 N. Central Avenue, Suite 2000
> Phoenix, AZ 85012

X      at the address(es) designated above for that purpose, by depositing a true copy of same enclosed in a post-paid properly addressed wrapper, in a post office official depository, under the exclusive care and custody of the United States Postal Service within the State of New York;

__      facsimile transmittal ;

__      delivering same to the persons and at the addresses set forth above by Overnight Mail Delivery;

__      delivering same personally to the persons and at the addresses set forth above by Hand Delivery;

__      at the addresses designated above for that purpose, by depositing a true copy of same enclosed in a post-paid properly addressed wrapper, certified, return receipt requested in a post office official depository, under the exclusive care and custody of the United States Postal Service within the State of New York.

                                                                   _/s/ Susan Turner_
                                                                   **SUSAN TURNER**

Sworn to before me
this 15th day of June 2007.

_/s/ Notary_
Notary Public

                                                RIZWAN AKMAL
                                   Notary Public, State of New York
                                          No. 02AK6133602
                                        Qualified in Nassau County
                              Commission Expires September 19, 2009

F:\Empire\Cambridge\Litigation\Xcentric\AOS - Notice of Appearance.doc