# EXHIBIT A

Dockets.Justia.com

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------x

CAMBRIDGE WHO'S WHO PUBLISHING,
INC.,
     a New York corporation,

               Plaintiff,

v.

XCENTRIC VENTURES, LLC., an Arizona
limited
     liability company, d/b/a/ RIP-OFF
REPORT,
     and/or RIPOFFREPORT.COM, and/or
BAD BUSINESS BUREAU, and/or
     BADBUSINESSBUREAU.COM

and

EDWARD MAGEDSON, a/k/a Ed Magedson,
     an individual,

              Defendants.

**DEFENDANT**
**XCENTRIC VENTURES,**
**LLC'S MOTION TO**
**DISMISS FOR LACK OF**
**JURISDICTION**

Case No.: 2:06-cv-06590-
JS-ETB

-------------------------------------------------------------------x

State of Arizona       )
                      ) ss.
County of Maricopa    )

I, Edward Magedson, declare under penalty of perjury as follows:

1.     I am a resident of the State of Arizona.

2.     I do not reside in the State of New York.

3.     I resided in the State of New York from August 11, 1951 when I was

born, until 1969 when I moved away from New York. I also lived in

New York from 1980 until 1989. I have not been back to New York

since 1989.

4.     I do not own any assets in the State of New York.

5.    I am personally familiar with the policies and the practices of Xcentric Ventures, LLC.

6.    Xcentric is a limited liability company organized and existing under the laws of Arizona.

7.    Xcentric's place of business is in the State of Arizona.

8.    Xcentric does not own any assets in the State of New York, nor does it have any offices or employees in the state.

9.    Xcentric does not do business with or within the State of New York.

10.   Xcentric operates a website, "The Rip-Off Report," located at www.badbusinessbureau.com and at www.ripoffreport.com.

11.   No agent of Xcentric authored any report about Cambridge Who's Who Publishing, Inc. on the Rip-Off Report.


Edward Magedson

Date:    6-22-07