# **EXHIBIT B**

by consumers, for consumers

# Ripoff Report
Don't let them get away with it.™

Register to file a Report | Login

| Home | File a Report | Update Report | Consumer Resources | Corporate Advocacy |

Search a Company

[Search box] Search

Use Advanced Search | Browse Latest Reports

Victim of a Rip-off?
## File a Report
Don't let them get away with it.™

[File a Report]

Make sure they make the **Ripoff Report!**

**250,020** REPORTS FILED

**Newest Ripoff Reports**

**Featured Ripoff Reports**

Fairbanks Capital Corporation LEADER OF THE PACK IN PREDATORY LENDING owned and operated by The PMI Group, publicly-traced corporation NYSE Lawsuits nationwide under investigation

Larry Bagwell AKA Kids.com AKA andJustOurKids.com exploits child modeling ripoff scam FTC injunction ignored

Helena Goldnadel ZaZou Model Management lies touts Magda only real talent success

Top Rip-offs to avoid...

**Search before you do business**

Check out a company/individual before doing business.

[Search box] Search

- or -

Use Advanced Search >>
Browse Latest Reports

Victim of a consumer Rip-off? Want justice? Ripoff Report℠ is a worldwide consumer reporting Website & Publication, by consumers, for consumers, to file & document complaints about companies or individuals who rip-off consumers.

Unlike the Better Business Bureau, Ripoff Report does not hide reports of "satisfied" complaints. ALL complaints remain public and unedited in order to create a working history on the company or individual in question. You can Browse the latest Reports, Search the Reports, or Submit your Ripoff Reports cover every category imaginable! Ripoff Reports cover every category imaginable! View over 1,000 different topics & categories you can file under.

By filing a Ripoff Report it's almost like creating your own web site

...by consumers, for consumers



Don't let them get away with it.™

# Search Results: New York

You    Legend
         New      Updated      Rebuttal     PHOTOS  Photos
searched for: **New York**
Approximately **16900** Reports Found
Showing 1 - 15

| Date | Title | City, State |
|---|---|---|

1. 6/7/2007
6:59:35 PM
UPDATE
REBUTTAL

Louise Florio Psycho path, Mentally ill person , bipolar, schizophrenic, possible HIV infected warning Stay away from her. Jackson Heights Queens New York

*UPDATE Employee.. inside information ..Pamela enough is enough of your games move on

Con Artists : **Louise Florio**
New York

Author: Jackson Heights, New York



You may be due a REFUND!

Did you refinance your Home in the last 3 years?

If so, you might be entitled to a refund. Fax 602-532-7953 or email classaction@ careylaw.com your HUD 1 form immediately to see if you qualify.

*Ripoff Report Verified -safe advertisement-*

2. 6/7/2007
2:10:00 PM
NEW

CCI Camera City CCI CAMERA CITY commits another fraud! Beware! Their website no longer exist and phone is a recording! ripoff Brooklyn New York

On-Line Stores : **CCI Camera City**
New York

Author: Tustin, California

3. 6/7/2007
2:22:00 PM
NEW

Easy Site Hits Failed to deliver advertised hits ripoff New York New York

Internet Marketing Companies : **Easy Site Hits**
New York

Author: New York, New York

4. 6/5/2007
8:28:00 PM
NEW

CHECK PROCESSING BUREAU FRAUD AND SCAMS ripoff NEW YORK New York

Corrupt Companies : **CHECK PROCESSING BUREAU**
New York

Author: NEW ORLEANS, Louisiana

5. 6/5/2007
6:53:00 AM
NEW

Check Processing Bureau Ripoff STRIKES AGAIN!! THEY USE SCARE TACTICS TO TRY AND GET YOU

