UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
CAMBRIDGE WHO'S WHO PUBLISHING, INC.          Cv-06 6590


                              Plaintiff

         -against-                                    **NOTICE OF MOTION**
                                                      **TO SUBSTITUTE**
                                                      **COUNSEL**
XCENTRIC VENTURES, LLC and
EDWARD MAGEDSON,


                              Defendants.
-------------------------------------------------------------------X


  **PLEASE TAKE NOTICE**, that upon the annexed affidavit of Matthew Proman,

Vice President of Cambridge Who's Who Publishing, Inc. submitted in support hereof,

Plaintiff will move this Court before the Honorable Joanna Seybert, United States District

Court Judge, at the United States District Court, Eastern District of New York, Long

Island Federal Courthouse, 100 Federal Plaza, Central Islip, New York pursuant to Local

Civil Rule 1.4 of the Local Rules of the United States District Court for the Southern and

Eastern District of New York for an order granting Plaintiff's motion to substitute

Ettelman & Hochheiser, P.C. as the attorney of record for this proceeding and for any

other and further relief as may be deemed just and proper.


  **PLEASE TAKE FURTHER NOTICE**, that any objections or papers responsive

to the motion or the relief requested shall be made in writing, and shall state with

particularity the reasons and legal and factual basis for such objection, and such objection

shall be filed with the Court and served upon the undersigned within the time periods set

Dockets.Justia.com

forth in the Federal Rules of Civil Procedure, and the Local Rules for the Eastern District

of New York.

Dated: Garden City, New York
       June 28, 2007

                              ETTELMAN & HOCHHEISER, P.C.

                      BY: _____
                              Gary Ettelman (GE 9315)
                              Attorneys for Defendant
                              100 Quentin Roosevelt Blvd.
                              Garden City NY  11530
                              (516) 227-6300