UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
CAMBRIDGE WHO'S WHO PUBLISHING, INC.    Cv-06 6590

                Plaintiff

    -against-                           **AFFIDAVIT IN**
                                                      **SUPPORT OF MOTION**
XCENTRIC VENTURES, LLC and
EDWARD MAGEDSON,

                Defendants.
-------------------------------------------------------------------X

    Matthew Proman, being duly sworn, deposes and states, as follows under the penalty of perjury:

    1.    I am the Vice President of Plaintiff Cambridge Who's Who Publishing, Inc. ("Plaintiff").

    2.    I submit this affidavit in support of Plaintiff's motion to relieve and displace Dozier Internet Law, P.C. (the "Dozier Firm") as Plaintiff's counsel in the above-captioned matter.

    3.    On or about November 2006, Plaintiff retained the Dozier Firm, located in the State of Virginia, to represent Plaintiff with regard to various matters, including the instant complaint commenced by Plaintiff which seeks damages against the Defendants for extortion, violation of the Federal Racketeering Influenced and Corrrupt Organizations Act, defamation, trademark infringement, tortious interference with contract, and tortious interference with prospective economic gain.

    4.    Plaintiff's complaint was filed on December 12, 2006.

    5.    On June 22, 2007, Defendant filed a motion to dismiss for lack of personal jurisdiction. The initial scheduling conference is presently scheduled for July 27, 2007.

6. Plaintiff requests that this Court relieve the Dozier Firm as Plaintiff's counsel in this proceeding based upon the fact that Plaintiff has retained its general counsel, Ettelman & Hochheiser, which is located in New York, to represent its interests in this matter. A true and correct copy of Ettelman & Hochheiser's Notice of Appearance is annexed hereto as <u>Exhibit A.</u>

7. Accordingly, Plaintiff requests that this Court grant its request to relieve and displace the Dozier Firm as Plaintiff's counsel pursuant to Local Civil Rule 1.4 for the Southern and Eastern Districts of New York.

_____
MATTHEW PROMAN

Sworn to before me this
28th day of June, 2007

_____
Notary Public

SUZANNE B. FERTIG
Notary Public, State of New York
No. 02FE5061347
Qualified in Nassau County
Commission Expires June 3, 2010