UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
CAMBRIDGE WHO'S WHO PUBLISHING, INC.   Cv-06 6590

                           Plaintiff   **ORDER
                                                                        AUTHORIZING
       -against-                                       SUBSTITUTION
                                                                              OF COUNSEL**

XCENTRIC VENTURES, LLC and
EDWARD MAGEDSON,

                         Defendants.
-------------------------------------------------------------------X

     UPON THE READING AND FILING of the application of Cambridge Who's Who Publishing, Inc. seeking authorization to substitute Ettelman & Hochheiser, P.C. as the attorney of record for this proceeding, and after a hearing had been held and due deliberation having been had, and this matter being presented to the Court for consideration, it is

     ORDERED, that pursuant to Local Rule Civil 1.4 for the Southern and Eastern Districts of New York, Ettelman & Hochheiser, P.C. is hereby authorized to be substituted as the attorney of record for the Cambridge Who's Who Publishing, Inc. for this proceeding.

Dated: Central Islip, New York
         July __, 2007

                                              _____
                                              HONORABLE JOANNA SEYBERT
                                              UNITED STATES BANKRUPTCY JUDGE