

# ETTELMAN & HOCHHEISER, P.C.
### ATTORNEYS AT LAW

GARDEN CITY CENTER
100 QUENTIN ROOSEVELT BOULEVARD
SUITE 401
GARDEN CITY, NY 11530-4850

TEL: (516) 227-6300
FAX: (516) 227-6307
WWW.E-HLAW.COM

June 29, 2007

**Via ECF and First Class Mail**

Hon. Joanna Seybert
U.S. District Court
Eastern District of New York
100 Federal Plaza, P.O. Box 9014
Central Islip, New York 11722

    Re:    Cambridge Who's Who Publishing, Inc. v.
               Xcentric Ventures, LLC and Edward Magedson
               Case No. 06-cv-06590 (JS) (ETB)

Dear Judge Seybert:

      This firm represents Cambridge Who's Who Publishing, Inc. ("Plaintiff") in the above-referenced matter. On June 22, 2007, Defendant electronically filed a Motion to Dismiss. Plaintiff's response is currently due on July 9, 2007. We respectfully request an extension of time to file Plaintiff's response until July 30, 2007. Counsel for Defendants has consented to Plaintiff's request.

      Thank you for your consideration.

                                  Respectfully yours,

                                  Suzanne B. Fertig

SBF/st
cc:    Donald E. Morris, Esq.
       Maria Crimi Speth, Esq.