

# ETTELMAN & HOCHHEISER, P.C.
## ATTORNEYS AT LAW

GARDEN CITY CENTER
100 QUENTIN ROOSEVELT BOULEVARD
SUITE 401
GARDEN CITY, NY 11530-4850

TEL: (516) 227-6300
FAX: (516) 227-6307
WWW.E-HLAW.COM

July 24, 2007

**Via ECF and Federal Express**

Hon. Joanna Seybert
U.S. District Court
Eastern District of New York
100 Federal Plaza, P.O. Box 9014
Central Islip, New York 11722

    Re: Cambridge Who's Who Publishing, Inc. v.
       Xcentric Ventures, LLC and Edward Magedson
       Case No. 06-cv-06590 (JS) (ETB)

Dear Judge Seybert:

  This firm represents Cambridge Who's Who Publishing, Inc. ("Plaintiff") in the above-referenced matter. The Complaint was originally filed on December 12, 2006 by Plaintiff's prior counsel, Dozier Internet Law P.C. On June 18, 2007, Gary Ettelman, Esq., on behalf of Ettelman & Hochheiser, P.C. filed a notice of appearance. Thereafter, on June 28, 2007, Plaintiff filed a motion to substitute Ettelman & Hochheiser, P.C, as it counsel. This motion has not been decided as of this date.

  On June 22, 2007, Defendant electronically filed a Motion to Dismiss for lack of personal jurisdiction. On June 30, 2007, Your Honor granted Plaintiff's request for an extension of time to file opposition papers to Defendant's Motion until July 30, 2007. Upon reviewing Defendant's Motion we believe it would be prudent to engage in jurisdictional discovery prior to the submission of Plaintiff's opposition to Defendant's Motion. Counsel for Defendant has not consented to Plaintiff's request. As such, Plaintiff hereby requests a telephone conference with the Court to discuss Plaintiff's request for permission to engage in jurisdictional discovery prior to the submission of Plaintiff's opposition papers.

  Thank you for your consideration.

              Respectfully yours,

              Suzanne B. Fertig

SBF/st
cc: Maria Crimi Speth, Esq.