

# ETTELMAN & HOCHHEISER, P.C.
## ATTORNEYS AT LAW

GARDEN CITY CENTER
100 QUENTIN ROOSEVELT BOULEVARD
SUITE 401
GARDEN CITY, NY 11530-4850

TEL: (516) 227-6300
FAX: (516) 227-6307
WWW.E-HLAW.COM

July 24, 2007

**Via ECF and Federal Express**

Hon. Joanna Seybert
U.S. District Court
Eastern District of New York
100 Federal Plaza, P.O. Box 9014
Central Islip, New York 11722

      Re:    **Cambridge Who's Who Publishing, Inc. v.
Xcentric Ventures, LLC and Edward Magedson
Case No. 06-cv-06590 (JS) (ETB)**

Dear Judge Seybert:

      This firm represents Cambridge Who's Who Publishing, Inc. ("Plaintiff") in the above-referenced matter. On June 28, 2007, Defendant electronically filed a Motion to Substitute Attorney, an Affidavit in support, and a proposed order (Docket No. 9) on behalf of Plaintiff. We inadvertently filed the proposed order with an incorrect caption and Judge's information. Enclosed please find the amended proposed order containing the correct court information.

      Thank you for your consideration.

                                      Respectfully yours,

                                      Suzanne B. Fertig

SBF/st
cc:    Donald E. Morris, Esq.
       Maria Crimi Speth, Esq.