UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
CAMBRIDGE WHO'S WHO PUBLISHING, INC.          Cv-06 6590

                    Plaintiff           **AMENDED ORDER**
                                                                                                   **AUTHORIZING**
      -against-                                   **SUBSTITUTION**
                                                                                                 **OF COUNSEL**

XCENTRIC VENTURES, LLC and
EDWARD MAGEDSON,

                    Defendants.
------------------------------------------------------------------X

       UPON THE READING AND FILING of the application of Cambridge Who's Who Publishing, Inc. seeking authorization to substitute Ettelman & Hochheiser, P.C. as the attorney of record for this proceeding, and after a hearing had been held and due deliberation having been had, and this matter being presented to the Court for consideration, it is

       ORDERED, that pursuant to Local Rule Civil 1.4 for the Southern and Eastern Districts of New York, Ettelman & Hochheiser, P.C. is hereby authorized to be substituted as the attorney of record for the Cambridge Who's Who Publishing, Inc. for this proceeding.

Dated: Central Islip, New York
           July __, 2007

                                                  _____
                                                  HONORABLE JOANNA SEYBERT
                                                  UNITED STATES DISTRICT COURT JUDGE