

# ETTELMAN & HOCHHEISER, P.C.
## ATTORNEYS AT LAW

GARDEN CITY CENTER
100 QUENTIN ROOSEVELT BOULEVARD
SUITE 401
GARDEN CITY, NY 11530-4850

TEL: (516) 227-6300
FAX: (516) 227-6307
WWW.E-HLAW.COM

July 25, 2007

**Via ECF**

Hon. E. Thomas Boyle
U.S. Magistrate Judge
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

Re: **Cambridge Who's Who Publishing, Inc. v.
Xcentric Ventures, LLC and Edward Magedson
Case No. 06-cv-06590 (JS) (ETB)**

Dear Judge Boyle:

This firm represents Cambridge Who's Who Publishing, Inc. ("Plaintiff") in the above-referenced matter. The Plaintiff and Defendants jointly request to adjourn the initial conference scheduled for Friday, July 27, 2007. Defendants filed a motion to dismiss for lack of personal jurisdiction. The parties request that the conference be adjourned until such time as Defendants' motion is decided. The parties are available on the following dates: September 26, September 27, and September 28, 2007.

Thank you for your consideration.

Respectfully yours,

Suzanne B. Fertig

SBF/st
cc:  Maria Crimi Speth, Esq.