UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
CAMBRIDGE WHO'S WHO PUBLISHING, INC.        Cv-06 6590

                Plaintiff        **AMENDED ORDER
AUTHORIZING
-against-                                    SUBSTITUTION
OF COUNSEL**

XCENTRIC VENTURES, LLC and
EDWARD MAGEDSON,

                Defendants.
---------------------------------------------------------------X

UPON THE READING AND FILING of the application of Cambridge Who's Who Publishing, Inc. seeking authorization to substitute Ettelman & Hochheiser, P.C. as the attorney of record for this proceeding, and after a hearing had been held and due deliberation having been had, and this matter being presented to the Court for consideration, it is

ORDERED, that pursuant to Local Rule Civil 1.4 for the Southern and Eastern Districts of New York, Ettelman & Hochheiser, P.C. is hereby authorized to be substituted as the attorney of record for the Cambridge Who's Who Publishing, Inc. for this proceeding.

Dated: Central Islip, New York
       July 25, 2007

*Application GRANTED. The [cl]erk of the Court is ordered [to] mark this on the record and terminate [th]e appearance of prior counsel.*

/s/ JOANNA SEYBERT
HONORABLE JOANNA SEYBERT
UNITED STATES DISTRICT COURT JUDGE

F:\Empire\Cambridge\Litigation\Xcentric\Amended Order allowing Substitution.doc