UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
CAMBRIDGE WHO'S WHO PUBLISHING, INC.,         06-CV-06590 (JS) (ETB)

           Plaintiff

    -against-                                           **NOTICE OF**
                                                   **CROSS MOTION**

XCENTRIC VENTURES, LLC and
EDWARD MAGEDSON,

           Defendants.
------------------------------------------------------------------X

    PLEASE TAKE NOTICE that, pursuant to the accompanying Certification of Suzanne B. Fertig, dated July 27, 2007, the exhibits annexed thereto, and Plaintiff's Memorandum of Law in Opposition to Defendant's Motion to Dismiss and In Support of Plaintiff's Motion for Discovery, dated July 27, 2007, Plaintiff will move this Court before the Honorable Joanna Seybert, United States District Court Judge, at the United States District Court for the Eastern District of New York, 100 Federal Plaza, Central Islip, N.Y. 11722, on a date to be set by the Court, for an order pursuant to Fed. R. Civ. P. 26 for jurisdictional discovery, and for such other and further relief as this Court deems just and proper.

Dated: Garden City, New York
       July 27, 2007

                                                  ETTELMAN & HOCHHEISER, P.C.

                                                  By: _____
                                                      Suzanne B. Fertig (SBF-7107)
                                                  Attorneys for Plaintiff
                                                  100 Quentin Roosevelt Blvd., Suite 401
                                                  Garden City, New York 11530
                                                  (516) 227-6300

Jaburg & Wilk, P.C.
Maria Crimi Speth, Esq.
Attorneys for Defendant Xcentric
Ventures LLC
3200 North Central Avenue, Suite 2000
Phoenix, Arizona 85012
Tel. (602) 248-1000
Fax (602) 248-0522