# EXHIBIT A

Dockets.Justia.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y

★  DEC 12 2006  ★

**LONG ISLAND OFFICE**

-------------------------------------------------------------x

CAMBRIDGE WHO'S WHO PUBLISHING, INC.
  a New York corporation,

                Plaintiff,

v.

XCENTRIC VENTURES, LLC,
  an Arizona limited liability company,
  d/b/a RIP-OFF REPORT, and/or
  RIPOFFREPORT.COM, and/or
  BAD BUSINESS BUREAU, and/or
  BADBUSINESSBUREAU.COM

and

EDWARD MAGEDSON, a/k/a Ed Magedson,
  an individual,

                Defendants.

-------------------------------------------------------------x

**COMPLAINT**

**CV-06 6590**

(SY)

**SEYBERT, J.**

**BOYLE, M.**

      Plaintiff, CAMBRIDGE WHO'S WHO PUBLISHING, INC. (hereinafter "Plaintiff" or "Cambridge"), by counsel, as and for its Complaint, states as follows:

**INTRODUCTION**

      1.    This action arises out of unlawful activity perpetrated by Defendants against the Plaintiff and others.

      2.    As more fully alleged herein, Defendants operate an extortion scheme centered around their Internet publication of defamatory materials concerning Plaintiff and their effort to extract "protection money" in order that Plaintiff and Defendants' other victims might be portrayed in a positive light on Defendants' Internet websites.

3.       In this action, Plaintiff seeks damages, injunctive and other relief arising out of Defendants' wrongful, tortious and illegal acts against Plaintiff as described more particularly below.

## JURISDICTION

4.       This Court has original jurisdiction under 28 U.S.C. § 1331(a) (federal question) by reason of Plaintiff's claims under the federal Racketeer Influenced and Corrupt Organizations Act, 28 U.S.C. §§ 1961 *et seq.* (hereinafter the "RICO Act").

5.       Original jurisdiction is also based on diversity of citizenship, pursuant to 28 U.S.C. § 1332, since Plaintiff is a resident of New York, Defendants are residents of Arizona, and the amount in controversy is greater than $75,000.00 exclusive of interest, attorneys' fees and costs.

6.       This Court has supplemental jurisdiction pursuant to 28 U.S.C. § 1367(a).

7.       Defendants are subject to the jurisdiction of this Court under New York's Long Arm Statute, N.Y. Civ. Prac. L. & R. § 302, because:

(a)       they transact business within the state of New York and contract to supply goods and services in the state of New York; and/or

(b)       they have committed tortious acts without the state of New York causing injury to persons or property within New York and regularly do and solicit business, or engage in other persistent courses of conduct, or derive substantial revenue from goods used or consumed or services rendered, in the state of New York; and/or

(c)       they have committed tortious acts without the state of New York causing injury to persons or property within New York and expect or should reasonably expect

the act to have consequences in the state and they have derived and continue to derive substantial revenue from interstate or international commerce.

## VENUE

8.      This Court is a proper venue under 28 U.S.C. §§ 1391(b) and 1391(c) in that a substantial part of the events giving rise to the claims asserted herein occurred in and are causing injury in the County of Nassau, New York.

9.      Plaintiff's principal places of business are in this judicial district.

10.     Defendants intentionally and/or recklessly published defamatory information about Plaintiff, a New York corporation and New York resident, and published same via the Internet within Nassau County, New York.

11.     Defendants intentionally and/or recklessly published defamatory information and clearly directed said information at a corporation in New York via their Internet websites regarding Plaintiff's business, resulting in significant injury and harm to Plaintiff and its reputation. The bulk, if not all, of the harm has occurred and will continue to occur in New York.

12.     Defendants' activities as hereinafter described constitute an illegal pattern of racketeering activity which has harmed and continues to harm Plaintiff's business activities.

## PARTIES

13.     Plaintiff is a corporation duly organized under the laws of the State of New York, with its principal places of business in Nassau County, New York.

14.     Upon information and belief, Defendant XCENTRIC VENTURES, LLC (hereinafter "Xcentric"), is a limited liability company duly organized under the laws of the State of Arizona, with its principal place of business in the State of Arizona.

15.     Xcentric does business under a variety of names including, but not limited to, RIP-OFF REPORT, and/or RIPOFFREPORT.COM, and/or BAD BUSINESS BUREAU, and/or BADBUSINESSBUREAU.COM.

16.     Upon information and belief, Defendant EDWARD MAGEDSON, also known as ED MAGEDSON (hereinafter "Magedson"), is a resident of the State of Arizona.

17.     Magedson is a principal and managing official of Xcentric and personally directed and continues to direct the activities which are the subject of this action.

18.     Xcentric is the registered owner of the Internet domain names "ripoffreport.com" and "badbusinessbureau.com." Both domain names resolve to a website operating under the name "Rip-off Report.com" (hereinafter this website is referred to as the "Rip-off Website").

19.     Xcentric and Magedson have created, and continue to maintain and publish, the Rip-off Website knowing that it is available for access to, and will be visited by, persons in New York, throughout the United States and worldwide.

20.     Upon information and belief, Magedson is the founder, editor, publisher and promoter of the Rip-off Website and has controlled and directed the activities of Xcentric and the Rip-Off Website in terms of their operation and content.

21.     Upon information and belief, Magedson derives significant income from his activities, operation and ownership of Xcentric and the Rip-Off Website.

### GENERAL ALLEGATIONS

22.     Plaintiff Cambridge is a business entity which has its origin dating back to 1997. It currently employs over 200 individuals. Cambridge publishes the "Cambridge Who's Who" registry. Individuals joining the registry are included in a biographical compilation highlighting each individual's company, expertise, and achievements. Its members have access to a high

quality networking resource for job recruitment, career enhancement and new business development. Currently, over 200,000 executives, professionals and entrepreneurs are members. Tens of thousands of individuals enroll as new members every year. Members are included from virtually every state and many foreign countries. The registry is published in hardcover format (approximately 30,000 copies annually), and the data is available to members both online from Plaintiff's website and in CD-ROM format. Online access to the registry allows electronic networking among members.

23.     Plaintiff spends millions of dollars each year promoting and selling its products and services.

24.     As a means to promote their products and services, and to facilitate member registration and networking, Plaintiff created its own Internet website at the domain name "cambridgewhoswho.com."

25.     Consumers can use Internet search engines such as, but not limited to, Google.com, MSN.com, Yahoo.com and Ask.com to locate Plaintiff's website.

26.     Due to the marketing activities of the Defendants, actual and potential customers receive search engine results which prominently feature links to one or more reports on the Rip-off Website. Consumers following the link(s) to the Rip-off Website are referred to pages of that website containing information regarding the Plaintiff which is materially false, deceptive and defamatory.

27.     Notwithstanding their commercial activities and the illegal and wrongful acts perpetrated by means of the Rip-off Website, Defendants hold themselves out to the consuming public as a consumer advocacy group. On the Rip-off Website, they claim to be a "worldwide

Page 5 of 23

consumer reporting website and publication, by consumers for consumers" to file and document consumer complaints about "companies or individuals who rip off consumers."

28.     Rather than being a bona fide consumer advocacy source, Defendants' creation, publication and maintenance of the Rip-off Website are part of an elaborate, large-scale scheme to extort money from legitimate businesses by forcing them to seek relief from the bad publicity they receive due to the Defendants' high profile publication of the materially false, deceptive and defamatory information about Plaintiff and other businesses which are featured on the Rip-off Website.

29.     The materially false, deceptive and defamatory reports regarding the Plaintiff and other business entities receive high placement on the many search engines as a result of intentional alteration of the reports featured on the Rip-off Website   Defendants are able to achieve such high search engine placement by including Plaintiff's and other businesses' names and trademarks in the captions of the website pages, in the page titles, and in metatags. Metatags are hidden HTML source code on Internet websites which, together with captions and page titles, are used by Internet search engines to prioritize placement of the links to the universe of web pages they search.  By placing Cambridge's name in these locations, Defendants are able to assure higher placement among search engine results than would occur in the absence of such information.

30.     In operating the Rip-off Website, Defendants encourage individuals to submit reports critical of businesses with whom they have dealt. The Rip-off Website enables users to submit "rip-off reports" about specific businesses.  These reports are submitted for no charge. Defendants claim that they publish these reports without editing on the Rip-off Website, where they are indexed by company name and broad industry categories.

31.     Upon information and belief, Defendants exercise editorial control over the content of the Rip-off Website through one or more or the following actions:

   a) Defendants include additional language which they add to complaints to imply that the company named in such complaint is "ripping off" consumers.

   b) Defendants often tailor and rewrite the complaints themselves, adding words such as "ripoff," "dishonest," and "scam," notwithstanding the nature of the complaint, after which Defendants have someone anonymously post the complaint on Defendants' website.

   c) Defendants create fictional, false and defamatory complaints themselves, which are then attributed to people with false names or "anonymous" titles from fictional locations around the United States.

   d) Once complaints from consumers are received, Defendants review them and actively select which complaints to publish on the Rip-off Website.

   e) In Defendants' selection process, they include a large number of negative comments but generally omit positive comments.

32.     Defendants' publication of these consumer complaints is with reckless disregard for the truth as Defendants do not verify such complaints for accuracy. Instead, they simply publish the chosen negative, fabricated and edited complaints.

33.     The posting of multiple complaints about a particular business allows Defendants to advance their intricate and deceptive extortion scheme. The contrived numerosity of the complaints gives them the appearance of legitimacy, and these multiple complaints are picked up by Internet search engines, resulting in higher placement of the false and defamatory material on Internet search engines. Consequently, the defamatory material would be viewed by greater

numbers of business customers and potential customers. Ultimately, the targeted business itself learns about the false and defamatory reports as a result of decreased sales or concerns expressed by existing or potential customers regarding the Internet postings. This planned, intentional defamation of the business is done to damage the targeted company in order to draw it into Defendants' extortion scheme.

34.    Upon information and belief, the Rip-off Website purports to allow targeted companies to submit rebuttals, but Defendants post them according to editorial guidelines that are more stringent than those applied to consumer complaints. Among other things, rebuttals are not posted free of charge. In the absence of any rebuttal to the reports on the Rip-off Website, the reports are viewed as the truth by the consuming public.

35.    Confronted with the negative, false, deceptive, misleading and/or defamatory information published on the Rip-off Website, targeted businesses turn to the Defendants for relief from the bad publicity. When ultimately a business contacts Defendants about the defamatory character of the published reports or to request their removal from the Rip-off Website, Defendants carry their prey to the next level of their scheme where they have concocted a "service," available for a significant sum of money, which they offer to such businesses. In return for such payment, Defendants agree to author and publish positive editorials in response to the negative, false, deceptive and misleading reports previously published on the Rip-off Website. Only upon payment for this "protection" service, do Defendants attempt to verify the reports they have previously published in order to "expose those posted erroneously."

36.    Defendants attempt to legitimize this "protection service" by marketing it under the rubric of their "Corporate Advocacy Business Remediation and Consumer Satisfaction Program" (hereinafter referred to as "CAPS" using the same term used on the Rip-off Website),

37.    Once a business buys into their CAPS program, Defendants purportedly undertake to verify the published complaints. Defendants claim that complaints which they verify are then resolved using part of the money paid for "joining" the CAPS program. These complaints are resolved for a concocted and arbitrary monetary value plus a premium ostensibly to compensate the complaining consumer for their inconvenience. Many of the complaints on the Rip-off Website do not purport to come from individuals who have actually lost money from dealing with a targeted business but rather are posted by individuals who simply have declined to purchase the product or service offered by the targeted business. Thus, many of the complaints which Defendants purport to resolve have no quantifiable damage whatsoever. As a result, the amount paid by the business to the Defendants to participate in the CAPS program, in part for resolution of these claims, results in a further illegal windfall to Defendants.

38.    Once Defendants have completed the purported verification process and paid the determined monetary amounts to resolve the so-called "verified" complaints, the targeted business is then required to pay another exorbitant sum to Defendants before they will note on the Rip-off Website that the business has accepted its responsibility and resolved the consumers' complaints that appear on the website.

39.    Prior to filing this suit, Plaintiff became a victim of the Defendants' extortion scheme when materially false, deceptive and defamatory reports regarding the Plaintiff were posted on the Rip-off Website and links to such pages began to appear in search engines.

40. An Internet search for "Cambridge Who's Who" using the Google search engine on November 12, 2006, as an example, identified the following as the sixth (6th) reference on Google's reply:

> Rip Off Report:Manchester Whos Who, Cambridge Whos Who, Manchester ...
> People should know that Manchester/**Cambridge who's who** prey on those who do not have the means to defend themselves. They sell memberships to a book that ...
> www.ripoffreport.com/reports/ripoff203539.htm - 33k - Cached - Similar pages [sic]

A copy of the Google search report is attached as Exhibit A. The content of this and other search engine "hits" originate from the Rip-off Website. Descriptions appearing on search engine hits, such as the one quoted above, contain negative, false, deceptive, misleading and defamatory information.

41. Following the Google link referenced above takes the user to a page on the Rip-off Website (the Uniform Resource Locator or "URL" for this page is "www.ripoffreport.com/reports/ripoff203539.htm") where the following appears in large bold typeface:

> Manchester Whos Who, Cambridge Whos Who, Manchester Publishing deceptive and predatory business practice, mis-representation, no customer service Internet *Consumer Suggestion ..Manchester/Cambridge Who's Who [sic]

The title appearing at the top of the web browser for that page, which is generated by the unseen HTML source code added by Defendants, likewise reads "Rip Off Report: Manchester Whos Who, Cambridge Whos Who, Manchester Publishing deceptive and predatory business practice, mis-representation, no customer service Internet" [sic]. A copy of the page referenced by this URL is attached as Exhibit B.

42.     On that page ("www.ripoffreport.com/reports/ripoff203539.htm"), a posting by an

anonymous person claims that:

> (a)     They were aggressive in signing me up and even more aggressive trying
> not to give me a refund.

> (b)     In summary the rotten core of the apple here is the deceptive and
> predatory business practice as the company skirts the line of legality, pulls
> you in with a slick sales presentation and website . . .

> (c)     The term con artist was coined in that it is an art to deceive others. I think
> it applies here.

