

# EXHIBIT B

Dockets.Justia.com



## Corporate Advocacy Program

Our Program

How It Works

Benefits of Joining

What Customers Say

Join Now

### YOUR REPUTATION IS IMPORTANT TO YOU.

Whether people are talking about you here or somewhere else, the fact is, they're going to talk. The Internet has become an important social media tool, empowering people to speak their minds whenever, however and wherever they want through blogging, chat rooms, video sharing and other tools. These are some of the ways disgruntled customers can and do post their complaints, but ONLY Ripoff Report® offers the Corporate Advocacy Program where a business may publicize its proactive approach to addressing those complaints. Members of the Corporate Advocacy Program care about their customers' concerns, and they are savvy marketers who know that maintaining a good reputation is paramount.

The adage that one disgruntled customer tells a handful of their friends, is outdated. Today one disgruntled customer can tell literally tens-of-thousands of customers about their challenge with your business, in one single posting. Now, more than ever, it's critical to be proactive in hearing and addressing your customer service challenges.

Ripoff Report's Corporate Advocacy Program...

*All businesses will get complaints, but how those businesses handle those complaints separates good business from bad business.*

- Engages your business in a process that helps to satisfy customer complaints and make amends for past mistakes.
- Turns negatives into positives by making a commitment to consumers that your business is willing to make an earnest commitment to customer satisfaction.
- Helps your employees feel a deeper commitment to the business, and it boosts their morale, knowing you are willing to take accountability.
- Increases potential sales and positive referrals, by demonstrating yours is an honest business, with integrity, and willing to make a commitment to righting customer wrongs.

Take responsibility for your business and your customers by becoming a member today.

Read why consumers want to do business with a member of the Corporate Advocacy Program.





Ripoff Report Legal Ads

Passport Problems?

The federal government didn't live up to its promise to deliver the expedited passports within 14 days.

*Did you pay the federal government $60 to expedite the delivery of your passport and still get it late?*

Join Class Action Now!

---

You may be due a REFUND!

Did you refinance your Home in the last 3 years?

Do you live in AZ, CO, WA, TN or TX?

If so, you might be entitled to a refund. Fax 602-532-7953 or email classaction@ careylaw.com your HUD 1 form immediately to see if you qualify.

---

*Advertisers above have met our strict standards for business conduct.*




**Ripoff Report**

| Thank You! | Donate | Link | Past Featured Reports | Consumer Resources | About Us | Want to sue Ripoff Report? |

Copyright © 1999-2007, Ripoff Report

| Privacy Policy | Terms of Service | FAQ | Ed Magedson - Ripoff Report Founder | Contact Us |

# EXHIBIT C



# Search Results: cambridge who's who

You searched for: **cambridge who's who**
Approximately **12** Reports Found
Showing 1 - 12

