UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
CAMBRIDGE WHO'S WHO PUBLISHING, INC.,    06-CV-06590 (JS) (ETB)

                Plaintiff,

    -against-

XCENTRIC VENTURES, LLC and
EDWARD MAGEDSON,

                Defendants.
-------------------------------------------------------------------X

    I hereby certify that on July 27, 2007, I electronically transmitted Plaintiff's Notice of Cross Motion, Affirmation in Opposition to Defendant's Motion to Dismiss and in support of Plaintiff's Cross Motion (with exhibits) and Plaintiff's Memorandum of Law in Opposition to Defendant's Motion to Dismiss and in support of Plaintiff's Cross Motion to the Clerk's Office using the CM/ECF System for filing, and for transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

        Jaburg & Wilk, P.C.
        Maria Crimi Speth, Esq.
        Attorneys for Defendant Xcentric
        Ventures LLC
        3200 North Central Avenue, Suite 2000
        Phoenix, Arizona 85012
        Tel. (602) 248-1000
        Fax (602) 248-0522

Dated: Garden City, New York
       July 27, 2007

                                                  SUZANNE B. FERTIG