Cambridge Who's Who Publishing, Inc. v. Xcentric Ventures, LLC et al                                                                                                Doc. 16 Att. 1

# EXHIBIT A

10297-18/MCS/DAG/602782_v1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

CAMBRIDGE WHO'S WHO PUBLISHING, INC.,
    a New York corporation,

        Plaintiff,

v.

XCENTRIC VENTURES, LLC., an Arizona limited liability company, d/b/a/ RIP-OFF REPORT, and/or RIPOFFREPORT.COM, and/or BAD BUSINESS BUREAU, and/or BADBUSINESSBUREAU.COM

and

EDWARD MAGEDSON, a/k/a Ed Magedson,
    an individual,

        Defendants.

SUPPLEMENTAL DECLARATION OF ED MAGEDSON IN SUPPORT OF DEFENDANT XCENTRIC VENTURES, LLC'S MOTION TO DISMISS FOR LACK OF JURISDICTION

Case No.: 2:06-cv-06590-JS-ETB

-----------------------------------------------------------x

I, Edward Magedson, declare under penalty of perjury as follows:

1. I am the Manager of Xcentric Ventures, LLC.

2. To my knowledge, Xcentric Ventures, LLC only has one customer which has an office in the State of New York.

3. The contract with this customer has an Arizona jurisdiction clause.

4. The services provided for this customer are provided by Xcentric in Arizona.

5. Payments under this contract are mailed from the client's Florida office to Xcentric Venture's Arizona mailing address.

I declare the foregoing to be true under penalty of perjury.

_____       8-1-07
Edward Magedson       Date:

10297-1/LAR/LAR/602201_v1