**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------x

CAMBRIDGE WHO'S WHO PUBLISHING, INC.,
    a New York corporation,

        Plaintiff,

v.

XCENTRIC VENTURES, LLC., an Arizona limited

    liability company, d/b/a/ RIP-OFF REPORT,

    and/or RIPOFFREPORT.COM, and/or BAD BUSINESS BUREAU, and/or BADBUSINESSBUREAU.COM

and

EDWARD MAGEDSON, a/k/a Ed Magedson,
    an individual,

        Defendants.

**NOTICE OF APPEARANCE ON BEHALF OF XCENTRIC VENTURES, LLC**

Case No.: 2:06-cv-06590-JS-ETB

-------------------------------------------------------------------x

Maria Crimi Speth, of the law firm of JABURG & WILK, P.C., hereby gives notice of their appearance as the attorneys of record for Defendant, Xcentric Ventures, LLC, in the above-referenced proceeding.

DATED this 10th day of August, 2007.

        **JABURG & WILK, P.C.**

        /s/Maria Crimi Speth
        Maria Crimi Speth
        Attorneys for Defendant Xcentric Ventures, LLC

10297-18/MCS/DAG/603905_v1

Maria Crimi Speth, #012574
**JABURG & WILK, P.C.**
3200 North Central Avenue, Suite 2000
Phoenix, Arizona 85012
Phone: (602) 248-1000
Fax: (602) 248-0522
Email: mcs@jaburgwilk.com

### Certificate of Service

I hereby certify that on August 10, 2007, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing, and for transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Donald E. Morris
Dozier Internet Law P.C.
301 Concourse Boulevard
West Shore III, Suite 300
Glen Allen, VA  23059

Gary Ettelman
100 Quentin Roosevelt Blvd., Suite 401
Garden City, NY  11530

Attorneys for Plaintiff


/s/Maria Crimi Speth

10297-18/MCS/DAG/603905_v1