# ETTELMAN & HOCHHEISER, P.C.

ATTORNEYS AT LAW

GARDEN CITY CENTER

100 QUENTIN ROOSEVELT BOULEVARD

SUITE 401

GARDEN CITY, NY 11530-4850

WWW.E-HLAW.COM

TELEPHONE
(516) 227-6300

FACSIMILE
(516) 227-6307

September 25, 2007

**Via ECF**

Hon. E. Thomas Boyle
U.S. Magistrate Judge
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

    Re:  Cambridge Who's Who Publishing, Inc. v.
        Xcentric Ventures, LLC and Edward Magedson
        Case No. 06-cv-06590 (JS) (ETB)

Dear Judge Boyle:

  This firm represents Cambridge Who's Who Publishing, Inc. ("Plaintiff") in the above-referenced matter. The Plaintiff and Defendants jointly request to adjourn the initial conference scheduled for Friday, September 28, 2007. Defendants filed a motion to dismiss for lack of personal jurisdiction. The parties request that the conference be adjourned until such time as Defendants' motion is decided.

  Thank you for your consideration.

                       Respectfully yours,

                       Suzanne B. Fertig

SBF/st
cc:  Maria Crimi Speth, Esq.