|   |   |   |   |
|---|---|---|---|
|   |   | TO PAY!! New York New York |   |
|   |   | Credit & Debt Services : **Check Processing Bureau** New York | Author: Indianapolis, Indiana |
| 6. | 6/5/2007 10:40:00 AM [NEW] | CAPITAL MANAGEMENT SERVICE RIPOFF DISHONEST FRAUDULENT BILLING AND RUDENESS BUFFALO New York |   |
|   |   | Collection Agency's : **CAPITAL MANAGEMENT SERVICE** New York | Author: WEST KEANSBURG, New Jersey |
| 7. | 6/5/2007 7:16:00 PM [NEW] | DPD Pools - Charlie Goss received damaged merchandise, will not refund money ripoff Niagara Falls New York |   |
|   |   | Pool Builders : **DPD Pools - Charlie Goss** New York | Author: Laceyville, Pennsylvania |
| 8. | 6/5/2007 7:17:00 PM [NEW] | NORTHERN LEASING SYSTEMS ripoff dishonest fraudulent billing NEW YORK New York |   |
|   |   | Corrupt Companies : **NORTHERN LEASING SYSTEMS** New York | Author: Summerfield, Florida |
| 9. | 6/5/2007 1:50:23 PM [NEW] [REBUTTAL] | Law Offices Of Mitchell N. Kay dishonest fraudulent billing ripoff New York New York *UPDATE Ex-Employee responds ..You need more than just your address |   |
|   |   | Lawyers : **Law Offices Of Mitchell N. Kay** New York | Author: Frederick, Maryland |
| 10. | 6/4/2007 2:34:00 PM [NEW] | Check And Merchant Services Ripoff Check and Merchant Services SCAMMERS!! White Plains New York |   |
|   |   | Collection Agency's : **Check And Merchant Services** New York | Author: Irondale, Alabama |
| 11. | 6/4/2007 8:02:00 AM [NEW] | Silberstein, Awad And Miklos, P.c. Incompetent Legal Practice Garden City New York |   |
|   |   | Lawyers : **Silberstein, Awad And Miklos, P.c.** New York | Author: glen cove, New York |



all businesses recieve complaints...

Prescription Drug Card Rip-Off?

Are you a member of a prescription drug plan or do you have a prescription drug card through any organization, such as:

- SaveRx
- MatureRx
- Coventry AdvantraRx
- Humana
- Unicare
- HealthNet
- SierraRx
- United Healthcare
- Veterans Advantage

If so, you may have unknowingly been injured financially and therefore be entitled to reimbursement of your losses.

To see if you were injured and whether you are eligible to be a member of a class action to recover your losses please contact classaction@earthlaw.com

12. 6/4/2007 12:49:00 PM **NEW** | **Wisetronics Ripoff Cannot produce the order keeps extending backorder pushes to cancel - Scam Brooklyn New York**
| | Cameras & Video : **Wisetronics** New York | Author: Rockville, Maryland |

donate now
help keep this site
free

13. 6/3/2007 2:41:07 PM **UPDATE** | **DPD Pools Scam!! ripoff Niagra Falls New York**
**\*UPDATE \*UPDATE ..A response from Charlie Goss!!**
| | Pools & Saunas : **DPD Pools** New York | Author: Gloucester, Virginia |

14. 6/3/2007 10:32:48 PM **NEW** **UPDATE** | **Y Fusean - Sean Alvardo - Elizabeth Pacheco DOES NOT PAY their freelancers! ripoff Maspeth New York**
**\*UPDATE \*UPDATE ..Y-Fusean has many addresses!**
| | Computer Graphics : **Y-Fusean - Sean Alvardo - Elizabeth Pacheco** New York | Author: New York, New York |

15. 6/2/2007 11:08:58 PM **UPDATE** **REBUTTAL** | **NAFS ,National Action Financial Services, Scam Letter In Mail!! Williamsville New York**
**\*UPDATE Employee.. inside information ..Bottom Line**
| | Collection Agency's : **NAFS ,National Action Financial Services,** New York | Author: Helena, Montana |

Approximately **16900** Reports Found
Showing 1 - 15 | **Showing Page 1 of approximately 1127**          Next >>

[ 1 ▼ ]

**Ripoff Report**

| Thank You! | Donate | Link | Past Featured Reports | Consumer Resources | About Us | Want to sue Ripoff Report? |

Copyright © 1999-2007, Ripoff Report

| Privacy Policy | Terms of Service | FAQ | Ed Magedson - Ripoff Report Founder | Contact Us |