A second purported "rebuttal" posting claims:

> (a)     I am sorry to see you were ripped off.

> (b)     I am an ex-employee who was fired after I spoke up about unjust
> practices.

> (c)     People should know that Manchester/Cambridge who's who prey on those
> who do not have the means to defend themselves.

> (d)     I think people who have been ripped off should write . . . to the better
> business bureau.

> (e)     Additionally, the organization will continue to change it's [sic] name to
> avoid being prosecuted.

43.     In addition to search engines directing consumers to specific pages within the

Rip-off Website, consumers who have been referred to the Rip-off Website can search for the

company by name and find further postings. A search utilizing the Rip-off Website search field

on November 12, 2006, found the following reports described:

> (a)     Cambridge Who's Who high pressure, deceitful mail, no response after
> purchase Ripoff Internet.

> (b)     Cambridge Who's Who - Manchester Who's Who - Empire Who's Who
> ripoff This company sends out an invitation to be listed in their who's who
> directory and make it sound like it is an honor to be selected. Then they lie

to you and steal your money Internet *Consumer Suggestion ..Who's not Who.

(c)     Cambridge Who's Who ripoff, dishonest, fraudulent billing, rude customer service Uniondale New York.

(d)     Cambridge Who's Who - Manchester Who's Who SCAM RIPOFF FRAUD SPAM Uniondale New York.

(e)     Manchester Whos Who, Cambridge Whos Who, Manchester Publishing deceptive and predatory business practice, mis-representation, no customer service Internet *Consumer Suggestion ..Manchester/Cambridge Who's Who.

A copy of the foregoing page is attached as Exhibit C. Each of these headings is a hyperlink which allows visitors to point and click to be taken to the full text of the purported posting. Copies of the referenced pages are attached as Exhibits D through H. Both the foregoing descriptions and the web pages which are linked to them are materially false, deceptive and defamatory.

44.     Defendants, in reality, have created a concerted, well planned scheme which uses a purported Internet dialogue among unsuspecting, disgruntled consumers to trap business entities into their scheme of extorting exorbitant sums of money in return for favorable revision of unverified consumer complaints reported on the Rip-off Website or in return for becoming listed on the Rip-off Website as a participant in the CAPS program. Thus, rather than Defendants selecting their targets for their extortion scheme, they rely upon unhappy consumers to post their "rip-off reports" on the Rip-off Website, thereby creating a negative image for the now targeted businesses. These reports are further negatively enhanced by Defendants' editing. As the affects of the negative publicity multiply and widen, an individual business, like the Plaintiff's, is forced to act to mitigate or eliminate the negative publicity. At that point the

business is set in the trap of Defendants' extortion scheme. The negative business image and Internet market pressures force businesses to submit to Defendants' extortion scheme.

45.     Although striving to achieve the appearance of a legitimate public interest/consumer advocacy group, the Rip-off Website is a method by which Defendants seek commercial and economic gain.

46.     Extolling its role as a purported consumer advocate, Defendants use the Rip-off Website to solicit donations from visitors to the site including, but not limited to, residents of New York. Upon information and belief these "donations" are income producing sources for Defendants and are not used in furtherance of consumer advocacy as represented on the Rip-off Website.

47.     Upon information and belief, Defendants sell advertising space on the Rip-off Website and solicit advertisers within the state of New York.

48.     In addition to receiving and publishing these purported consumer reports, visitors to the Rip-off Website are encouraged to purchase Defendants' "Rip-Off Revenge Guidebook" and can follow a link to another website operated by Defendants, "www.ripoffrevenge.com," where they may purchase a copy using a credit or debit card through a PayPal account.

49.     Despite Plaintiff's excellent reputation for its products and services, nationwide success and high satisfaction on the part of its members totaling in excess of 200,000, Plaintiff has become a target of Defendants' extortion scheme by reason of Defendants' publication of the negative, false, deceptive, misleading and defamatory statements on the Rip-off Website.

50.     Defendants have published and made available for viewing worldwide more than a dozen false and defamatory reports about Plaintiff, the content of which the Defendants

themselves largely created, in whole or in part, with reckless disregard for the truth of such stories.

51. As consumers search for Plaintiff's products and services on the Internet, they initially see the negative, false, deceptive, misleading and defamatory information contained in search engine "hits." Many potential customers abandon their interest in Plaintiff's products and services based solely on their review of the descriptions, crafted by Defendants, which are contained in the search engine "hits" (e.g., the search engine "hit" quoted in Paragraph 40 above).

52. When consumers are directed to Defendants' Rip-off Website as a result of their inquiries through search engines, they are subjected to additional false and defamatory articles published about Plaintiff by Defendants.

53. Defendants are using the false and defamatory material about Plaintiff for the purpose, among other things, of diverting "hits" and attention of Internet users initially searching for Plaintiff's goods and services away from Plaintiff's website and directing them to Defendants' website.

54. Defendants' diversion of "hits," and their publication of false and defamatory reports about Plaintiff, with reckless disregard for the truth of such reports, has caused numerous consumers to mistakenly believe that Plaintiff engages in false and deceptive business practices.

55. Such diversion has resulted in, and continues to result in, substantial and irreparable harm to Plaintiff.

56. As a direct, proximate and intended result of the foregoing wrongful and malicious acts, Plaintiff has been damaged in its good name and reputation, has suffered great loss of its goodwill, has suffered diminution in its value as a business entity, has lost business

with current as well as potential future customers, and it continues to suffer increasing damages on a daily basis.

57.     Plaintiff has no adequate remedy at law.

## CAUSES OF ACTION

### COUNT I

### EXTORTION

58.     The allegations contained in Paragraphs 1 through 57, and all subsequent allegations in this Complaint, are adopted and incorporated by reference as if set forth fully in this paragraph.

59.     Defendants, with the intent to extort from the Plaintiff, have demanded money and threatened to continue to disparage the reputation of the Plaintiff online and offline, threatened to continue to perpetrate criminal acts aimed at the Plaintiff, and threatened to continue to attack the business of the Plaintiff through a campaign of conduct improperly interfering with Plaintiff's business unless such payments were made.  These acts include, but are not limited to, the inclusion of Plaintiff and its business as a target of Defendants' false, deceptive, malicious and defamatory reports on Defendants' Website in an attempt to force Plaintiff to pay for participation in the Defendants' extortion scheme which it attempts to legitimize through its sham, fictitious CAPS program.

60.     Defendants' demands of Plaintiff are unreasonable and illegal, and Plaintiff refuses to acquiesce in Defendants' demands.

61.     Such conduct is reckless, intentional, malicious, and wanton, and represents a conscious and total disregard for the rights of the Plaintiff, and has caused and continues to cause damage to the Plaintiff.

62.     As a direct, proximate and intended result of the foregoing wrongful and malicious acts, Plaintiff has been damaged in its good name and reputation, has suffered great loss of its goodwill, has suffered diminution in its value as a business entity, has lost business with current as well as potential future customers, and it continues to suffer increasing damages on a daily basis.

## COUNT II

### VIOLATION OF THE FEDERAL RACKETEER INFLUENCED AND CORRUPT ORGANIZATIONS ACT, 18 U.S.C. §§ 1961, *et seq.*

63.     The allegations contained in Paragraphs 1 through 62, and all subsequent allegations in this Complaint, are adopted and incorporated by reference as if set forth fully in this paragraph.

64.     Defendants have violated the federal Racketeer Influenced and Corrupt Organizations Act, 18 U.S.C. §§ 1961, *et seq.* (hereinafter the "RICO Act"), as more fully stated below.

65.     Xcentric is an "enterprise" within the meaning of 18 U.S.C. §§ 1961(4) and 1962(c).

66.     Magedson is a "person" within the meaning of 18 U.S.C. §§ 1961(3) and 1962(c).

67.     Magedson was and is associated with Xcentric and has control over this enterprise such that he can and did conduct and participate in the operation of Xcentric.

68.     Magedson, through a pattern of criminal activity, acquired and maintained, directly and indirectly, his interests in and control of the enterprises Xcentric Ventures, LLC, Rip-Off Report, Ripoffreport.Com, Bad Business Bureau, and/or Badbusinessbureau.com.

69.     Magedson, is employed by, and associated with, Xcentric Ventures, LLC, Rip-Off Report, Ripoffreport.Com, Bad Business Bureau, and/or Badbusinessbureau.com., all of which are enterprises involved in the conduct of and participation in, both directly and indirectly, a pattern of criminal activity.

70.     Magedson has conspired together with other persons and entities whose names are not presently known to the Plaintiff, and endeavored to participate in, conduct, and derive economic benefit and proceeds from, their criminal activity through the interests acquired in, and control of, Xcentric Ventures, LLC, Rip-Off Report, Ripoffreport.Com, Bad Business Bureau, and/or Badbusinessbureau.com.

71.     Defendants and other persons and entities whose names are not presently known to the Plaintiff have committed extortion, or attempted to commit extortion of the property of the Plaintiff, fraud, and other conduct that is subject to indictment or information as criminal offenses under 18 U.S.C. § 1951, which are among the predicate offenses listed in the federal RICO Act, 18 U.S.C. § 1961.

72.     Defendants and other persons and entities whose names are not presently known to the Plaintiff have committed wire fraud and other conduct that is subject to indictment or information as a criminal offense under 18 U.S.C. §1343, which is among the predicate offenses listed in the federal RICO Act, 18 U.S.C. § 1961.

73.     Defendant Xcentric Ventures, LLC, Rip-Off Report, Ripoffreport.Com, Bad Business Bureau, and/or Badbusinessbureau.com are criminal enterprises through which Magedson has operated and through which he has violated the foregoing criminal statutes.

74.     Defendants have acted intentionally, recklessly, fraudulently, maliciously, and willfully.

75.     Defendants' actions are prohibited under the provisions of the federal RICO Act, 18 U.S.C. § 1962.

76.     As a direct, proximate and intended result of the foregoing wrongful and malicious acts, Plaintiff has been damaged in its good name and reputation, has suffered great loss of its goodwill, has suffered diminution in its value as a business entity, has lost business with current as well as potential future customers, and it continues to suffer increasing damages on a daily basis.

77.     Under the provisions of the RICO Act's civil remedies, Plaintiff is entitled to injunctive relief under 18 U.S.C. § 1964(a) and to recover damages, treble damages, attorneys fees and costs under 18 U.S.C. § 1964(c).

## COUNT III

## DEFAMATION

78.     The allegations contained in Paragraphs 1 through 77, and all subsequent allegations in this Complaint, are adopted and incorporated by reference as if set forth fully in this paragraph.

79.     Defendants' wrongful, intentional and malicious actions set forth herein constitute defamation of Plaintiff's good name and reputation.

80.     As a direct, proximate and intended result of the foregoing wrongful and malicious acts, Plaintiff has been damaged in its good name and reputation, has suffered great loss of its goodwill, has suffered diminution in its value as a business entity, has lost business with current as well as potential future customers, and it continues to suffer increasing damages on a daily basis.

## COUNT IV

## TRADEMARK INFRINGEMENT

81.     The allegations contained in Paragraphs 1 through 80, and all subsequent allegations in this Complaint, are adopted and incorporated by reference as if set forth fully in this paragraph.

82.     Since at least July 2006, Plaintiff has used the name "Cambridge Who's Who" in the ordinary course of trade and commerce to identify and distinguish its registry of individuals from "Who's Who" publications compiled and produced by other companies.  This mark has become distinctive of the Plaintiff's goods and services and is not merely descriptive.  This mark has become inherently identifiable with Plaintiff's goods and services and has acquired a secondary meaning in the marketplace.

83.     In July 2006, a merger between Empire Who's Who and Manchester Who's Who resulted in the creation of Cambridge Who's Who Publishing, Inc.  Prior to that time, its predecessor corporations used the names "Empire Who's Who" and "Manchester Who's Who" to identify and distinguish their respective registries of individuals from other such publications. Plaintiff is the owner of these marks, these marks are in use and no other person has registered these marks, either federally or in this state, or has the right to use these marks either in the identical form or in such near resemblance as to be likely, when applied to the goods or services of such other person, to cause confusion, or to cause mistake, or to deceive.

84.     By reason of the foregoing, Plaintiff has acquired trademarks and trade names in "Cambridge Who's Who," "Empire Who's Who," and "Manchester Who's Who."

85.     Defendants have used and included, and continue to use and include, the foregoing trademarks and trade names in the captions of the pages, page titles, and metatags

which are part of the Rip-off Website. See Exhibits D-1 through H-1, which are the first pages of the hidden HTML source code for Exhibits D through H, respectively.

86.     Such use of Plaintiff's trademarks and trade names by Defendants in the manner described herein creates a likelihood of injury to Plaintiff's business reputation and/or dilution of the distinctive quality of its trademarks and trade names.

87.     By reason of the foregoing, Defendants have infringed upon Plaintiff's trademarks and trade names.

88.     Defendants' wrongful actions as set forth herein entitle Plaintiff to injunctive relief under the provisions of N.Y. Gen. Bus. Law § 360-l.

## COUNT V

### TORTIOUS INTERFERENCE WITH CONTRACT

89.     The allegations contained in Paragraphs 1 through 88, and all subsequent allegations in this Complaint, are adopted and incorporated by reference as if set forth fully in this paragraph.

90.     Defendants were aware of the existence of the many contracts between Plaintiff and its over 200,000 customers who were listed in the Plaintiff's registry.

91.     The Defendants intentionally and unjustifiably attempted to, and did, induce customers to end their relationships with Plaintiff as a result of the Defendants' misconduct. In some instances, contracts were terminated by a breach of contract, such breach resulting from the Defendants' wrongful conduct as alleged herein.

92.     Such conduct was reckless, intentional, malicious, wanton, and represents a conscious and total disregard for the rights of the Plaintiff, and causes damage to the Plaintiff.

93.     As a direct, proximate and intended result of the foregoing wrongful and malicious acts, Plaintiff has been damaged in its good name and reputation, has suffered great loss of its goodwill, has suffered diminution in its value as a business entity, has lost business with current as well as potential future customers, and it continues to suffer increasing damages on a daily basis.

## COUNT VI

### TORTIOUS INTERFERENCE WITH PROSPECTIVE ECONOMIC GAIN

94.     The allegations contained in Paragraphs 1 through 93, and all subsequent allegations in this Complaint, are adopted and incorporated by reference as if set forth fully in this paragraph.