Legend: **New**   **Updated**   **Rebuttal**   **Photos**

| Date | Title | City, State |
|---|---|---|
| 1. 7/6/2007 9:37:00 AM (NEW) | Cambridge Who's Who Directory - Cambridge Who's Who Registry ripoff Deceptive marketing practices and high pressured enlistment tactics do not a legitimate company make Uniondale New York<br><br>Advertising / Deceptive : **Cambridge Who's Who Registry**<br>New York | Author: Dallas, Texas |
| 2. 6/21/2007 2:29:00 AM | Cambridge Who's Who, Manchester Who's Who, Manchester Publishing Represents itself as business networking organization, but uses ego to sign you up, then provides no services. Internet And US Mail Nationwide<br><br>Advertising / Deceptive : **Cambridge Who's Who, Manchester Who's Who, Manchester Publishing**<br>Internet | Author: Newton, New Jersey |
| 3. 6/10/2007 10:46:57 PM (REBUTTAL) | Cambridge Who's Who Con Game Rip-off artists Uniondale New York<br>*Consumer Comment ..after<br><br>Corrupt Companies : **Cambridge Who's Who**<br>New York | Author: Lexington, South Carolina |
| 4. 5/24/2007 3:11:00 PM | Cambridge Who's Who High Pressure Sales after Saying It Was Free Ripoff Uniondale New York<br><br>Telemarketers : **Cambridge Who's Who**<br>New York | Author: Ventura, California |
| 5. 5/14/2007 4:32:51 PM (UPDATE) | Cambridge Who's Who - Empire Who's Who - Manchester Who's Who They refuse to credit my account for the amount I paid. I called to cancel less than 3 hours after I gave them my debit card number. ripoff Uniondale New York<br>*UPDATE *UPDATE ..Cambridge Who's Who, Uniondale, NY scam<br><br>Book & Magazine Publishers : **Cambridge Who's Who - Empire Who's Who - Manchester Who's Who**<br>New York | Author: B, New York |
| 6. 5/7/2007 4:13:00 PM | Cambridge Who's Who Attempt to defraud me out of $349.00 Ripoff Uniondale New York<br><br>Con Artists : **Cambridge Who's Who**<br>New York | Author: Flushing, New York |
| 7. 1/28/2007 11:01:24 PM (REBUTTAL) | Cambridge Who's Who ripoff Misleads customers and employees Uniondale New York<br>*UPDATE Ex-Employee responds ..Ricky- I feel your pain<br><br>Sales People : **Cambridge Who's Who**<br>New York | Author: New Rochelle, New York |
| 8. 12/19/2006 7:40:00 AM | Cambridge Who's WHo Straight Up Scam Artists, Be Aware And Don't Deal WIth This Company ripoff Uniondale New York<br><br>Internet Marketing Companies : **Cambridge Who's WHo**<br>New York | Author: Houston, Texas |
| 9. 11/2/2006 8:10:00 AM | Cambridge Who's Who high pressure, deceitful mail, no response after purchase Ripoff Internet<br><br>Personal Services : **Cambridge Who's Who**<br>Internet | Author: Unidentified, Kentucky |
| 10. 10/26/2006 9:20:45 PM (REBUTTAL) | Cambridge Who's Who - Manchester Who's Who - Empire Who's Who ripoff This company sends out an invitation to be listed in their who's who directory and make it sound like it is an honor to be selected. Then they lie to you and steal your money Internet<br>*Consumer Suggestion ..Who's not Who.<br><br>Book Publishers : **Cambridge Who's Who**<br>Internet | Author: Greenwich, Connecticut |





Ripoff Report Legal Ads

**Passport Problems?**
The federal government didn't live up to its promise to deliver the expedited passports within 14 days.

*Did you pay the federal government $60 to expedite the delivery of your passport and still get it late?*

Join Class Action Now!

---

**You may be due a REFUND!**
Did you refinance your Home in the last 3 years?
Do you live in AZ, CO, WA, TN or TX?
If so, you might be entitled to a refund. Fax 602-532-7953 or email classaction@careylaw.com your HUD 1 form immediately to see if you qualify.

---

*Advertisers above have met our strict standards for business conduct.*



| | | | |
|---|---|---|---|
| 11. | 10/20/2006 9:53:00 AM | Cambridge Who's Who ripoff, dishonest, fraudulent billing, rude customer service Uniondale New York | |
| | | Telemarketers : **Cambridge Who's Who** New York | Author: St. Louis, Missouri |
| 12. | 9/28/2006 2:31:00 PM | Cambridge Who's Who - Manchester Who's Who SCAM RIPOFF FRAUD SPAM Uniondale New York | |
| | | Book Publishers : **Cambridge Who's Who** New York | Author: Colorado Springs, Colorado |

Approximately 12 Reports Found
Showing 1 - 12 | Showing Page 1 of approximately 1



**Ripoff Report**

| Thank You! | Donate | Link | Past Featured Reports | Consumer Resources | About Us | Want to sue Ripoff Report? |

Copyright © 1999-2007, Ripoff Report
| Privacy Policy | Terms of Service | FAQ | Ed Magedson - Ripoff Report Founder | Contact Us |

*by consumers, for consumers*

# Ripoff REPORT

*Don't let them get away with it... let the truth be known!*

# Search Results: manchester who's who

You searched for: **manchester who's who**　　Legend
Approximately **14** Reports Found　　　　　(NEW) New　　(UPDATE) Updated　　(REBUTTAL) Rebuttal　　(PHOTOS) Photos
Showing 1 - 14