95.     The Defendants knew that Plaintiff had a reasonable expectation of entering into future business relationships with many additional members nationwide, but intentionally, purposefully and with intent to damage Plaintiff, materially interfered with the prospective contracts by the acts as alleged herein.

96.     As a direct, proximate and intended result of the foregoing wrongful and malicious acts, Plaintiff has been damaged in its good name and reputation, has suffered great loss of its goodwill, has suffered diminution in its value as a business entity, has lost business with current as well as potential future customers, and it continues to suffer increasing damages on a daily basis.

## COUNT VII

### CONSPIRACY TO INJURE IN TRADE, BUSINESS AND REPUTATION

97.     The allegations contained in Paragraphs 1 through 96, and all subsequent allegations in this Complaint, are adopted and incorporated by reference as if set forth fully in this paragraph.

98.     The Defendants have joined together, in an enterprise, and in concert with each other and with others not presently known to the Plaintiff, in furtherance of an agreement to damage the Plaintiff in its trade, business and reputation through the wrongful, intentional and unlawful acts complained of herein.

99.     As a direct, proximate and intended result of the foregoing wrongful and malicious acts, Plaintiff has been damaged in its good name and reputation, has suffered great loss of its goodwill, has suffered diminution in its value as a business entity, has lost business with current as well as potential future customers, and it continues to suffer increasing damages on a daily basis.

### PRAYER FOR RELIEF

WHEREFORE, Plaintiff Cambridge Who's Who Publishing, Inc., prays that this Court grant judgment awarding it the following relief:

a)     an award of compensatory damages in excess of Seventy-Five Thousand Dollars ($75,000.00);

b)     an award of exemplary and punitive damages;

c)     an award of its attorneys' fees and court costs expended;

d)     temporary and permanent injunctive relief to stop the Defendants' misconduct; and

e)      such other and further relief as this Court deems just and proper.

## JURY DEMAND

Plaintiff Cambridge Who's Who Publishing, Inc., hereby demands trial by jury.

**CAMBRIDGE WHO'S WHO PUBLISHING, INC.**

By: _Donald E. Morris_

Donald E. Morris, Esq. (DM-9138)

John W. Dozier, Jr., Esq. (JD-3389)
  *Pro Hac Vice* (Application Pending)
Donald E. Morris, Esq. (DM-9138)
Michael E. Ornoff, Esq. (MO-3335)
  *Pro Hac Vice* (Application Pending)
**DOZIER INTERNET LAW, P.C.**
301 Concourse Blvd.
West Shore III, Suite 300
Glen Allen, VA 23059
Phone (804) 346-9770
Fax (804) 346-0800
Email:  jwd@cybertriallawyer.com
Email:  don@cybertriallawyer.com
Email:  mike@cybertriallawyer.com

# EXHIBIT "A"

Sign in

**Google**

Web   Images   Video   News   Maps   **more »**

"Cambridge Who's Who"          Search   Advanced Search
                                        Preferences

---

**Web**                Results **1 - 10** of about **9,790** for **"Cambridge Who's Who"**. (0.12 seconds)

…: Welcome to **Cambridge Who's Who** :…
**Cambridge Who's Who** Registry is a business index of professionals in USA, UK,
Canada, Australia. Business Networking Directory for Executives  ...
www.manchesterwhoswho.com/ - 272k - Cached - Similar pages

Social Networking and IT employment Opportunities
I got one from **Cambridge Who's Who** for the "Who's Who Among Executive and  ... I
also received the "You have been selected" letter from  **Cambridge Who's Who** ...
blogs.ittoolbox.com/eai/leadership/archives/
social-networking-and-it-employment-opportunities-4084 - 60k -
Cached - Similar pages

Empire Who's Who
Many were listed in editions published in the 1990's; however, the most recent press
release on www.cambridgewhoswho.com states that  **Cambridge Who's Who** ...
www.scam.com/showthread.php?p=231969 - 130k - Cached - Similar pages

    Empire Who's Who
    I receive one of those letters, today, from  **Cambridge Who's Who** ... A rebuttal from
    a former Empire/Manchester/ **Cambridge Who's Who** employee was posted on ...
    www.scam.com/showthread.php?t=14102 - 148k - Cached - Similar pages
    [ More results from www.scam.com ]

LibraryTechtonics: Manchester Who's Who is now  **Cambridge Who's Who**
A quick visit to the **Cambridge Who's Who** site yields the very same site for
Manchester Who's Who, with "Cambridge" replacing every iteration "Manchester.  ...
www.librarytechtonics.info/ archives/2006/09/manchester_whos_1.html - 9k -
Cached - Similar pages

Rip Off Report:Manchester Whos Who, Cambridge Whos Who, Manchester  ...
People should know that Manchester/ **Cambridge who's who** prey on those who do
not have the means to defend themselves. They sell memberships to a book that  ...
www.ripoffreport.com/reports/ripoff203539.htm - 33k -  Cached - Similar pages

Trinity College **Cambridge - Who's Who** in Chapel
Who's Who in Chapel. ... Who's Who in Chapel. Regular Chapel Services · Choral
Services · Chapel Calendar · Chapel Sermons · Further Information  ...
www.trin.cam.ac.uk/index.php?pageid=54 - 11k - Cached - Similar pages

    Trinity College **Cambridge - Who's Who** in Chapel
    Who's Who in Chapel. ... Trinity College Cambridge. Trinity College, Cambridge, CB2
    1TQ, United Kingdom, Tel: +44 (0) 1223 338 400  ...
    www.trin.cam.ac.uk/index.php?printable=1&pageid=54 - 8k - Cached - Similar pages

mediabistro.com: Job Listings: Copy Editor at  **Cambridge Who's Who**
Jobs and recruiting for media professionals in journalism, on-line content, book

publishing, TV, radio, PR, graphic design, photography, and advertising.
www.mediabistro.com/jobs/job_45309.asp - Similar pages

Blogs by Karen L Newman on AuthorsDen.com
**Cambridge Who's Who** 11/8/2006 9:49:44 AM I was selected for inclusion in the
2006/2007 edition of ... **Cambridge Who's Who**- Wednesday, November 08, 2006 ...
www.authorsden.com/visit/viewblog.asp?authorid=20713 - 24k -
Cached - Similar pages


Result Page:     1 2 3 4 5 6 7 8 9 10     **Next**

Try Google Desktop: search your computer as easily as you search the web.

---

"Cambridge Who's Who"      Search

Search within results | Language Tools | Search Tips | Dissatisfied? Help us improve

---

Google Home - Advertising Programs - Business Solutions - About Google

©2006 Google

# EXHIBIT "B"



...by consumers, for consumers

Don't let them get away with it.
Make sure they make the Rip-off Report

a service of
badbusinessbureau.com REPORT.com

About the ads below...



With a
PRIUS
&
Gas for
Months!

CLICK
HERE



shipping
included

order
now!

✉ E-mail to a Friend
🖨 Printer Friendly Version
Category:
**Internet Marketing Companies**

Submitted: 7/29/2006 3:03:16 PM
Modified: 8/7/2006 8:17:42 PM

# Manchester Whos Who, Cambridge Whos Who, Manchester Publishing deceptive and predatory business practice, mis-representation, no customer service Internet *Consumer Suggestion ..Manchester/Cambridge Who's Who

Company
**Manchester Whos Who, Cambridge Whos Who, Manchester Publishing**
Address:
manchesterwhoswho.com
Internet
U.S.A.
Phone Number:
516-742-7907
Fax:

This company presents material to portray it as an above board professional 'C' level networking site.

They are eager to take your money, but do not offer any customer service in any sense. They change their company name on what appears to be a regular basis.

I was lured into to signing up for their service, but changed my mind in the next day or two and called to cancel, because I felt I was being frauded.

I eventually was able to get a refund, but only after being ignored for 4 days with no response to phone calls or email until the last day.

I was also bullied on the phone, where a rep threatened to use against me the recorded conversation I had with the application screener and appointed personal representative at my time of sign up.

When I mentioned California Consumer protection law, they ignored me. In fact they completely ignored me during the phone conversation until I mentioned I would take legal action.

There was no customer service. Instead all I was hearing was all sales are final, no refunds, with claims that custom items have been created as so called justification for no refund.

Timeline: They called and approved me on a Thursday on the phone, no written

**Rip-Off Report**
Verifies this product
is Trusted and Safe
for online purchase:

**Identity Theft is
growing, protect
yourself now**
Over 26 million people
lost their identities last
week in a theft. More and
more IDs are being used
to purchase goods, get
credit and scam others
each month...
http://www.lifelock.com

**Veterans Identities went
offsite announces
Department of Defense**
Last month the VA
reported an employee
who took home
information on a computer
had personal identity
information on hundreds
of thousands of Veterans
and that data was stolen...
www.lifelock.com/veterans

**Kids now targeted for
identity theft**
A new trend in using
children's information to
steal identities is
sweeping the nation.
Often unchecked these
kids credit reports are
being ruined before they
graduate...
www.lifelock.com/kids

HELP US
**FIGHT**
FOR YOUR
RIGHTS





order now!

Rip-off Report Corporate Advocacy Business Remediation & Customer Satisfaction Program: ED Magedson, Founder Rip-off Report explains how this program works to benefit consumers & businesses

**HELP US FIGHT FOR YOUR RIGHTS**

Hammocks on Sale!

Artist Pino Daeni

**WANTED DEAD BEAT DADS & MOMS PUT YOUR DEADBEAT SPOUSE ON TV!!!**
So maybe you can finally COLLECT $$$
**WANTED**

contracts. They charged me the next day on my credit card. The next two days were a Sat and Sunday. I called them on those days to cancel.

There was no time to create anything, let alone they said nothing at signup time other than a packet would be in my hands in 10-15 days, and that airline vouchers required I tell them "first" where I wanted to go, then it would be 30-45 days to get those from that point.

They were agressive in signing me up and even more agressive trying not to give me a refund. There was no service or consideration extended as a provider to me as a customer.

The original paper application said membership was free yet on the phone it was not the case. Another form of the olde bait and switch.

They changed their name 2-3 weeks after my experience with them, and are now known as Cambridge Whos Who, previously known as Manchester Whos Who. The content on the website has changed only to update the name throughout, but the web address is still ManchesterWhosWho.com

The web domain registration has a contact address different from Manchester Publishing, the parent company per information on the website previously, and appears to just be a home address. You can see it for yourself, look it up via Whois lookup.

There is no mailing address or specific e-mail to a person on the website. Their phone system is circular in nature in terms of trying to contact people. Again they took 4 days to return my repeated phone calls and e-mails to cancel my application process. My so-called personal assigned representative never returned my calls.

To the best of my knowledge, as mentioned above, from information previously posted on their website, they are part of Manchester Publishing out of Garden City New York which per internet search engine lookup has revealed two postal addresses, albeit I have not confirmed them.

In summary the rotten core of the apple here is the deceptive and predatory business practice as the company skirts the line on legality, pulls you in with a slick sales presentation and website, but in reality is selling you on a Book and CD of listings of anyone they can add to their database, regardless of their true significance as a networking contact or professional level. The product/service they present is mis-represented in substance to the consumer/customer.

If you notice when looking at their public website, it is a mix of information unrelated to members with disclaimers to such, then a significant profile of an exec (at the time I was lured in it was a female Playboy Exec), then profiles of a handful of members with minimal information, with links to two charitable organizations, etc.

They appeal to your ego in a multi-stage process of solicitation, first with a mailed application on which they claim membership is free, then a phone call screening 'interview' process where they make you decide on the spot after phone "approval" to join or not, and that it costs money, that it is not free. They also lure you with airline vouchers on the phone as an offset to the cost of membership, of which there are tiers.

The net effect is all this makes you think of it as a valuable organization at first, then hopefully your internal sense of self preservation kicks in and screams in your mind, you are being ripped off!

Value is relative, and legally I am guessing this is how this company has remained in business and not in a District Attorney's office, but this may soon change.

More people like myself need to step forward regardless of embarassment or other concern for being initially taken, to put these folks in their place, so others will not be taken advantage of moving forward.

The term con artist was coined in that it is an art to deceive others. I think it

**Prescription Drug Card Rip-Off?**
Are you a member of a prescription drug plan or do you have a prescription drug card through any organization, such as

- SaveRx
- MatureRx
- CoventryAdvantraRx
- Humana
- Unicare
- HealthNet
- SierraRx
- United Healthcare
- VeteransAdvantage

If so, you may have unknowingly been injured financially and therefore be entitled to reimbursement of your losses.

To see if you were injured and whether you are eligible to be a member of a class action to recover your losses please contact classaction@earthlaw.com

www.ZoomTalent.com
Articles, news, and casting calls for models, agents, and casting directors.
Learn how to improve your modeling portfolio and avoid scams in the modeling industry

Moms or dads
who are owed
more than six
months child
support by a
deadbeat
spouse...
After you filed
your
Rip-off Report
email us at
EDitor@ripoffreport.com
Rip-off Report
will forward your
filed
Report to
Producers.



Beach toys for less!

Add pictures
to your
Rip-off Report

**applies here.**

**CAVEAT EMPTOR**

**G**
**Santa Clara, California**
**U.S.A.**

If you would like to see more Rip-off Reports™ on Manchester Whos Who,
Cambridge Whos Who, Manchester Publishing, please use the search box
below

Manchester Whos Who, Cambridge Whos Who, Manch   [Search]

In order to assure the best results in your search:
- Keep the name short & simple, and try different variations of the name.
- Do not include ".com", "S", "Inc.", "Corp", or "LLC" at the end of the Company name.
- Use only the first/main part of a name to get best results.
- Only search one name at a time if Company has many AKA's.

Click here to go to our *advanced search* page.

## Rebuttal Consumer Suggestion
Submitted: 8/7/2006 7:50:21 PM Modified: 8/7/2006 7:50:21 PM

## Manchester/Cambridge Who's Who

I am so sorry to see that you were ripped off and treated that way. I am an
ex-employee who was fired after i spoke up about unjust practices. Firings are
rampant at this organization. I know of many-- including the firing of a pregnant
woman for being pregnant and a woman who was fired because she had to care
for a sick child.