| Date | Title | City, State |
|---|---|---|
| 1. 6/21/2007 2:29:00 AM | Cambridge Who's Who, Manchester Who's Who, Manchester Publishing Represents itself as business networking organization, but uses ego to sign you up, then provides no services. Internet And US Mail Nationwide<br><br>Advertising / Deceptive : **Cambridge Who's Who, Manchester Who's Who, Manchester Publishing**<br>Internet | Author: Newton, New Jersey |
| 2. 6/7/2007 1:36:00 PM | Manchester Who's Who Charges Immediately, But Doesn't Ship Entire Pkg., No one answers phones, or no call backs, until you get tough! ripoff New York New York<br><br>Advertising / Deceptive : **Manchester Who's Who**<br>New York | Author: Desert Hills, Arizona |
| 3. 5/14/2007 4:32:51 PM (UPDATE) | Cambridge Who's Who - Empire Who's Who - Manchester Who's Who They refuse to credit my account for the amount I paid. I called to cancel less than 3 hours after I gave them my debit card number. ripoff Uniondale New York<br><br>*UPDATE *UPDATE ..Cambridge Who's Who, Uniondale, NY scam<br><br>Book & Magazine Publishers : **Cambridge Who's Who - Empire Who's Who - Manchester Who's Who**<br>New York | Author: B, New York |
| 4. 10/26/2006 9:20:45 PM (REBUTTAL) | Cambridge Who's Who - Manchester Who's Who - Empire Who's Who ripoff This company sends out an invitation to be listed in their who's who directory and make it sound like it is an honor to be selected. Then they lie to you and steal your money Internet<br><br>*Consumer Suggestion ..Who's not Who.<br><br>Book Publishers : **Cambridge Who's Who**<br>Internet | Author: Greenwich, Connecticut |
| 5. 9/28/2006 2:31:00 PM | Cambridge Who's Who - Manchester Who's Who SCAM RIPOFF FRAUD SPAM Uniondale New York<br><br>Book Publishers : **Cambridge Who's Who**<br>New York | Author: Colorado Springs, Colorado |
| 6. 8/7/2006 10:14:19 PM (REBUTTAL) | Manchester Who's Who ripoff scam aggressive marketers Garden City New York<br><br>*UPDATE Ex-Employee responds ..A clear Conscience? Is that Possible?<br><br>Clubs & Organizations : **Manchester Who's Who**<br>New York | Author: Miami Beach, Florida |
| 7. 8/7/2006 8:23:05 PM (REBUTTAL) | Manchester Who's Who the Beginning of a Nightmare—In Search of Help! Uniondale New York<br><br>*UPDATE Ex-Employee responds ..Ripped Off in Ohio--Please READ<br><br>Book Publishers : **Manchester Who's Who**<br>New York | Author: Franklin County, Ohio |
| 8. 6/19/2006 6:34:00 PM | Manchester Who's Who Ripoff I'm an ex-employee and trust me- it IS a scam Garden City, New York<br><br>Employers : **Manchester Who's Who**<br>New York | Author: Long Island, New York |
| 9. 5/18/2006 9:07:00 AM | Manchester Who's Who ripoff dishonest unfriendly SCAM Uniondale New York<br><br>Telemarketers : **Manchester Who's Who**<br>New York | Author: Charles Town, West Virginia |
| 10. 5/10/2006 9:01:00 PM | Manchester Who's Who ripoff, fraudulent, deceptive selling practices, unresponsive ripoff Garden City New York<br><br>Book Publishers : **Manchester Who's Who** | |





*Ripoff Report Legal Ads*

**Passport Problems?**

The federal government didn't live up to its promise to deliver the expedited passports within 14 days.

Did you pay the federal government $60 to expedite the delivery of your passport and still get it late!?

**Join Class Action Now!**

---

**You may be due a REFUND!**

Did you refinance your Home in the last 3 years?

Do you live in AZ, CO, WA, TN or TX?

If so, you might be entitled to a refund. Fax 602-532-7953 or email classaction@careylaw.com your HUD 1 form immediately to see if you qualify.