People should know that Manchester/Cambridge who's who prey on those who
do not have the means to defend themselves. They sell memberships in a book
that includes ANYONE willing to pay a lot of money to be in it. Please note that
YOU HAVE THE RIGHT TO CANCEL and all your membership information is
PRINTED on an ORDINARY printer so please do not believe the lies about it
being customized.

i think people who have been ripped off should unite and write letters to the
Better Business Bureau. I believe that it would prevent others from being ripped
off. Additionally, this organization will continue to change it's name to avoid
being prosecuted.

The company is located on Earle Ovington Blvd suite 240 in the Omni Building
which is considered Uniondale. I hope this information is helpful to you. And I
am glad you got your money back.

**Jane - Garden City Park, New York**
**U.S.A.**

---

### REBUTTAL BOX
**MY COMPANY HAS BEEN REPORTED!**
**HOW DO I RESPOND?**
Are you an owner, employee or ex-employee with either negative or
positive information about the company or can you provide "insider
information" on this company? Do you have a consumer suggestion
on how to resolve this problem or how to avoid it in the future? ONLY
these types of responses will be added to the filed report, and will be
posted within 24 hours of receipt. Make your voice heard. Let them
know your side, too!
CLICK HERE to Send us your rebuttal on this specific report only.
or
***If you are also a victim of the same company or person,
YOU NEED TO FILE YOUR OWN RIP-OFF REPORT.
CLICK HERE to File your OWN Rip-Off Report

---



Feel free to send us suggestions and
comments to our editorial staff.

Technical questions can be addressed to
our webmaster.

Best if viewed with Netscape 4, Internet
Explorer 4, or AOL 4.0. Support for
JavaScript is needed to submit and search
for reports.

Having trouble searching or filing a report?
It may be a browser problem. See our FAQ
for help

Home | File | Update | Search | Pictures | Lawsuits(Coming Soon) | Revenge Guide | Privacy Policy
Volunteers | Thank You! | Editorial | Donate | Link | FAQ | E-Mail Us | ED Magedson - Founder Rip-off Report.com

# EXHIBIT "C"





Add pictures
to your
Rip-off Report

## Search Results
## Criteria: *cambridge who's who*, in All Reports:
### 5 Entries Found, Showing 1 - 5

**LEGEND:**

Within last 7 days    More info from user    Rebuttal from company or devotee    Photos contained with the report.

| Date | Title | State |
|------|-------|-------|
| 1. 11/2/2006 8:10:00 AM | Cambridge Who's Who high pressure, deceitful mail, no response after purchase Ripoff Internet | |
| | *Personal Services:* **Cambridge Who's Who** *Internet* | **Author:** Unidentified, Kentucky |
| 2. 10/26/2006 9:20:45 PM | Cambridge Who's Who - Manchester Who's Who - Empire Who's Who ripoff This company sends out an invitation to be listed in their who's who directory and make it sound like it is an honor to be selected. Then they lie to you and steal your money Internet *Consumer Suggestion ..Who's not Who. | |
| | *Book Publishers:* **Cambridge Who's Who** *Internet* | **Author:** Greenwich, Connecticut |
| 3. 10/20/2006 9:53:00 AM | Cambridge Who's Who ripoff, dishonest, fraudulent billing, rude customer service Uniondale New York | |
| | *Telemarketers:* **Cambridge Who's Who** *New York* | **Author:** St. Louis, Missouri |
| 4. 9/28/2006 2:31:00 PM | Cambridge Who's Who - Manchester Who's Who SCAM RIPOFF FRAUD SPAM Uniondale New York | |
| | *Book Publishers:* **Cambridge Who's Who** *New York* | **Author:** Colorado Springs, Colorado |
| 5. 8/7/2006 8:17:42 PM | Manchester Whos Who, Cambridge Whos Who, Manchester Publishing deceptive and predatory business practice, mis-representation, no customer service Internet *Consumer Suggestion ..Manchester/Cambridge Who's Who | |
| | *Internet Marketing Companies:* **Manchester Whos Who, Cambridge Whos Who, Manchester Publishing** *Internet* | **Author:** Santa Clara, California |

**LEGEND:**

Within last 7 days    More info from user    Rebuttal from company or devotee    Photos contained with the report.

Showing page 1.

Feel free to send us suggestions
and comments to our editorial
staff.

Technical questions can be
addressed to our webmaster.

Best if viewed with Netscape 4,
Internet Explorer 4, or AOL 4.0.
Support for JavaScript is needed
to submit and search for reports.

Having trouble searching or filing a
report? It may be a browser
problem. See our FAQ for help

Home | File | Update | Search | Pictures | Lawsuits(Coming Soon) | Revenge Guide | Privacy Policy
Volunteers | Thank You! | Editorial | Donate | Link | FAQ | E-Mail Us | ED Magedson - Founder Rip-off Report.com

# EXHIBIT "D"

...by consumers, for consumers

Don't let them get away with it
Make sure they make the Rip-off Report

a service of
badbusinessbureau.com **Report.com**

About the ads below...





shipping included

✉ E-mail to a Friend
🖶 Printer Friendly Version

Submitted: 11/2/2006 8:09:44 AM
Modified: 11/2/2006 8:10:00 AM

Category:
**Personal Services**

## Cambridge Whos Who high pressure, deceitful mail, no response after purchase Ripoff Internet

Company
**Cambridge Who's Who**
Address:
**cambridgewhoswho.com/
Unknown Internet
U.S.A.**
Phone Number:

Fax:

I was pressured by telephone into buying this service, but ten minutes later, I realized I had been scammed, when I reviewed the paperwork I had received earlier. Several attempts that afternoon to reach anyone at the company failed. Early next morning I tried again to reach them. Then I searched online and found this forum, so realized what kind of wall I was facing. I called my credit card company to see if it had yet posted. It hadn't, so I requested to close the account, with explanation to them that it was for that reason. They immediately closed the account, but opened a new one, and issued me a new account number, which is a mild inconvenience, compared to having to pay a ripoff company.

J.
Unidentified, Kentucky
U.S.A.

If you would like to see more Rip-off Reports™ on Cambridge Who's Who, please use the search box below
Cambridge Who's Who    Search
In order to assure the best results in your search:
 • Keep the name short & simple, and try different variations of the name.
 • Do not include ".com", "S", "Inc.", "Corp", or "LLC" at the end of the Company name.
 • Use only the first/main part of a name to get best results.
 • Only search one name at a time if Company has many AKA's.

Click here to go to our *advanced search* page.

<table>
<tr><td>**REBUTTAL BOX**<br>**MY COMPANY HAS BEEN REPORTED!**<br>**HOW DO I RESPOND?**</td></tr>
</table>

**Rip-Off Report Verifies this product is Trusted and Safe for online purchase:**

**Identity Theft is growing, protect yourself now**
Over 26 million people lost their identities last week in a theft. More and more IDs are being used to purchase goods, get credit and scam others each month...
http://www.lifelock.com

**Veterans identities went offsite announces Department of Defense**
Last month the VA reported an employee who took home information on a computer had personal identity information on hundreds of thousands of Veterans and that data was stolen...
www.lifelock.com/veterans

**Kids now targeted for identity theft**
A new trend in using children's information to steal identities is sweeping the nation. Often unchecked these kids credit reports are being ruined before they graduate...
www.lifelock.com/kids

**KEEP THIS SITE FREE**



Are you an owner, employee or ex-employee with either negative or positive information about the company or can you provide "insider information" on this company? Do you have a consumer suggestion on how to resolve this problem or how to avoid it in the future? ONLY these types of responses will be added to the filed report, and will be posted within 24 hours of receipt. Make your voice heard. Let them know your side, too!
CLICK HERE to Send us your rebuttal on this specific report only.

or

***If you are also a victim of the same company or person, YOU NEED TO FILE YOUR OWN RIP-OFF REPORT.
CLICK HERE to File your OWN Rip-Off Report



WE STOP THIEVES COLD.        LifeLock

shipping included

With          Gas for Months!

**Prescription Drug Card Rip-Off?**
Are you a member of a prescription drug plan or do you have a prescription drug card through any organization, such as

- SaveRx
- MatureRx
- CoventryAdvantraRx
- Humana
- Unicare
- HealthNet
- SierraRx
- United Healthcare
- VeteransAdvantage

If so, you may have unknowingly been injured financially and therefore be entitled to reimbursement of your losses.

To see if you were injured and whether you are eligible to be a member of a class action to recover your losses please contact
classaction@earthlaw.com

www.ZoomTalent.com
Articles, news, and casting calls for models, agents, and casting directors.
Learn how to improve your modeling portfolio and avoid scams in the modeling industry

Rip-off Report Corporate Advocacy Business Remediation & Customer Satisfaction Program; ED Magedson, Founder Rip-off Report explains how this program works to benefit consumers & businesses



**KEEP THIS SITE FREE**

Hammocks on Sale!

**Hammocks Free Shipping On Sale!**

Artist Pino Daeni

**WANTED DEAD BEAT** DADS & MOMS PUT YOUR DEADBEAT **SPOUSE ON TV!!!** So maybe you can finally COLLECT $$$ **WANTED**

Rip Off Report: Cambridge Whos Who high pressure, deceitful mail,...

Case 2:06-cv-06580-JS-ETB   Document 1523   Filed 12/12/2007   Page 139 of 467

11/12/2006 10:33 PM

Moms or dads who are owed more than six months child support by a deadbeat spouse... After you filed your Rip-off Report email us at EDitor@ripoffreport.com Rip-off Report will forward your filed Report to Producers.



for kids
of all ages!
Beach toys for less!

Add pictures to your Rip-off Report

Feel free to send us suggestions and comments to our editorial staff.

Technical questions can be addressed to our webmaster.

Best if viewed with Netscape 4, Internet Explorer 4, or AOL 4.0. Support for JavaScript is needed to submit and search for reports.

Having trouble searching or filing a report? It may be a browser problem. See our FAQ for help

Home | File | Update | Search | Pictures | Lawsuits(Coming Soon) | Revenge Guide | Privacy Policy
Volunteers | Thank You! | Editorial | Donate | Link | FAQ | E-Mail Us | ED Magedson - Founder Rip-off Report.com

# EXHIBIT "E"



...by consumers, for consumers

Don't let them get away with it.
Make sure they make the R p-off Report

a service of
badbusinessbureau.com **Report**.com

About the ads below...



**Save up to 75% on Last-Minute Cruises**

**Click here**
for a complete list
of deeply-discounted
cruises departing
in the next 90 days.



order now!

E-mail to a Friend
Printer Friendly Version
Category:
**Book Publishers**

Submitted: 10/6/2006 2:43:59 PM
Modified: 10/26/2006 9:20:45 PM

## Cambridge Whos Who - Manchester Whos Who - Empire Whos Who ripoff This company sends out an invitation to be listed in their whos who directory and make it sound like it is an honor to be selected. Then they lie to you and steal your money Internet *UPDATE EX-employee responds ..Don't fall for it!

Company
**Cambridge Who's Who**
Address:

Internet
U.S.A.
Phone Number:
516-742-7907
Fax:

They called to let me know that I had been selected to be featured in their famous Who's Who directory. I had recently appreared in several business journals so I thought the "nomination" as a successful business woman came from a real source. I asked a few questions about the directory and I have to say that the sales person was good because she managed to dance around each question without answering it and without me realizing it until later. I was then told that there was a fee for being in this directory but that it was an elite networking tool and that the fee was just a one time thing.

She chatted me up for a while about it and I eventually gave her my credit card number but then realized she hadn't given me the information I had asked for earlier in the call so I called her back about 10 seconds after hanging up the phone with her and she admitted she did not know the member information I was asking. I told her I no longer wanted to apply for membership. She proceeded to tell me that all the paperwork was already "personalized" because this was about 1 min in total since I had given her my credit card number, I asked her in shock if she really wanted me to believe that they had printed this directory of 250,000 members in the last minute.

She admitted that no and said that in order to get the charge reversed, she had to get credit involved and asked if she could call me back. I agreed, but again, insisted that I did not want to be a member. About 4 days later, I got a call from a guy named Craig Berns who basically yelled at me, said all sales were final

**Rip-Off Report**
Verifies this product
is Trusted and Safe
for online purchase:

**Identity Theft is
growing, protect
yourself now**
Over 26 million people
lost their identities last
week in a theft. More and
more IDs are being used
to purchase goods, get
credit and scam others
each month...
http://www.lifelock.com

**Veterans identities went
offsite announces
Department of Defense**
Last month the VA
reported an employee
who took home
information on a computer
had personal identity
information on hundreds
of thousands of Veterans
and that data was stolen...
www.lifelock.com/veterans

**Kids now targeted for
identity theft**
A new trend in using
children's information to
steal identities is
sweeping the nation.
Often unchecked these
kids credit reports are
being ruined before they
graduate...
www.lifelock.com/kids

**KEEP THIS SITE FREE**





order now!

and offered me a $300 discount (original fee was $689.) When I said no, that I did not want to be charged at all, he said that all sales were final. I told him that I had already called American Express to contest the charge which had not hit yet. He said he would just give my recording of the conversation with the sales reap (Betty Anne Healy) to American Express. Then he stated again that I was warned that all sales were final. I tried to tell him that the sales rep never said any such thing and in fact, said that she needed to get credit involved to stop the process, if the sale was final, why wouldn't she just say so? I'm sure he couldn't hear me though because he just started yelling over my voice at me and then hung up on me!

I called him back and then tried several other people at the company (from their website) but what a surprise, I got nothing but voicemails. I left messages with everyone with my name and number but so far, no one has called back.

Their original mailing to me said that they were not affiliated with any other Who's Who but when you visit their website, they claim to be the result of Empire Who's Who and Manchester Who's Who. Both of those companies have complaints against them but there are not many against Cambridge who's who since that is a new name they are using. If they end up charging me, I intend to fight this all the way with them, through American Express, Attorneys or any other means. It is not about money it is about righting things with the scum of the earth.

Sabrina
Greenwich, Connecticut
U.S.A.