---

*Advertisers above have met our strict standards for business conduct.*





|   |   | New York |   | Author: Kansas City, Missouri |
|---|---|---|---|---|
| 11. | 3/30/2006 12:15:54 PM | Manchester Who's Who NO refunds allowed Uniondale New York *Consumer Suggestion ..Yes, I can help you Sally... | | |
|   |   | Book Publishers : Manchester Who's Who New York | | Author: Lowell, Massachusetts |
| 12. | 3/27/2006 1:35:00 PM | Manchester Who's Who Another Ex-Employee... and YES, it's all true! Uniondale New York | | |
|   |   | Con Artists : Manchester Who's Who New York | | Author: Smithtown, New York |
| 13. | 3/22/2006 10:08:45 PM | The Manchester Who's Who High Ripoff pressure, script reading, reward?? No way. But the tickets Manchester Connecticut *UPDATE Ex-Employee responds ..IT IS ALL TRUE-MANCHESTER WHO's WHO is a SCAM | | |
|   |   | Book & Magazine Publishers : The Manchester Who's Who Connecticut | | Author: winter springs, Florida |
| 14. | 12/10/2004 7:05:00 PM | Manchester Who's Who ripoff 500$ Membership fee Cannot cancel No reimbursement Garden City New York | | |
|   |   | Clubs & Organizations : 122Manchester Who's Who New York | | Author: Kalamazoo, Michigan |

Approximately 14 Reports Found
Showing 1 - 14 | Showing Page 1 of approximately 1

**Ripoff Report**

| Thank You! | Donate | Link | Past Featured Reports | Consumer Resources | About Us | Want to sue Ripoff Report? |

Copyright © 1999-2007, Ripoff Report

| Privacy Policy | Terms of Service | FAQ | Ed Magedson - Ripoff Report Founder | Contact Us |



*...by consumers, for consumers*

# Ripoff REPORT

*Don't let them get away with it — let the truth be known!*

# Search Results: empire who's who

You searched for: **empire who's who**
Approximately **7** Reports Found
Showing 1 - 7

Legend: **New**   **Updated**   **Rebuttal**   **Photos**



| Date | Title | City, State |
|---|---|---|
| 1. 5/14/2007 4:32:51 PM *UPDATE* | Cambridge Who's Who - Empire Who's Who - Manchester Who's Who They refuse to credit my account for the amount I paid. I called to cancel less than 3 hours after I gave them my debit card number. ripoff Uniondale New York <br>*UPDATE *UPDATE ..Cambridge Who's Who, Uniondale, NY scam<br>Book & Magazine Publishers : **Cambridge Who's Who - Empire Who's Who - Manchester Who's Who**<br>New York | Author: B, New York |
| 2. 11/17/2006 2:30:00 PM | Empire Who's Who ripoff Empowering Excecutives And Professionals This Company Calls Hardworking Business Women, and the Scam is Make them Feel Important and try to Get as Much Money from Them as Possible Uniondale New York<br>Corrupt Companies : **Empire Who's Who**<br>New York | Author: Centereach, New York |
| 3. 10/26/2006 9:20:45 PM *Rebuttal* | Cambridge Who's Who - Manchester Who's Who - Empire Who's Who ripoff This company sends out an invitation to be listed in their who's who directory and make it sound like it is an honor to be selected. Then they lie to you and steal your money Internet<br>*Consumer Suggestion ..Who's not Who.<br>Book Publishers : **Cambridge Who's Who**<br>Internet | Author: Greenwich, Connecticut |
| 4. 9/27/2006 7:54:00 PM | Empire Who's Who Among Executive And Professional Women ripoff battered me with the most aggressive sales pitch I've ever experienced Garden City New York<br>Personal Services : **Empire Who's Who Among Executive And Professional Women**<br>New York | Author: Hattiesburg, Mississippi |
| 5. 3/23/2006 6:42:00 AM | Empire Who's Who SCAM or LEGITIMATE DECIDE FOR YOURSELF RIPOFF Garden City New York<br>Book Publishers : **Empire Who's Who**<br>New York | Author: W -----, New York |
| 6. 2/1/2006 9:00:00 PM | Empire Who's Who ripoff This is a complete scam stay far far away !! Garden City New York<br>Con Artists : **Empire Who's Who**<br>New York | Author: Lester, California |
| 7. 6/8/2004 3:22:00 PM | Empire Who's Who Reward Or Ripoff Scam? questionable tactics, aggressive sales, unclear representation Mineola New York<br>Advertising / Deceptive : **Empire Who's Who**<br>New York | Author: Stillwater, Oklahoma |

Approximately **7** Reports Found
Showing 1 - 7 | Showing Page 1 of approximately 1

**what Mortgage Brokers**



*Ripoff Report Legal Ads*

Passport Problems?
The federal government didn't live up to its promise to deliver the expedited passports within 14 days.
Did you pay the federal government $60 to expedite the delivery of your passport and still get it late?
Join Class Action Now!