If you would like to see more Rip-off Reports™ on Cambridge Who's Who, please use the search box below

Rip-off Report Corporate Advocacy Business Remediation & Customer Satisfaction Program; ED Magedson, Founder Rip-off Report explains how this program works to benefit consumers & businesses

| Cambridge Who's Who | Search |

In order to assure the best results in your search:
- Keep the name short & simple, and try different variations of the name.
- Do not include ".com", "S", "Inc.", "Corp", or "LLC" at the end of the Company name.
- Use only the first/main part of a name to get best results.
- Only search one name at a time if Company has many AKA's.

Click here to go to our *advanced search* page.

KEEP THIS SITE FREE

Hammocks on Sale!

Hammocks Free Shipping On Sale!

Artist Pino Daeni

WANTED DEAD BEAT DADS & MOMS PUT YOUR DEADBEAT SPOUSE ON TV!!! So maybe you can finally COLLECT $$$ WANTED

## Rebuttal UPDATE EX-employee responds
Submitted: 10/24/2006 5:54:32 PM Modified: 10/24/2006 5:54:32 PM

## Don't fall for it!

Sabrina-

Trust me I used to work for this company a couple years ago. It was my first job out of college and I was told that I'd make A LOT more money than I did. I also was told that the company was well-known and respected. If you think they scam their members, they also scam their employees. I have been trying to spread the word ever since I quit to try and bring them down.

CANCEL THE MEMBERSHIP! Don't cancel through them, cancel through your credit card. YOUR CONVERSATION WAS NEVER EVER RECORDED! THEY LIE!!! Challenge them. Tell them to go ahead and show the recording to American Express. They are lying through their teeth! This is what they do.

This company has so many names because they change their name and location alot! The original CEO was arrested for something, and the new Director Richard Stone is using a FAKE NAME! They all use fake names.

And for those of you who feel ripped off and think to yourself "How can I be so naive?!" Millions of people have done the same thing. There is a total science to the sales tactics and I'll tell you what it is right now: REBUTTAL BULLET

Prescription Drug Card Rip-Off?
Are you a member of a prescription drug plan or do you have a prescription drug card through any organization, such as

- SaveRx
- MatureRx
- CoventryAdvantraRx
- Humana
- Unicare
- HealthNet
- SierraRx
- United Healthcare
- VeteransAdvantage

If so, you may have unknowingly been injured financially and therefore be entitled to reimbursement of your losses.

To see if you were injured and whether you are eligible to be a member of a class action to recover your losses please contact classaction@earthlaw.com

www.ZoomTalent.com
Articles, news, and casting calls for models, agents, and casting directors. Learn how to improve your modeling portfolio and avoid scams in the modeling industry

Moms or dads who are owed more than six months child support by a deadbeat spouse... After you filed your Rip-off Report email us at EDitor@ripoffreport.com Rip-off Report will forward your filed Report to Producers.


Beach toys for less!

CLOSE... Rebuttal- there is an argument to every possible argument you can have of why you should not join, BULLET- going straight to the lower price (They start you at 900 and eventually work down to 99)CLOSE- without even giving you a second to argue, they "Assume the sale" by asking for your credit card information. It's a head game and a lot of the time it works. People become reluctant, pressured, and then they give in. They buy a membership, and dont realize what they did until they hang up the phone. IF IT'S HAPPENED TO YOU, YOU'RE NOT THE ONLY ONE!!! DON'T BLAME YOURSELF- THEY BRAINWASH YOU!

They brainwash their employees too. Luckily I did not fall for it...which is why I did not do well making sales there. I felt bad, and I didnt stick to the "script" and just couldnt find it in my heart to brainwash innocent people anymore. And now I work for a great company making more than I ever made working there, and now I'm helping people make money instead of scaming them out of it!

PLEASE DO NOT FALL FOR THEIR ANTICS! TELL EVERYONE YOU KNOW TO STAY FAR FAR AWAY!!!!! It is my goal to drive them out of business and together we can do it!

Alyssa - Massapequa, New York
U.S.A.

## Rebuttal UPDATE EX-employee responds
Submitted: 10/26/2006 3:50:37 PM Modified: 10/26/2006 3:50:37 PM

## I can attest as well...

First off, yes dispute the charges with AMEX. They have nothing on you, trust me, as I use to work for them too. You should tell ypur credit card comany about this website and have them look into this. I also think someone should report their dumb tails to the police and IRS. They do nothing but "shady " business!

As for the fake name, that is VERY true. The person you actually spoke with is named Craig Bifulco, AKA "BIFF" not Craig Burns. That in itself should tell you something strange is going on there. The only people that use their real names are the owners Matthew Proman and Randy Narod. But if you do some searches on both of them, you'll see they have a record of arrest for paying someone to take their series 7 test in order to sell stock and bonds. Real nice, huh?

By the way, they lost their licenses and never to work in that industry again. They are pals from Oceanside H.S. (NY)

Anyway, I can really go on and on, but you know at this pointyou were scammed and many other have been and will continue to be. We can stop them if we all report them as we are doing. Hopefully someone will investigate them and shut them down once and for all.

Good luck and fight for your rights and your money!!! You worked hard for it, why should they be able to steal it from you.

Jenny - Smithtown, New York
U.S.A.

## Rebuttal Consumer Suggestion
Submitted: 10/26/2006 7:48:33 PM Modified: 10/26/2006 7:48:33 PM

## Who's not Who.

It sounds like they should call the book "Who's not who".

Ashley - Bradenton, Florida
U.S.A.

## REBUTTAL BOX
### MY COMPANY HAS BEEN REPORTED!
### HOW DO I RESPOND?

Are you an owner, employee or ex-employee with either negative or positive information about the company or can you provide "insider information" on this company? Do you have a consumer suggestion on how to resolve this problem or how to avoid it in the future? ONLY these types of responses will be added to the filed report, and will be posted within 24 hours of receipt. Make your voice heard. Let them know your side, too!

CLICK HERE to Send us your rebuttal on this specific report only.

or

***If you are also a victim of the same company or person,
**YOU NEED TO FILE YOUR OWN RIP-OFF REPORT.**
CLICK HERE to File your OWN Rip-Off Report

WE STOP THIEVES COLD.    LifeLock

Gas for Months!

Feel free to send us suggestions and comments to our editorial staff.

Technical questions can be addressed to our webmaster.

Best if viewed with Netscape 4, Internet Explorer 4, or AOL 4.0. Support for JavaScript is needed to submit and search for reports.

Having trouble searching or filing a report? It may be a browser problem. See our FAQ for help

Home | File | Update | Search | Pictures | Lawsuits(Coming Soon) | Revenge Guide | Privacy Policy
Volunteers | Thank You! | Editorial | Donate | Link | FAQ | E-Mail Us | ED Magedson - Founder Rip-off Report.com

**EXHIBIT "F"**

...by consumers, for consumers

Don't let them get away with it.
Make sure they make the Rip-off Report

a service of
badbusinessbureau.com  Report.com

About the ads below...



Save up
to 75%
on
Last-
Minute
Cruises

Click here
for a complete list
of deeply-discounted
cruises departing
in the next 90 days.


VACATIONS
TO GO.com

Report.com

Don't

📧 E-mail to a Friend
🖨 Printer Friendly Version

Submitted: 10/20/2006 9:53:06 AM
Modified: 10/20/2006 9:53:00 AM

Category:
Telemarketers

**Rip-Off Report
Verifies this product
is Trusted and Safe
for online purchase:**

**Identity Theft is
growing, protect
yourself now**
Over 26 million people
lost their identities last
week in a theft. More and
more IDs are being used
to purchase goods, get
credit and scam others
each month...
http://www.lifelock.com

**Veterans Identities went
offsite announces
Department of Defense**
Last month the VA
reported an employee
who took home
information on a computer
had personal identity
information on hundreds
of thousands of Veterans
and that data was stolen...
www.lifelock.com/veterans

**Kids now targeted for
identity theft**
A new trend in using
children's information to
steal identities is
sweeping the nation.
Often unchecked these
kids credit reports are
being ruined before they
graduate...
www.lifelock.com/kids

## Cambridge Whos Who ripoff, dishonest, fraudulent billing, rude customer service Uniondale New York

Company
**Cambridge Who's Who**
Address:
**Earle Ovington Blvd Suite 240
Uniondale New York
U.S.A.**
Phone Number:
**516-535-1515**
Fax:

I was contacted by a representative by the name of Shirley Vilan with Cambridge Who's Who on September 28, 2006 to be offered a introductory price to be placed in their directory.

Shirley began telling me a lot about the company and that she could offer me into their VIP directory for a nominal large fee and I declined. Then she offered me a fee of $99 dollars that taxed out at $118.oo on my Visa card only to find out I never got the package that she say she would send to me.

I contact varies times and got her vm only to finally get through to an operator. I told the operator that I wanted to speak to someone to inquire about a refund from a membership I never got. There was someone by the name of Lisa Goodman that says she was the Director and that I could not get a refund. I questioned her authority and then she started yelling and then I elevated the tonation in my voice and she stated that I was recorded and that the package was sent FEDEX on October 1st to my P.O. Box, which I know that FEDEX never delivers to a post office box especially when I looked at the calander to find that October 1st was on a Sunday. She stated that she wanted to investigate the problem and get back to me within the hour.

Lisa Goodman called back only to have a different tonation in her voice and she offered me 2 complimentary plane tickets to any place in the USA and upgrade me to VIP directory and also waive the fee for the cost of being the member. I strictly told her I was curious to know did she or did she not listen to the taped conversation that Shirley Vilan and I had when she offered me such membership, because I still wanted to know when it was shipped out, because I never got the package at my post office box. The Director Lisa Goodman starting talking loud over my voice and stating that it wasn't important that it might have gotten lost in the mail, and I said after almost one month, no way! She started getting angry and I shut the conversation down by telling her that thank you, but NO THANKS for your service.

HELP US
FIGHT
FOR YOUR
RIGHTS





I asked her kindly for the fourth time to just give me my refund and that's that! Lisa Goodman stated that she would have the credit rep to forward me an email in regards to giving me a refund and that I needed to reply back today and they would credit my VISA account as of Oct. 20, 2006. I couldn't get a word in edge wise, but I wanted to tell her I thought there was not refunds all memberships were final not to mention why are you trying to upgrade me and give me more than what I originally paid for when I didn't get the first membership that I ordered.

This company is not right and they are preying on those that are professional individuals that are seeking to network and bring about positive impact to those that they can link with. With this company this will never happen and anyone that receives a phone call from them, please beware of giving out your credit card information because a company with this type of unethical practices is liable to do anything with your private information or sell it for marketing purposes for that matter.

Madeline
St. Louis, Missouri
U.S.A.

If you would like to see more Rip-off Reports™ on Cambridge Who's Who, please use the search box below

| Cambridge Who's Who | Search |

In order to assure the best results in your search:
- Keep the name short & simple, and try different variations of the name.
- Do not include ".com", "S", "Inc.", "Corp", or "LLC" at the end of the Company name.
- Use only the first/main part of a name to get best results.
- Only search one name at a time if Company has many AKA's.

Click here to go to our *advanced search* page.

**Prescription Drug Card Rip-Off?**
Are you a member of a prescription drug plan or do you have a prescription drug card through any organization, such as

- SaveRx
- MatureRx
- CoventryAdvantraRx
- Humana
- Unicare
- HealthNet
- SierraRx
- United Healthcare
- VeteransAdvantage

If so, you may have unknowingly been injured financially and therefore be entitled to reimbursement of your losses.

To see if you were injured and whether you are eligible to be a member of a class action to recover your losses please contact

classaction@earthlaw.com

www.ZoomTalent.com
Articles, news, and casting calls for models, agents, and casting directors.
Learn how to improve your modeling portfolio and avoid scams in the modeling industry

Rip-off Report Corporate Advocacy Business Remediation & Customer Satisfaction Program, ED Magedson, Founder Rip-off Report explains how this program works to benefit consumers & businesses

**HELP US FIGHT FOR YOUR RIGHTS**

Hammocks on Sale!

Artist Pino Daeni

**WANTED DEAD BEAT**
DADS & MOMS
PUT YOUR DEADBEAT SPOUSE ON TV!!!
So maybe you can finally COLLECT $$$
**WANTED**

**REBUTTAL BOX**
**MY COMPANY HAS BEEN REPORTED!**
**HOW DO I RESPOND?**
Are you an owner, employee or ex-employee with either negative or positive information about the company or can you provide "insider information" on this company? Do you have a consumer suggestion on how to resolve this problem or how to avoid it in the future? ONLY these types of responses will be added to the filed report, and will be posted within 24 hours of receipt. Make your voice heard. Let them know your side, too!
CLICK HERE to Send us your rebuttal on this specific report only.
or
***If you are also a victim of the same company or person, YOU NEED TO FILE YOUR OWN RIP-OFF REPORT.
CLICK HERE to File your OWN Rip-Off Report



Rip Off Report:Cambridge Whos Who ripoff, dishonest, fraudulent bi...

Case 2:06-cv-06590-JS-ETB    Document 15-23    Filed 12/27/2006    Page 248 of 457

11/12/2006 10:34 PM

Moms or dads
who are owed
more than six
months child
support by a
deadbeat
spouse...
After you filed
your
Rip-off Report
email us at
EDitor@ripoffreport.com
*Rip-off Report
will forward your
filed
Report to
Producers.*



Beach toys for less!

Add pictures
to your
Rip-off Report

Feel free to send us suggestions and    Technical questions can be addressed to    Best if viewed with Netscape 4, Internet    Having trouble searching or filing a report?
comments to our editorial staff.    our webmaster.    Explorer 4, or AOL 4.0. Support for    It may be a browser problem. See our FAQ
                                        JavaScript is needed to submit and search    for help
                                        for reports.

Home | File | Update | Search | Pictures | Lawsuits(Coming Soon) | Revenge Guide | Privacy Policy
Volunteers | Thank You! | Editorial | Donate | Link | FAQ | E-Mail Us | ED Magedson - Founder Rip-off Report.com

# EXHIBIT "G"



...by consumers, for consumers

Don't let them get away with it
Make sure they make the Rip-off Report

a service of
badbusinessbureau.com   Report.com

About the ads below...



avoid

✉ E-mail to a Friend
🖶 Printer Friendly Version
Category:
**Book Publishers**

Submitted: 9/28/2006 2:30:35 PM
Modified: 9/28/2006 2:31:00 PM

# Cambridge Whos Who - Manchester Whos Who
# SCAM RIPOFF FRAUD SPAM Uniondale New York

Company
**Cambridge Who's Who**
Address:
333 Earle Ovington Blvd Suite 240
Uniondale New York 11553
U.S.A.
Phone Number:
516-742-7907
Fax:

I was fortunately not a victim of this scam, but wanted to publish all of their information so folks could beware.