You may be due a REFUND!
Did you refinance your Home in the last 3 years?
Do you live in AZ, CO, WA, TN or TX?
If so, you might be entitled to a refund. Fax 602-532-7953 or email classaction@careylaw.com your HUD 1 form immediately to see if you qualify.

*Advertisers above have met our strict standards for business conduct.*





# Ripoff Report

| Thank You! | Donate | Link | Past Featured Reports | Consumer Resources | About Us | Want to sue Ripoff Report? |

Copyright © 1999-2007, Ripoff Report

| Privacy Policy | Terms of Service | FAQ | Ed Magedson - Ripoff Report Founder | Contact Us |

# EXHIBIT D

# The Rip Off Revenge™

**HELPING VICTIMS COLLECT IN A FEW DAYS LEGALLY AND INSTANTLY**
- ✓ STOP THEIR BUSINESS FLOW
- ✓ MAKE THEM FEEL UNCOMFORTABLE
- ✓ GET THE MONEY OWED TO YOU WITHIN A FEW HOURS OR JUST DAYS, 99% OF THE TIME

SPONSORED BY: **Consumers Against Consumer Rip-Offs**

---

## HELPING VICTIMS COLLECT IN A FEW DAYS OR HOURS!

Tired of Legal Fees?

Don't trust lawyers?

Don't trust the Scales of Justice?

Tired of Collection Agencies?

Waiting years to collect?

"Go ahead... ...sue me!" Sound familiar?

**Victim of a Rip-Off? by an Auto dealer, Auto repair, home builder, retail store, or <u>any type of business.</u>**

*Get Rip-off Revenge™ and your money back too!*



**How to get RipOff Revenge...**

1. File a detailed **Rip-off Report™** with the BAD Business Bureau's website at: http://www.ripoffreport.com/ include what you are owed at then end of your Report.

---



**WHY THE RIP OFF REVENGE!**

I have created the **Rip-Off Revenge** ™ as a way to empower people with honest grievances to take action on them.

In our society today, lawyers, & businesspeople are often more concerned about what they can get away with than what is fair. Misuse of power like that upsets me! They say it's all "business". They take away the personal values of honesty and integrity and show no mercy except maybe some token political correctness. It's time for people who have been taken advantage of to get honest attention!

See what others are saying about the Rip-off Revenge™ Techniques



"We used the Do-It-Yourself Guide and... in just 17 minutes we got a check... plus 15%. We got Rip-off Revenge™ and our money back too!"

---

All orders shipped First Class Mail

**4 easy steps ..
However...
most businesses give in
by step 2**

*"I bought your Do-It-Yourself Guide. I'll have to admit the thought of paying for a book to help me get what I felt I was already owed to me sounded like a rip-off. I was without a vehicle because I paid for repairs to my car that was never done. The garage manager kept insisting they replaced everything they charged me for. Being without a car gave me the determination I needed to start the steps in the guide book. I followed your instructions and can't believe what satisfaction it gave me! I was almost disappointed when the garage manager agreed to repair my car again and was refunding the money I*

2. Order your copy of Rip-Off Report.com Do-It-Yourself Guide: How to get Rip-off Revenge™ ..and your money back too!

**Select your country to order now:**
United States - $21.95

[PayPal BUY NOW]

**Paypal accepts both Credit Cards and Debit Cards..**

YOUR FIRST STEP TO REVENGE

First go to...
RIP-OFF Report
to file your report and begin your Rip-off revenge
Click Here →

-Jason and Rob
Glendale, Arizona

———

"I was extremely discouraged after being taken by a fraudulent financial entity. What's worse is that I was so embarrassed that I would not have taken action even if I knew how to. Luckily, I read the preview edition of Rip-off Revenge™ guide. Not only did the book help me to realize that I had nothing to be ashamed of, it allowed me to obtain full retribution. Without the Revenge Guide, I would have been lost. Thank you Rip-off Report for taking the time to construct such a wonderful book!"
-S. Sarri
Long Island, New York