This organization is running what appears to be a fraudulent operation and you should not send them money or participate in any way. Do yourself a favor and google "cambridge who's who".

Bryan
Colorado Springs, Colorado
U.S.A.

If you would like to see more Rip-off Reports™ on Cambridge Who's Who, please use the search box below

| Cambridge Who's Who | Search |

In order to assure the best results in your search:
- Keep the name short & simple, and try different variations of the name.
- Do not include ".com", "S", "Inc.", "Corp", or "LLC" at the end of the Company name.
- Use only the first/main part of a name to get best results.
- Only search one name at a time if Company has many AKA's.

Click here to go to our *advanced search* page.

---

## REBUTTAL BOX
### MY COMPANY HAS BEEN REPORTED!
### HOW DO I RESPOND?
Are you an owner, employee or ex-employee with either negative or positive information about the company or can you provide "insider information" on this company? Do you have a consumer suggestion on how to resolve this problem or how to avoid it in the future? ONLY these types of responses will be added to the filed report, and will be

**Rip-Off Report Verifies this product is Trusted and Safe for online purchase:**

**Identity Theft is growing, protect yourself now**
Over 26 million people lost their identities last week in a theft. More and more IDs are being used to purchase goods, get credit and scam others each month...
http://www.lifelock.com

**Veterans Identities went offsite announces Department of Defense**
Last month the VA reported an employee who took home information on a computer had personal identity information on hundreds of thousands of Veterans and that data was stolen...
www.lifelock.com/veterans

**Kids now targeted for identity theft**
A new trend in using children's information to steal identities is sweeping the nation. Often unchecked these kids credit reports are being ruined before they graduate...
www.lifelock.com/kids

**KEEP THIS SITE FREE**





Case 2:06-cv-06590-JS-ETB    Document 1523    Filed 12/12/2006    Page 251 of 437

posted within 24 hours of receipt. Make your voice heard. Let them
know your side, too!
CLICK HERE to Send us your rebuttal on this specific report only.
or
***If you are also a victim of the same company or person,
YOU NEED TO FILE YOUR OWN RIP-OFF REPORT.
CLICK HERE to File your OWN Rip-Off Report

DON'T BE NEXT!    LifeLock

Don't

you to know!

Win ... Gas for
Months!

Rip-off Report Corporate
Advocacy Business
Remediation &
Customer Satisfaction
Program; ED Magedson,
Founder Rip-off Report
explains how this
program works to benefit
consumers &
businesses

KEEP
THIS
SITE
FREE

Hammocks on Sale!

Hammocks
Free Shipping
On Sale!

Artist Pino Daeni

WANTED
DEAD BEAT
DADS &
MOMS
PUT YOUR
DEADBEAT
SPOUSE ON
TV!!!
So maybe you
can finally
COLLECT $$$
WANTED

Prescription Drug
Card Rip-Off?
Are you a member of a
prescription drug plan or
do you have a prescription
drug card through any
organization, such as

• SaveRx
• MatureRx
• CoventryAdvantraRx
• Humana
• Unicare
• HealthNet
• SierraRx
• United Healthcare
• VeteransAdvantage

If so, you may have
unknowingly been injured
financially and therefore
be entitled to
reimbursement of your
losses.

To see if you were injured
and whether you are
eligible to be a member of
a class action to recover
your losses please
contact
classaction@earthlaw.com

www.ZoomTalent.com
Articles, news, and
casting calls for models,
agents, and casting
directors.
Learn how to improve
your
modeling portfolio and
avoid
scams in the modeling
industry

Moms or dads
who are owed
more than six
months child
support by a
deadbeat
spouse...
After you filed
your
Rip-off Report
*email us at*
*EDitor@ripoffreport.com*
*Rip-off Report*
*will forward your*
*filed*
*Report to*
*Producers.*



Beach toys for less!



Add pictures
to your
Rip-off Report

Feel free to send us suggestions and       Technical questions can be addressed to       Best if viewed with Netscape 4, Internet       Having trouble searching or filing a report?
comments to our  editorial staff.           our webmaster.                                 Explorer 4, or AOL 4.0. Support for         It may be a browser problem. See our  FAQ
                                                                                            JavaScript is needed to submit and search   for help
                                                                                            for reports.

Home |  File | Update |  Search |  Pictures |  Lawsuits(Coming Soon) |  Revenge Guide | Privacy Policy
Volunteers |  Thank You! |  Editorial | Donate | Link |  FAQ |  E-Mail Us |  ED Magedson - Founder Rip-off Report.com

# EXHIBIT "H"

...by consumers, for consumers

Don't let them get away with it.
Make sure they make the Rip-off Report

a service of
badbusinessbureau.com **report**.com

About the ads below...



Win a
PRIUS
&
Gas for
Months!

CLICK
HERE



order now!

📧 E-mail to a Friend
🖨 Printer Friendly Version
Category:
**Internet Marketing Companies**

Submitted: 7/29/2006 3:03:16 PM
Modified: 8/7/2006 8:17:42 PM

# Manchester Whos Who, Cambridge Whos Who, Manchester Publishing deceptive and predatory business practice, mis-representation, no customer service Internet *Consumer Suggestion ..Manchester/Cambridge Who's Who

Company
**Manchester Whos Who, Cambridge Whos Who, Manchester Publishing**
Address:
manchesterwhoswho.com
Internet
U.S.A.
Phone Number:
516-742-7907
Fax:

This company presents material to portray it as an above board professional 'C' level networking site.

They are eager to take your money, but do not offer any customer service in any sense. They change their company name on what appears to be a regular basis.

I was lured into to signing up for their service, but changed my mind in the next day or two and called to cancel, because I felt I was being frauded.

I eventually was able to get a refund, but only after being ignored for 4 days with no response to phone calls or email until the last day.

I was also bullied on the phone, where a rep threatened to use against me the recorded conversation I had with the application screener and appointed personal representative at my time of sign up.

When I mentioned California Consumer protection law, they ignored me. In fact they completely ignored me during the phone conversation until I mentioned I would take legal action.

There was no customer service. Instead all I was hearing was all sales are final, no refunds, with claims that custom items have been created as so called justification for no refund.

Timeline: They called and approved me on a Thursday on the phone, no written

**Rip-Off Report Verifies this product is Trusted and Safe for online purchase:**

**Identity Theft is growing, protect yourself now**
Over 26 million people lost their identities last week in a theft. More and more IDs are being used to purchase goods, get credit and scam others each month...
http://www.lifelock.com

**Veterans identities went offsite announces Department of Defense**
Last month the VA reported an employee who took home information on a computer had personal identity information on hundreds of thousands of Veterans and that data was stolen...
www.lifelock.com/veterans

**Kids now targeted for identity theft**
A new trend in using children's information to steal identities is sweeping the nation. Often unchecked these kids credit reports are being ruined before they graduate...
www.lifelock.com/kids

HELP US
**FIGHT**
FOR YOUR
RIGHTS



Rip Off Report: Manchester Whos Who, Cambridge Whos Who, Ma...

Case 2:06-cv-06590-JS-ETB    Document 1523    Filed 12/12/2006    Page 55 of 67

11/12/2006 10:34 PM



order now!

contracts. They charged me the next day on my credit card. The next two days were a Sat and Sunday. I called them on those days to cancel.

There was no time to create anything, let alone they said nothing at signup time other than a packet would be in my hands in 10-15 days, and that airline vouchers required I tell them *first* where I wanted to go, then it would be 30-45 days to get those from that point.

They were agressive in signing me up and even more agressive trying not to give me a refund. There was no service or consideration extended as a provider to me as a customer.

The original paper application said membership was free yet on the phone it was not the case. Another form of the olde bait and switch.

They changed their name 2-3 weeks after my experience with them, and are now known as Cambridge Whos Who, previously known as Manchester Whos Who. The content on the website has changed only to update the name throughout, but the web address is still ManchesterWhosWho.com

The web domain registration has a contact address different from Manchester Publishing, the parent company per information on the website previously, and appears to just be a home address. You can see it for yourself, look it up via Whois lookup.

There is no mailing address or specific e-mail to a person on the website. Their phone system is circular in nature in terms of trying to contact people. Again they took 4 days to return my repeated phone calls and e-mails to cancel my application process. My so-called personal assigned representative never returned my calls.

Rip-off Report Corporate Advocacy Business Remediation & Customer Satisfaction Program, ED Magedson, Founder Rip-off Report explains how this program works to benefit consumers & businesses

To the best of my knowledge, as mentioned above, from information previosly posted on their website, they are part of Manchester Publishing out of Garden City New York which per internet search engine lookup has revealed two postal addresses, albeit I have not confirmed them.

In summary the rotten core of the apple here is the deceptive and predatory business practice as the company skirts the line on legality, pulls you in with a slick sales presentation and website, but in reality is selling you on a Book and CD of listings of anyone they can add to their database, regardless of their true significance as a networking contact or professional level. The product/service they present is mis-represented in substance to the consumer/customer.

**HELP US FIGHT FOR YOUR RIGHTS**

If you notice when looking at their public website, it is a mix of information unrelated to members with disclaimers to such, then a significant profile of an exec (at the time I was lured in it was a female Playboy Exec), then profiles of a handful of members with minimal information, with links to two charitable organizations, etc.

Hammocks on Sale!



Artist Pino Daeni

They appeal to your ego in a multi-stage process of solicitation, first with a mailed application on which they claim membership is free, then a phone call screening 'interview' process where they make you decide on the spot after phone "approval" to join or not, and that it costs money, that it is not free. They also lure you with airline vouchers on the phone as an offset to the cost of membership, of which there are tiers.

**WANTED DEAD BEAT DADS & MOMS**
PUT YOUR DEADBEAT SPOUSE ON TV!!!
So maybe you can finally COLLECT $$$
**WANTED**

The net effect is all this makes you think of it as a valuable organization at first, then hopefully your internal sense of self preservation kicks in and screams in your mind, you are being ripped off!

Value is relative, and legally I am guessing this is how this company has remained in business and not in a District Attorney's office, but this may soon change.

More people like myself need to step forward regardless of embarassment or other concern for being initially taken, to put these folks in their place, so others will not be taken advantage of moving forward.

The term con artist was coined in that it is an art to deceive others. I think it

**Prescription Drug Card Rip-Off?**

Are you a member of a prescription drug plan or do you have a prescription drug card through any organization, such as

- SaveRx
- MatureRx
- CoventryAdvantraRx
- Humana
- Unicare
- HealthNet
- SierraRx
- United Healthcare
- VeteransAdvantage

If so, you may have unknowingly been injured financially and therefore be entitled to reimbursement of your losses.

To see if you were injured and whether you are eligible to be a member of a class action to recover your losses please contact classaction@earthlaw.com

www.ZoomTalent.com
Articles, news, and casting calls for models, agents, and casting directors.
Learn how to improve your modeling portfolio and avoid scams in the modeling industry

Rip Off Report: Manchester Whos Who, Cambridge Whos Who, Ma...

Case 2:06-cv-06590-JS-ETB    Document 153    Filed 12/12/2007    Page 356 of 437

11/12/2006 10:34 PM

Moms or dads
who are owed
more than six
months child
support by a
deadbeat
spouse...
After you filed
your
Rip-off Report
email us at
EDitor@ripoffreport.com
Rip-off Report
will forward your
filed
Report to
Producers.



Beach toys for less!

Add pictures
to your
Rip-off Report

applies here.

**CAVEAT EMPTOR**

G
Santa Clara, California
U.S.A.

If you would like to see more Rip-off Reports™ on Manchester Whos Who, Cambridge Whos Who, Manchester Publishing, please use the search box below

Manchester Whos Who, Cambridge Whos Who, Manch  | Search |

In order to assure the best results in your search:
- Keep the name short & simple, and try different variations of the name.
- Do not include ".com", "S", "Inc.", "Corp", or "LLC" at the end of the Company name.
- Use only the first/main part of a name to get best results.
- Only search one name at a time if Company has many AKA's.

Click here to go to our *advanced search* page.

## Rebuttal Consumer Suggestion
Submitted: 8/7/2006 7:50:21 PM Modified: 8/7/2006 7:50:21 PM

# Manchester/Cambridge Who's Who

I am so sorry to see that you were ripped off and treated that way. I am an ex-employee who was fired after I spoke up about unjust practices. Firings are rampant at this organization. I know of many-- including the firing of a pregnant woman for being pregnant and a woman who was fired because she had to care for a sick child.

People should know that Manchester/Cambridge who's who prey on those who do not have the means to defend themselves. They sell memberships to a book that includes ANYONE willing to pay a lot of money to be in it. Please note that YOU HAVE THE RIGHT TO CANCEL and all your membership information is PRINTED on an ORDINARY printer so please do not believe the lies about it being customized.

I think people who have been ripped off should unite and write letters to the Better Business Bureau. I believe that it would prevent others from being ripped off. Additionally, this organization will continue to change it's name to avoid being prosecuted.

The company is located on Earle Ovington Blvd suite 240 in the Omni Building which is considered Uniondale. I hope this information is helpful to you. And I am glad you got your money back.

Jane - Garden City Park, New York
U.S.A.

---

### REBUTTAL BOX
**MY COMPANY HAS BEEN REPORTED!**
**HOW DO I RESPOND?**
Are you an owner, employee or ex-employee with either negative or
positive information about the company or can you provide "insider
information" on this company? Do you have a consumer suggestion
on how to resolve this problem or how to avoid it in the future? ONLY
these types of responses will be added to the filed report, and will be
posted within 24 hours of receipt. Make your voice heard. Let them
know your side, too!
CLICK HERE to Send us your rebuttal on this specific report only.
or
***If you are also a victim of the same company or person,
YOU NEED TO FILE YOUR OWN RIP-OFF REPORT.
CLICK HERE to File your OWN Rip-Off Report

---



Feel free to send us suggestions and comments to our editorial staff.