———

"I fell for one of the credit card scams. I didn't think I would ever get my money back. After several unsuccessful attempts at trying to communicate with the company I was ready to give up. I found your site, read all the reports and filed my Rip-off Report along with all the others. Then I followed your suggestions in your Rip-off Revenge™ Guide and it worked! My money was returned."
-George M
Detroit, Michgan

already paid. I think consumers let so many things "slide by" because we are unsure of what to do. I never could have done it without your step by step instructions. I was able to get what was rightfully mine all legally without the expense of an attorney. It sure worked for me! Thank you very much"
-Casey
Kansas City, Missouri

———

"Not only did your site help us expose a great story in our local paper, but, your Do-it-yourself guide actually saved me from losing thousands on home repairs that I knew were not my responsibility. Proof consumers like me can fight back and win."
-Andrew S.
San Jose, California

———

"As an attorney, my experience has been that the justice system is usually the best way to right a wrong. Unfortunately, the process can be too expensive and time consuming to address some situations. Recently, I found myself in such a situation so I turned to the Rip-off Revenge™ Guide. Using the step by step process in the guide, I was able to resolve a dispute with a building contractor that I had not been able to resolve with threats of administrative and legal action. The Rip-off Revenge™ Guide really works."
- Maria
Phoenix, Arizona

**Select your country to order now:**
United States - $21.95

[PayPal BUY NOW]

**Paypal accepts both Credit Cards and Debit Cards..**

## OR, Pay by Mail

You may also pay by check or money order to:
**Rip-off Revenge™**
PO Box 310
Tempe, Arizona 85280

## Not convinced? ... Keep reading

Rip-off Report Do-It-Yourself Guide to Rip-off Revenge™ and your money back too... provides you with the tools you need to successfully and quickly resolve most consumer complaints.

## STEP BY STEP INSTRUCTIONS

This Do-It-Yourself Guide: How to get Rip-off Revenge™ ..and your money back too in most cases, is a detailed guide with 4 simple step by step instructions explained in detail with illustrations, photos and examples that will show you how to: Get Rip-off Revenge™ and Your money back too... *and even more sometimes!*

### ALSO INSIDE:

- How to Recoup from Credit Card Scams
- Repairs YOU Can Make to Your Credit Report
- Postal Scams to Avoid
- What the Small Print Says on Credit Card Statements
- Tips for Collecting on Court Judgements
- Planning on Moving? Read this before you move!

 includes shipping and handling

### Do-it-Yourself Guide: How to get Rip-off Revenge ™ and your money back too..

**Rip-off Revenge™ Do-it-yourself guide is $21.95** including Priority Shipping anywhere in the United States, $31.95 for Canada, and $41.95 for all other countries. All orders are shipped to arrive within 5 days or less from receipt of orders.

*Select your country to order now:*
United States - $21.95

**OR**

### Pay by Mail

You may also pay by check or money order to:
**Rip-off Revenge™**
PO Box 310
Tempe, Arizona 85280



Feel free to send us suggestions and comments. | ED Magedson - Founder Rip-off Report.com
© 2003 Rip-off Revenge™





## What Mortgage Brokers Don't want you to know!

#### Join other satisfied customers

As many readers have already found out this is not just a book, but a tool to give you the upper hand when dealing with mortgage brokers. Here are a couple of satisfied customers with their personal experiences...read on

#### This is the book that Mortgage Brokers wish was never written!

SO I AM SURE YOU HAVE HEARD THIS:

- 2.9%-30-year fixed LOAN-No Money Down
- WHAT ARE YOU WAITING FOR? Lock-in that 4% rate today!
- There are NO closing costs!
- Consolidate all your debt into One...read on

#### Mortgage Advocate Dan Saysâ€¦

I've been an avid reader of Rip-off Report for many years and from time to time, I have assisted those who requested help. I have also talked to hundreds and hundreds of people about the most intimate detail of...read on

#### From Cover to Cover

Expert advice for anyone with questions about...

- Instructions for filling out Loan Application
- Debt Ratios
- Refinances Fees
- Mortgage...read on

# EXHIBIT E



..by consumers, for consumers

# About Us : Donate

About Us

Want to sue Ripoff Report?

Volunteer

Donate

Link to Us

Revenge Guide

Contact Us

Terms of Service

We need your help!
If we've helped you in some way, please don't forget about us.