Technical questions can be addressed to our webmaster.

Best if viewed with Netscape 4, Internet Explorer 4, or AOL 4.0. Support for JavaScript is needed to submit and search for reports.

Having trouble searching or filing a report? It may be a browser problem. See our FAQ for help

Home | File | Update | Search | Pictures | Lawsuits(Coming Soon) | Revenge Guide | Privacy Policy
Volunteers | Thank You! | Editorial | Donate | Link | FAQ | E-Mail Us | ED Magedson - Founder Rip-off Report.com

# EXHIBIT "D-1"

```
<html><head><title>Rip Off Report: Cambridge Whos Who high pressure, deceitful mail, no response after purchase Ripoff Internet</title>
<meta NAME='keywords' CONTENT='rip-off,ripoff,rip off,Cambridge Whos Who,Company,Personal Services'>
<meta NAME='description' CONTENT='Cambridge Whos Who high pressure, deceitful mail, no response after purchase Ripoff Internet'>
<script src="/__utm.js" type="text/javascript"></script>
<SCRIPT LANGUAGE="JavaScript" SRC="/classes/tipster.js"></SCRIPT>
<SCRIPT LANGUAGE="JavaScript" SRC="/includes/java.js"></SCRIPT>
<SCRIPT LANGUAGE="JavaScript" SRC="/includes/javastatic.js"></SCRIPT>
<link rel="stylesheet" href="/includes/menu.css" type="text/css">
</head>
<body bgcolor="#FFFFFF" leftmargin="0" topmargin="0" marginwidth="0" marginheight="0" onload="preloadImages();setLoginImages();" text="#000000">
<table width="100%" border="0" cellpadding="0" cellspacing="0">
    <tr>
        <td width="1"><nobr><a href="http://www.ripoffreport.com/reports/"><img src="/images_v4/mastfile_01.gif" border="0" width="197"
        <td width="1" valign="top"><table width="1" border="0" cellpadding="0" cellspacing="0">
            <tr>
                <td valign="top"><img src="/images_v4/mastfile_03-08.gif" alt="" border="0" width="390" height="85"></td>
            </tr>
            <tr>
                <td><nobr><img src="/images_v4/mastfile_10.gif" width="9" height="27" alt="" /><a href="http://www.ripoffreport.
            </tr>
            <tr>
                <td><img name="mastfile_16" src="/images_v4/mastfile_16.gif" width="390" height="17" alt="" /></td>
            </tr>
            </table>
        </td>
        <td background="/images_v4/header_filler.gif" width="100%"><img src="/images_v4/spacer.gif" width="1" height="1" alt="" /></td>
    </tr>
</table>

<table width="100%">
<tr>
    <td width="125" valign="top">
        <table cellspacing="0" cellpadding="3" width="116">
        <tr>
            <td bgcolor="#006BB1"><a href="/ads.asp" target="ads"><font color="#FFFFFF" style="font-size:11px">About the ads below...</font>
        </tr>
</table>
<br>

<!--begin ads-->

<!-- BEGIN: AdSolution-Website-Tag 4.3 ; Techserv.oo (revshare) / 120x600_revshare -->
<iframe src="http://a.as-us.falkag.net/dat/dlv/aslframe.html?dat=143685&xl=120&yl=600" width=120 height=600 noresize scrolling=no hspace=0 vspac
<script type="text/javascript" language="javascript" src="http://a.as-us.falkag.net/dat/dlv/aslmain.js"></script>
<script language="javascript" type="text/javascript">
Ads_kid=0;Ads_bid=0;Ads_xl=120;Ads_yl=600;Ads_bt='';Ads_xp='';Ads_yp='';Ads_xp1='';Ads_yp1='';Ads_opt=0;Ads_par='';Ads_cnturl='';
</script>
<script type="text/javascript" language="javascript" src="http://a.as-us.falkag.net/dat/cjf/00/14/36/85.js"></script></iframe>
<!-- END:AdSolution-Tag 4.3 -->

<!--end ads-->

<br>

<br>

<a href="http://www.consumermediapublishing.com/" target="nw"><img src="/images/banners/consumermedia.gif" width="120" height="600" border="0">
<br>
<img src="/images/spacer.gif" width="120" height="5" border="0"><br>

<font size="1"><a href="/reports/ripoff167471.htm" target="nw">
<center>Rip-off Report Corporate
Advocacy Business
Remediation & Customer
Satisfaction Program;
ED Magedson, Founder
Rip-off Report explains
how this program works to
benefit consumers &
businesses</a><br /></font>

<A
href="http://www.ripoffreport.com/donations.asp" target=nw><IMG height=100
src="http://www.ripoffreport.com/images/100X100revised.gif" width=100
border=0></A></center><br/>
<br/>

<div align="center">
<a href="http://www.hammockstock.com/?src=rip" title="Hammocks at Hammock Stock" style="text-decoration:none;" target="ads">
    <div style="background-color:#8AB98A; padding:0px; margin:0px; display:block; height:120px; width:120px; color:#ffffff; font-family:Verdana, A
    <img src="/images/120x60_hammockstock.gif" width="120" height="60" style="padding:0px; margin:0px;" alt="Hammocks" border="0"/>
</a><br/>
<font size="1"><a href="http://www.pinoartist.com" target="pino">Artist Pino Daeni</a></font>
<br><br>

<div align="center" style="border-color:000000;border-style:solid;border-width:1;">
<font color="red" face="Times New Roman" size="5"><b>WANTED</b></font><br/>
<font size="4"><b>DEAD BEAT</b><br>
<font color="blue">DADS & MOMS</font></font><br>
PUT YOUR DEADBEAT<br>
<b>SPOUSE ON TV!!!</b><br>
So maybe you can finally get<br>
  COLLECT $$$<br>
<font face="Times New Roman" size="4"><b>WANTED</b></font><br>
Moms or dads
who are owed<br>
more than six
months child<br>
support by a
deadbeat spouse...<br>
After you filed your <br>
Rip-off Report <i>email us at<br>
<font size="1"><a href="mailto:EDitor@ripoffreport.com">EDitor@ripoffreport.com</a></font> Rip-off Report<br>
will forward your filed<br>
```

# EXHIBIT "E-1"

```
<html><head><title>Rip Off Report:Cambridge Whos Who - Manchester Whos Who - Empire Whos Who ripoff This company sends out an invitation to be l
<meta NAME='keywords' CONTENT='rip-off,ripoff,rip off,Cambridge Whos Who,Company,Book Publishers'>
<meta NAME='description' CONTENT='Cambridge Whos Who - Manchester Whos Who - Empire Whos Who ripoff This company sends out an invitation to be l
<script src="/_utm.js" type="text/javascript"></script>
<SCRIPT LANGUAGE="JavaScript" SRC="/classes/tipster.js"></SCRIPT>
<SCRIPT LANGUAGE="JavaScript" SRC="/includes/java.js"></SCRIPT>
<SCRIPT LANGUAGE="JavaScript" SRC="/includes/javastatic.js"></SCRIPT>
<link rel="stylesheet" href="/includes/menu.css" type="text/css">
</head>
<body bgcolor="#FFFFFF" leftmargin="0" topmargin="0" marginwidth="0" marginheight="0" onload="preloadImages();setLoginImages();" text="#000000">
<table width="100%" border="0" cellpadding="0" cellspacing="0">
      <tr>
            <td width="1"><nobr><a href="http://www.ripoffreport.com/reports/"><img src="/images_v4/mastfile_01.gif" border="0" width="197
            <td width="1" valign="top"><table width="1" border="0" cellpadding="0" cellspacing="0">
                  <tr>
                        <td valign="top"><img src="/images_v4/mastfile_03-08.gif" alt="" border="0" width="390" height="85"></td>
                  </tr>
                  <tr>
                        <td><nobr><img src="/images_v4/mastfile_10.gif" width="9" height="27" alt="" /><a href="http://www.ripoffreport.
                  <tr>
                        <td><img name="mastfile_16" src="/images_v4/mastfile_16.gif" width="390" height="17" alt="" /></td>
                  </tr>
                  </table>
            </td>
            <td background="/images_v4/header_filler.gif" width="100%"><img src="/images_v4/spacer.gif" width="1" height="1" alt="" /></td>
   </tr>
</table>

<table width="100%">
<tr>
      <td width="125" valign="top">
            <table cellspacing="0" cellpadding="3" width="116">
      <tr>
            <td bgcolor="#008BB1"><a href="/ads.asp" target="ads"><font color="#FFFFFF" style="font-size:11px">About the ads below...</font>
      </tr>
</table>
<br>

<!--begin ads-->

<!-- BEGIN: AdSolution-Website-Tag 4.3 : Techserv.co (revshare) / 120x600_revshare -->
<iframe src="http://a.as-us.falkag.net/dat/dlv/aslframe.html?dat=143685&xl=120&yl=600" width=120 height=600 noresize scrolling=no hspace=0 vspac
<script type="text/javascript" language="javascript" src="http://a.as-us.falkag.net/dat/dlv/aslmain.js"></script>
<script language="javascript" type="text/javascript">
Ads_kid=0;Ads_bid=0;Ads_xl=120;Ads_yl=600;Ads_bt='';Ads_xp='';Ads_yp='';Ads_xpl='';Ads_ypl='';Ads_opt=0;Ads_par='';Ads_cnturl='';
</script>
<script type="text/javascript" language="javascript" src="http://a.as-us.falkag.net/dat/cjf/00/14/36/85.js"></script></iframe>
<!-- END:AdSolution-Tag 4.3 -->

<!--end ads -->

<br>

<br>

<a href="http://www.consumermediapublishing.com/" target="nw"><img src="/images/banners/consumermedia.gif" width="120" height="600" border="0"><
<br>
<img src="/images/spacer.gif" width="120" height="5" border="0"><br>


<font size="1"><a href="/reports/ripoff167471.htm" target="nw">
<center>Rip-off Report Corporate
Advocacy Business
Remediation & Customer
Satisfaction Program;
ED Magedson, Founder;
Rip-off Report explains
how this program works to
benefit consumers &
businesses</a><br /></font>
<br>


<A
href="http://www.ripoffreport.com/donations.asp" target=nw><IMG height=100
src="http://www.ripoffreport.com/images/100X100revised.gif" width=100
border=0></A></center><br/>
<br/>

<div align="center">
<a href="http://www.hammockstock.com/?src=rip" title="Hammocks at Hammock Stock" style="text-decoration:none;" target="ads">
      <div style="background-color:#8AB98A; padding:0px; margin:0px; display:block; height:20px; width:120px; color:#ffffff; font-family:Verdana, A
      <img src="/images/120x60_hammockstock.gif" width="120" height="60" style="padding:0px; margin:0px; alt="Hammocks" border="0"/>
</a><br/>
<font size="1"><a href="http://www.pinoartist.com" target="pino">Artist Pino Daeni</a></font>
<br><br>

<div align="center" style="border-color:000000;border-style:solid;border-width:1;">
<font color="red" face="Times New Roman" size="5"><b>WANTED</b></font><br/>
<font size="4"><b>DEAD BEAT</b></font>
<font color="blue">DADS & MOMS</font></font><br>
PUT YOUR DEADBEAT<br>
<b>SPOUSE ON TV!!!</b><br>
So maybe you can finally <br>
   COLLECT $$$<br>
<font face="Times New Roman" size="4"><b>WANTED</b></font><br>
Moms or dads
who are owed<br>
more than six
months child<br>
support by a
deadbeat spouse...<br>
After you filed your <br>
Rip-off Report <i>email us at<br>
<font size="1"><a href="mailto:EDitor@ripoffreport.com">EDitor@ripoffreport.com</a></font> Rip-off Report<br>
will forward your filed<br>
```