What Donations are used for?
THE HIGH COST OF PROVIDING THIS SERVICE

Ripoff Report is comprised of more than 250,000 web pages, which grows every hour, every day. We host a Web site with an extensive search engine with sophisticated placement capabilities and a dedicated database server. Also, we have enhanced firewall security, due to the nature of the Ripoff Report, to guard against continuing attempts to intrude and commit sabotage against the site. The system is backed up, monitored and managed constantly. Many new costly additions are projected for the web site, including your pictures, to be featured weekly on our front page, soon to be added. (Send us your photos now so they may be added to your Ripoff Report!)

The Ripoff Report also needs equipment ranging from cameras, recorders, computers, office supplies, to high-speed Internet services, which we constantly upgrade, to include the support of our state-of-the-art investigations. In pursuit of the .bad guys,. we also need to pay volunteers' expenses, technicians and traveling costs to investigate rip-off businesses... so you won.t become a victim too.

We ask for your support so we can be there for you when you need us in the future. $1.00, $5.00, $10.00, $20.00... or whatever you can give us, would go a long way to help with these expenses.

We take pride in our ability to get the best results for our readers and would appreciate any financial support you can offer to assist us in maintaining our unprecedented results.

You may use the
following method to donate:

[PayPal DONATE]

Paypal accepts both Credit Cards and Debit Cards..

Why donations are needed?
TOGETHER, WE ARE
A CONSUMER-REPORTING NEWS AGENCY,
BY CONSUMERS, FOR CONSMERS.

The Ripoff Report works very hard on behalf of consumers, to help preserve civil and human rights, the goal of consumer advocacy. In response to reports placed on the website, we research abuses and help individuals defend their rights. Since our inception, we have helped consumers collect millions of dollars to date, and prevented the loss of untold millions more for our readers. Additionally, thousands of consumers have thanked us for forewarning them about disreputable businesses through the Ripoff Reports.

*Ripoff Report is not funded by the businesses they monitor and report on as does the Better Business Bureau. Consequently, never informing the public about the actual nature of the complaints. We need funding from consumers to maintain your database of complaints, so others won't be victimized... Together, we are a consumer-reporting news agency, by consumers, for consumers.*

The Ripoff Report can give you the information you need! In order to do this job well - offering consumers the best help and the most comprehensive information available - we need YOUR help. We need assistance from the general public to generate the funds needed to continue to offer this service nationwide and beyond. The more funds we raise, the more consumers we can help on a daily basis. Alternatively, if you can help with our needs list, please contact us by e-mail donations@ripoffreport.com and we will be glad to let you know what we most urgently need.

How to *make a Non-Tax Deductible Donation...*





Ripoff Report Legal Ads

**Passport Problems?**

The federal government didn't live up to its promise to deliver the expedited passports within 14 days.

*Did you pay the federal government $60 to expedite the delivery of your passport and still get it late?*

Join Class Action Now!

---

**You may be due a REFUND!**

Did you refinance your Home in the last 3 years?

Do you live in AZ, CO, WA, TN or TX?

If so, you might be entitled to a refund. Fax 602-532-7953 or email classaction@ careylaw.com your HUD 1 form immediately to see if you qualify.

---

*Advertisers above have met our strict standards for business conduct.*



You may use the following method to donate:

**PayPal DONATE**

Paypal accepts both Credit Cards and Debit Cards..

We need your support so we can continue this valuable service; $1.00, $5.00, $10.00, $20.00... or whatever you can give. With your permission, we would also like to add your name to a list of contributors on our website, so visitors to the Ripoff Report can see who has contributed. You may also contribute anonymously.

You can either send donations by snail mail to our US Post Office Box below, or click below to contribute by credit or debit card (a secure site).

If we've helped you in some way, please don't forget about us.

We always encourage your valuable feedback!

Don't let them get away with it...let the truth be known!

Thank you for your support!

Sincerely,

Staff & volunteers
Ripoff Report



Your NON-tax deductible donation can be sent to our volunteers, by snail mail:
Ripoff Report
P.O. Box 310 Tempe, Arizona 85280
The above address is for donations only.

# Ripoff Report

| Thank You! | Donate | Link | Past Featured Reports | Consumer Resources | About Us | Want to sue Ripoff Report? |

Copyright © 1999-2007, Ripoff Report

| Privacy Policy | Terms of Service | FAQ | Ed Magedson - Ripoff Report Founder | Contact Us |