# EXHIBIT "F-1"

```html
<html><head><title>Rip Off Report:Cambridge Whos Who ripoff, dishonest, fraudulent billing, rude customer service Uniondale New York</title>
<meta NAME='keywords' CONTENT='rip-off,ripoff,rip off,Cambridge Whos Who,Company,Telemarketers'>
<meta NAME='description' CONTENT='Cambridge Whos Who ripoff, dishonest, fraudulent billing, rude customer service Uniondale New York'>
<script src="/_utm.js" type="text/javascript"></script>
<SCRIPT LANGUAGE="JavaScript" SRC="/classes/tipster.js"></SCRIPT>
<SCRIPT LANGUAGE="JavaScript" SRC="/includes/java.js"></SCRIPT>
<SCRIPT LANGUAGE="JavaScript" SRC="/includes/javastatic.js"></SCRIPT>
<link rel="stylesheet" href="/includes/menu.css" type="text/css">
</head>
<body bgcolor="#FFFFFF" leftmargin="0" topmargin="0" marginwidth="0" marginheight="0" onload="preloadImages();setLoginImages();" text="#000000">
<table width="100%" border="0" cellpadding="0" cellspacing="0">
    <tr>
        <td width="1"><nobr><a href="http://www.ripoffreport.com/reports/"><img src="/images_v4/mastfile_01.gif" border="0" width="197"
        <td width="1" valign="top"><table width="1" border="0" cellpadding="0" cellspacing="0">
            <tr>
                <td valign="top"><img src="/images_v4/mastfile_03-08.gif" alt="" border="0" width="390" height="85"></td>
            </tr>
            <tr>
                <td><nobr><img src="/images_v4/mastfile_10.gif" width="9" height="27" alt="" /><a href="http://www.ripoffreport.
            <tr>
                <td><img name="mastfile_16" src="/images_v4/mastfile_16.gif" width="390" height="17" alt="" /></td>
            </tr>
            </table>
        </td>
        <td background="/images_v4/header_filler.gif" width="100%"><img src="/images_v4/spacer.gif" width="1" height="1" alt="" /></td>
    </tr>
</table>

<table width="100%">
<tr>
    <td width="125" valign="top">
        <table cellspacing="0" cellpadding="3" width="116">
        <tr>
            <td bgcolor="#006BB1"><a href="/ads.asp" target="ads"><font color="#FFFFFF" style="font-size:11px">About the ads below...</font>
        </tr>
    </table>
</table>
<br>

<!--Begin ads-->

<!-- BEGIN: AdSolution-Website-Tag 4.3 ; Techserv.co (revshare) / 120x600_revshare -->
<iframe src="http://a.as-us.falkag.net/dat/dlv/aslframe.html?dat=143685&xl=120&yl=600" width=120 height=600 noresize scrolling=no hspace=0 vspac
<script type="text/javascript" language="javascript" src="http://a.as-us.falkag.net/dat/dlv/aslmain.js"></script>
<script language="javascript" type="text/javascript">
Ads_kid=0;Ads_bid=0;Ads_xl=120;Ads_yl=600;Ads_bt='';Ads_xp='';Ads_yp='';Ads_xp1='';Ads_yp1='';Ads_opt=0;Ads_par='';Ads_cnturl='';
</script>
<script type="text/javascript" language="javascript" src="http://a.as-us.falkag.net/dat/cjf/00/14/36/85.js"></script></iframe>
<!-- END: AdSolution-Tag 4.3 -->

<!-- end ads-->

<br>

<br>

<a href="http://www.consumermediapublishing.com/" target="nw"><img src="/images/banners/consumermedia.gif" width="120" height="600" border="0"><
<br>
<img src="/images/spacer.gif" width="120" height="5" border="0"><br>


<font size="1"><a href="/reports/ripoff167471.htm" target="nw">
<center>Rip-off Report Corporate
Advocacy Business
Remediation & Customer
Satisfaction Program;
ED Magedson, Founder
Rip-off Report explains
how this program works to
benefit consumers &
businesses</a><br /></font>
<br>


<A
href="http://www.ripoffreport.com/donations.asp" target=nw><IMG height=100
src="http://www.ripoffreport.com/images/100X100revised.gif" width=100
border=0></A></center><br/>
<br/>

<div align="center">
<a href="http://www.hammockstock.com/?src=rip" title="Hammocks at Hammock Stock" style="text-decoration:none;" target="ads">
    <div style="background-color:#8AB96A; padding:0px; display:block; height:20px; width:120px; color:#ffffff; font-family:Verdana, A
    <img src="/images/120x60_hammockstock.gif" width="120" height="60" style="padding:0px; margin:0px;" alt="Hammocks" border="0"/>
</a><br/>
<font size="1"><a href="http://www.pinoartist.com" target="pino">Artist Pino Daeni</a></font>
<br><br>

<div align="center" style="border-color:000000;border-style:solid;border-width:1;">
<font color="red" face="Times New Roman" size="5"><b>WANTED</b></font><br/>
<font size="4"><b>DEAD BEAT</b><br>
<font color="blue">DADS & MOMS</font></font><br>
PUT YOUR DEADBEAT<br>
<b>SPOUSE ON TV!!!</b><br>
So maybe you can finally <br>
 COLLECT $$$<br>
<font face="Times New Roman" size="4"><b>WANTED</b></font><br>
Moms or dads
who are owed<br>
more than six
months child<br>
support by a
deadbeat spouse...<br>
After you filed your <br>
Rip-off Report <i>email us at<br>
<font size="1"><a href="mailto:EDitor@ripoffreport.com">EDitor@ripoffreport.com</a></font> Rip-off Report<br>
will forward your filed<br>
```

# EXHIBIT "G-1"

```
<html><head><title>Rip Off Report:Cambridge Whos Who - Manchester Whos Who SCAM RIPOFF FRAUD SPAM Uniondale New York</title>
<meta NAME='keywords' CONTENT='rip-off,ripoff,rip off,Cambridge Whos Who,Company,Book Publishers'>
<meta NAME='description' CONTENT='Cambridge Whos Who - Manchester Whos Who SCAM RIPOFF FRAUD SPAM Uniondale New York'>
<SCRIPT src="/__utm.js" type="text/javascript"></script>
<SCRIPT LANGUAGE="JavaScript" SRC="/classes/tipster.js"></SCRIPT>
<SCRIPT LANGUAGE="JavaScript" SRC="/includes/java.js"></SCRIPT>
<SCRIPT LANGUAGE="JavaScript" SRC="/includes/javastatic.js"></SCRIPT>
<link rel="stylesheet" href="/includes/menu.css" type="text/css">
</head>
<body bgcolor="#FFFFFF" leftmargin="0" topmargin="0" marginwidth="0" marginheight="0" onload="preloadImages();setLoginImages();" text="#000000">
<table width="100%" border="0" cellpadding="0" cellspacing="0">
    <tr>
        <td width="1"><nobr><a href="http://www.ripoffreport.com/reports/"><img src="/images_v4/mastfile_01.gif" border="0" width="197"
        <td width="1" valign="top"><table width="1" border="0" cellpadding="0" cellspacing="0">
            <tr>
                <td valign="top"><img src="/images_v4/mastfile_03-08.gif" alt="" border="0" width="390" height="85"></td>
            </tr>
            <tr>
                <td><nobr><img src="/images_v4/mastfile_10.gif" width="9" height="27" alt="" /><a href="http://www.ripoffreport.
            </tr>
            <tr>
                <td><img name="mastfile_16" src="/images_v4/mastfile_16.gif" width="390" height="17" alt="" /></td>
            </tr>
            </table>
        </td>
        <td background="/images_v4/header_filler.gif" width="100%"><img src="/images_v4/spacer.gif" width="1" height="1" alt="" /></td>
    </tr>
</table>

<table width="100%">
<tr>
    <td width="125" valign="top">
        <table cellspacing="0" cellpadding="3" width="116">
        <tr>
            <td bgcolor="#006BB1"><a href="/ads.asp" target="ads"><font color="#FFFFFF" style="font-size:11px">About the ads below...</font>
        </tr>
    </table>
</td>
<br>

<!--begin ads-->

<!-- BEGIN: AdSolution-Website-Tag 4.3 : Techserv.co (revshare) / 120x600_revshare -->
<iframe src="http://a.as-us.falkag.net/dat/dlv/aslframe.html?dat=143685&xl=1204yl=600" width=120 height=600 noresize scrolling=no hspace=0 vspac
<script type="text/javascript" language="javascript" src="http://a.as-us.falkag.net/dat/dlv/aslmain.js"></script>
<script language="javascript" type="text/javascript">
Ads_kid=0;Ads_bid=0;Ads_xl=120;Ads_yl=600;Ads_bt='';Ads_xp='';Ads_yp='';Ads_xp1='';Ads_yp1='';Ads_opt=0;Ads_par='';Ads_cnturl='';
</script>
<script type="text/javascript" language="javascript" src="http://a.as-us.falkag.net/dat/cjf/00/14/36/85.js"></script></iframe>
<!-- END:AdSolution-Tag 4.3 -->

<!--end ads-->


<br>

<br>

<a href="http://www.consumermediapublishing.com/" target="nw"><img src="/images/banners/consumermedia.gif" width="120" height="600" border="0"><
<br>
<img src="/images/spacer.gif" width="120" height="5" border="0"><br>


<font size="1"><a href="/reports/ripoff167471.htm" target="nw">
<center>Rip-off Report Corporate
Advocacy Business
Remediation & Customer
Satisfaction Program;
ED Magedson, Founder;
Rip-off Report explains
how this program works to
benefit consumers &
businesses</a><br /></font>
<br>


<A
href="http://www.ripoffreport.com/donations.asp" target=nw><IMG height=100
src="http://www.ripoffreport.com/images/100X100revised.gif" width=100
border=0></A></center><br/>
<br/>

<div align="center">
<a href="http://www.hammockstock.com/?src=rip" title="Hammocks at Hammock Stock" style="text-decoration:none;" target="ads">
    <div style="background-color:#8AB9BA; padding:0px; margin:0px; display:block; height:120px; width:120px; color:#ffffff; font-family:Verdana, A
    <img src="/images/120x60_hammockstock.gif" width="120" height="60" style="padding:0px; margin:0px;" alt="Hammocks" border="0"/>
</a><br/>
<font size="1"><a href="http://www.pincartist.com" target="nw">Artist Pino Daeni</a></font>
<br><br>

<div align="center" style="border-color:000000;border-style:solid;border-width:1;">
<font color="red" face="Times New Roman" size="5"><b>WANTED</b></font><br/>
<font size="4"><b>DEAD BEAT</b></font>
<font color="blue">DADS & MOMS</font></font><br>
PUT YOUR DEADBEAT<br>
<b>SPOUSE ON TV!!!</b><br>
So maybe you can finally <br>
 COLLECT $$$<br>
<font face="Times New Roman" size="4"><b>WANTED</b></font><br>
Moms or dads
who are owed<br>
more than six
months child<br>
support by a
deadbeat spouse...<br>
After you filed your <br>
Rip-off Report <i>email us at<br>
<font size="1"><a href="mailto:EDitor@ripoffreport.com">EDitor@ripoffreport.com</a></font> Rip-off Report<br>
will forward your filed<br>
```

# EXHIBIT "H-1"

```
<html><head><title>Rip Off Report:Manchester Whos Who, Cambridge Whos Who, Manchester Publishing deceptive and predatory business practice, mis-
<meta NAME='keywords' CONTENT='rip-off,ripoff,rip off,Manchester Whos Who, Cambridge Whos Who, Manchester Publishing,Company,Internet Marketing
<meta NAME='description' CONTENT='Manchester Whos Who, Cambridge Whos Who, Manchester Publishing deceptive and predatory business practice, mis-
<script src="/__utm.js" type="text/javascript"></script>
<SCRIPT LANGUAGE="JavaScript" SRC="/classes/tipster.js"></SCRIPT>
<SCRIPT LANGUAGE="JavaScript" SRC="/includes/java.js"></SCRIPT>
<SCRIPT LANGUAGE="JavaScript" SRC="/includes/javastatic.js"></SCRIPT>
<link rel="stylesheet" href="/includes/menu.css" type="text/css">
</head>
<body bgcolor="#FFFFFF" leftmargin="0" topmargin="0" marginwidth="0" marginheight="0" onload="preloadImages();setLoginImages();" text="#000000">
<table width="100%" border="0" cellpadding="0" cellspacing="0">
    <tr>
        <td width="1"><nobr><a href="http://www.ripoffreport.com/reports/"><img src="/images_v4/mastfile_01.gif" border="0" width="197"
        <td width="1" valign="top"><table width="1" border="0" cellpadding="0" cellspacing="0">
            <tr>
                <td valign="top"><img src="images_v4/mastfile_03-08.gif" alt="" border="0" width="390" height="85"></td>
            </tr>
            <tr>
                <td><nobr><img src="/images_v4/mastfile_10.gif" width="9" height="27" alt="" /><a href="http://www.ripoffreport.
            <tr>
                <td><img name="mastfile_16" src="/images_v4/mastfile_16.gif" width="390" height="17" alt="" /></td>
            </tr>
            </table>
        </td>
        <td background="/images_v4/header_filler.gif" width="100%"><img src="/images_v4/spacer.gif" width="1" height="1" alt="" /></td>
    </tr>
</table>

<table width="100%">
<tr>
    <td width="125" valign="top">
        <table cellspacing="0" cellpadding="3" width="116">
    <tr>
        <td bgcolor="#0068B1"><a href="/ads.asp" target="ads"><font color="#FFFFFF" style="font-size:11px">About the ads below...</font>
    </tr>
</table>
<br>

<!--begin ads-->

<!-- BEGIN: AdSolution-Website-Tag 4.3 : Techserv.es (revshare) / 120x600_revshare -->
<iframe src="http://a.as-us.falkag.net/dat/dlv/aslframe.html?dat=143685&xl=120&yl=600" width=120 height=600 noresize scrolling=no hspace=0 vspac
<script type="text/javascript" language="javascript" src="http://a.as-us.falkag.net/dat/dlv/aslmain.js"></script>
<script language="javascript" type="text/javascript">
Ads_kid=0;Ads_bid=0;Ads_xl=120;Ads_yl=600;Ads_bt='';Ads_xp='';Ads_yp='';Ads_xpl='';Ads_ypl='';Ads_opt=0;Ads_par='';Ads_cnturl='';
</script>
<script type="text/javascript" language="javascript" src="http://a.as-us.falkag.net/dat/cjf/00/14/36/85.js"></script></iframe>
<!-- END:AdSolution-Tag 4.3 -->

<!--end ads-->

<br>

<br>

<a href="http://www.consumermediapublishing.com/" target="nw"><img src="/images/banners/consumermedia.gif" width="120" height="600" border="0">
<br>
<img src="/images/spacer.gif" width="120" height="5" border="0"><br>

<font size="1"><a href="/reports/ripoff167471.htm" target="nw">
<center>Rip-off Report Corporate
Advocacy Business
Remediation & Customer
Satisfaction Program;
ED Magedson, Founder
Rip-off Report explains
how this program works to
benefit consumers &
businesses</a><br /></font>
<br>


<A
href="http://www.ripoffreport.com/donations.asp" target=nw><IMG height=100
src="http://www.ripoffreport.com/images/100X100revised.gif" width=100
border=0></A></center><br/>
<br/>

<div align="center">
<a href="http://www.hammockstock.com/?src=rip" title="Hammocks at Hammock Stock" style="text-decoration:none;" target="ads">
    <div style="background-color:#8A898A; padding:0px; margin:0px; display:block; height:20px; width:120px; color:#ffffff; font-family:Verdana, A
    <img src="/images/120x60_hammockstock.gif" width="120" height="60" style="padding:0px; margin:0px;" alt="Hammocks" border="0"/>
</a><br/>
<font size="1"><a href="http://www.pincoartist.com" target="pino">Artist Pino Daeni</a></font>
<br><br>

<div align="center" style="border-color:000000;border-style:solid;border-width:1;">
<font color="red" face="Times New Roman" size="5"><b>WANTED</b></font><br/>
<font size="4"><b>DEAD BEAT</b></font>
<font color="blue">DADS & MOMS</font></font><br>
PUT YOUR DEADBEAT<br>
<b>SPOUSE ON TV!!!</b><br>
So maybe you can finally <br>
  COLLECT $$$<br>
<font face="Times New Roman" size="4"><b>WANTED</b></font><br>
Moms or dads
who are owed<br>
more than six
months child<br>
support by a
deadbeat spouse...<br>
After you filed your <br>
Rip-off Report <i>email us at<br>
<font size="1"><a href="mailto:EDitor@ripoffreport.com">EDitor@ripoffreport.com</a></font> Rip-off Report<br>
will forward your filed<br>
```